LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
  egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
  akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>*Movant*,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>*Respondent*. | Case No.: 2:25-mc-53<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS SERVED ON LINER FREEDMAN TAITELMAN + COOLEY, LLP**<br><br>Date:          July 10, 2025<br>Time:         8:30 a.m.<br>Place:        Courtroom TBD<br><br>Action Filed:    June 13, 2025 |

1    PLEASE TAKE NOTICE that on July 10, 2025, at 8:30 a.m., or as soon
2 thereafter as the matter may be heard, in the First Street Federal Courthouse,
3 located at 350 W. 1st Street, Los Angeles, California 90012, in a courtroom to be
4 assigned by the Court, Movant Liner Freedman Taitelman + Cooley, LLP
5 ("LFTC") will move for an order to quash the subpoena issued by Blake Lively.
6    This motion is based on this Notice, the Joint Stipulation Regarding
7 Movant's Motion to Quash Subpoena to Produce Documents served on Liner
8 Freedman Taitelman + Cooley, LLP, the Declaration of Amir Kaltgrad and all
9 accompanying exhibits, and on such other evidence or argument as may be
10 presented to the Court. This motion is made following the conference of counsel
11 pursuant to L.R. 37-1, which took place on June 2, 2025.  Declaration of Amir
12 Kaltgrad, ¶ 5.

Respectfully submitted,

Dated:  June 13, 2025    LINER FREEDMAN TAITELMAN
+ COOLEY, LLP

/s/    Ellyn S. Garofalo
Bryan J. Freedman
Ellyn S. Garofalo
Amir Kaltgrad

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*