LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
  egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
  akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>*Movant*,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>*Respondent*. | Case No.: 2:25-mc-53<br><br>**DECLARATION OF AMIR KALTGRAD IN SUPPORT OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS SERVED ON LINER FREEDMAN TAITELMAN + COOLEY, LLP**<br><br>Action Filed:    June 13, 2025 |

# DECLARATION OF AMIR KALTGRAD

I, Amir Kaltgrad Declare:

1. I am an attorney admitted to practice before this Court. I am a Partner with Liner Freedman Taitelman + Cooley, LLP ("LFTC"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. On May 20, 2025, my office was served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, directed to LFTC, in a case pending in the United States District Court for the Southern District of New York, captioned Blake Lively, et al. v. Wayfarer Studios LLC, et al., Case No. 1:24-cv-10049, consolidated with 1:25-cv-00449 ("LFTC Subpoena"). A true and correct copy of the LFTC Subpoena is attached and incorporated as Exhibit A hereto.

3. Since the inception of the litigation, LFTC has been litigation counsel for Justin Baldoni, Jamey Heath, Steve Sarowitz, Wayfarer Studios, LLC, It Ends With Us Movie LLC, Melissa Nathan and Jennifer Abel in Case Nos. 1:24-cv-10049 and 1:25-cv-00449.

4. Pursuant to Local Rules 37 and 45, on May 23, 2025, my office sent a meet and confer letter to Michael Gottlieb, counsel for subpoenaing party Blake Lively. A true and correct copy of the May 23, 2025 letter from LFTC partner Ellyn S. Garofalo to Michael Gottlieb is attached and incorporated as Exhibit B hereto.

5. On June 2, 2025, I engaged in a telephonic conference of counsel with Kristen Bender, counsel for Ms. Lively. I understand Ms. Bender's office is

2

DECLARATION OF AMIR KALTGRAD IN SUPPORT OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS SERVED ON LINER FREEDMAN TAITELMAN + COOLEY, LLP

1  located in Washington D.C.  The parties were not able to resolve their disputes
2  regarding the LFTC Subpoena.
3      I declare under penalty of perjury that the foregoing is true and correct to
4  the best of my knowledge and belief.
5      Executed this 13th day of June, 2025 at Los Angeles, California.

_____
Amir Kaltgrad