# EXHIBIT C

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>   Plaintiff,<br><br> v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation<br><br>   Defendants. | Case No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL)<br><br>**JURY TRIAL DEMANDED** |

## AMENDED COMPLAINT FOR SEXUAL HARASSMENT, RETALIATION, BREACH OF CONTRACT, FALSE LIGHT, DEFAMATION, AND OTHER CLAIMS

i

# TABLE OF CONTENTS

INTRODUCTION......................................................................................................... 1

PARTIES..................................................................................................................... 22

JURISDICTION AND VENUE.................................................................................. 24

FACTUAL ALLEGATIONS...................................................................................... 26

    A.    Justin Baldoni and Jamey Heath of Wayfarer Engage in Inappropriate and Unwelcome Behavior Toward Ms. Lively and Others on the Set of It Ends with Us. ............................................................................................................ 28

        a.    Mr. Baldoni ignored well-established industry protocols in filming intimate scenes, and exploited the lack of controls on set to behave inappropriately. ......................................................................... 27

        b.    Mr. Baldoni inserted improvised gratuitous sexual content and/or scenes involving nudity into the film (including for an underage character) in highly unsettling ways. ................................................................ 30

        c.    Mr. Baldoni and Mr. Heath discussed their personal sexual experiences and previous porn addiction, and tried to pressure Ms. Lively to reveal details about her intimate life........................................................... 33

        d.    Mr. Baldoni objectified Ms. Lively and other women by commenting on or criticizing their bodies as sex objects. ....................................... 35

    B.    Ms. Lively And Others Lodge Grievances Regarding the Conduct of Mr. Baldoni and Mr. Heath, Which Wayfarer Declines to Investigate. .................................. 39

    C.    The Parties Negotiate A Contract Rider Regarding Mr. Baldoni's and Mr. Heath's Conduct on the Set of It Ends with Us. .................................................. 46

    D.    Ms. Lively Led the Edit of Sony's Cut of the Film, Which Was the Version Released in Theaters. ..................................................................................... 52

    E.    Ms. Lively and Other Cast and Crew Promoted The Film According to the Marketing Plan. ............................................................................................ 56

    F.    Mr. Baldoni and His Team Formulate a Retaliatory Plan. ............................... 60

    G.    Wayfarer Engages Melissa Nathan, TAG, Mr. Wallace, and Street Relations on Behalf of Mr. Baldoni to Launch a Retaliation Campaign Against Ms. Lively. ............. 62

    H.    The Wayfarer Parties Engage in Social Manipulation, with the Assistance of Mr. Wallace................................................................................................... 71

    I.    The Defendants and Their Agents Continue to Perpetrate Their Retaliation Campaign against Ms. Lively. ............................................................................ 95

    J.    Mr. Baldoni Retaliated Because HR Complaints Regarding His Behavior Threatened His Feminist Brand. ..................................................................... 102

    K.    Ms. Lively, Her Family, Her Businesses, and Certain Third Parties With Knowledge About The Retaliation and Underlying Sexual Harassment Have Suffered and Have Been Substantially Harmed By the Wayfarer Parties' Ongoing Conduct. ........................................................................................................ 106

FIRST CAUSE OF ACTION (Sexual Harassment in Violation of Title VII – 42 U.S.C. § 2000e-2(a)(1)) ........................................................................................................................... 118

SECOND CAUSE OF ACTION (Retaliation in Violation of Title VII – 42 U.S.C. § 2000e-3) ............. 120

THIRD CAUSE OF ACTION (Sexual Harassment in Violation of FEHA – Cal. Gov. Code, § 12940) Against It Ends With Us Movie LLC, Wayfarer, Baldoni, and Heath ........................................... 122

FOURTH CAUSE OF ACTION (Retaliation in Violation of FEHA – Cal. Gov. Code, § 12940) Against It Ends With Us Movie LLC and Wayfarer ........................................................................ 124

FIFTH CAUSE OF ACTION (Retaliation in Violation of the California Labor Code – Cal. Labor Code, § 1102.5) Against It Ends With Us Movie LLC and Wayfarer ......................................... 125

SIXTH CAUSE OF ACTION (Failure to Investigate, Prevent, and/or Remedy Harassment in Violation of FEHA – Cal. Gov. Code., § 12940) Against It Ends With Us Movie LLC and Wayfarer ......................................................................................................................................... 126

SEVENTH CAUSE OF ACTION (Aiding and Abetting Harassment and Retaliation in Violation of the FEHA – Cal. Gov. Code, § 12940(i)) Against Nathan, TAG, Abel, Wallace, and Street Relations ...................................................................................................................................... 128

EIGHTH CAUSE OF ACTION (Breach of Contract – Actor Loanout Agreement) Against It Ends With Us Movie LLC and Wayfarer ................................................................................... 129

NINTH CAUSE OF ACTION (Breach of Contract – Contract Rider Agreement) Against It Ends With Us Movie LLC and Wayfarer ........................................................................................ 130

TENTH CAUSE OF ACTION  (Intentional Infliction of Emotional Distress) Against Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations ...................................................................................................................................... 131

ELEVENTH CAUSE OF ACTION (Negligence Infliction of Emotional Distress) Against Wayfarer, Baldoni, and Heath ...................................................................................................... 132

TWELFTH CAUSE OF ACTION (False Light Invasion of Privacy – California Const., Art. I, § 1) Against Wayfarer, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations ...................................................................................................................................... 134

THIRTEENTH CAUSE OF ACTION (Sexual Harassment in Violation of California Civil Code – Civ. Code, § 51.9)  Against Baldoni and Heath .................................................................... 134

FOURTEENTH CAUSE OF ACTION (Defamation/Defamation Per Se) Against Wayfarer, Baldoni, and Heath ....................................................................................................................... 135

FIFTEENTH CAUSE OF ACTION (Civil Conspiracy)  Against All Defendants ................................. 138

Plaintiff Blake Lively brings this action for damages against WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation.

## INTRODUCTION

*"Are you confident enough to listen to the women in your life? To hear their ideas and their solutions? To hold their anguish and actually believe them, even if what they're saying is against you? And . . . will you actually stand up and do something so that one day we don't have to live in a world where a woman has to risk everything and come forward to say the words 'me too?'"*

– Justin Baldoni, *Why I'm Done Trying to be 'Man Enough,'* 2017

1.      Plaintiff Blake Lively brings this lawsuit because she was unlawfully retaliated against for coming forward and reporting sexual harassment that occurred against her and others on the set of "It Ends With Us" (the "Film").

2.      Defendant Wayfarer Studios LLC ("Wayfarer") is the owner of the Film. Defendant Justin Baldoni is the co-chairman and co-founder of Wayfarer, and also served as Director, Executive Producer, and actor in the lead role of Ryle Kincaid in the Film. Ms. Lively played the leading role of Lily Bloom in the Film. At all times during the production, editing, and promotion of the Film, Mr. Baldoni was Ms. Lively's boss.

3.      For years prior to the release of the Film, Mr. Baldoni portrayed himself as a leader of the male feminist movement, writing books, hosting podcasts, and holding TED Talks on the topic. In reality, however, Mr. Baldoni's public persona is a stark contrast to his private behavior, which is replete with hypocrisy, misogyny, and retaliation.

4.      In public, Mr. Baldoni gave the appearance of taking responsibility for the fact that he had "unconsciously" been "hurting" and "silencing" the women in his life, and

implored men to be "man enough" to "shut the hell up and listen" to women.[1] He claimed that he wanted to "end toxic masculinity," acknowledging his own toxic behavior by admitting that "*there is a woman or two that I in some way made uncomfortable by saying something or doing something that was chauvinistic or sexist. There is one million percent probability that that exists* . . . " and that he wanted to say he was "sorry" and would "do better."[2] Mr. Baldoni echoed this narrative while marketing the Film. In an interview on CBS discussing the release of the Film on August 7, 2024, he claimed: "*I want men to stop asking the question, why do women stay. I want men to take accountability. I want men to hold other men accountable*."[3]

5.     At his own moment of truth—when forced to confront women he had made uncomfortable *on his own set*—he trivialized their concerns and failed to take accountability for the effects of his behavior (whether intended or not). And when faced with the predictable consequences of having created a toxic set—namely, that the cast did not want to appear alongside him in public—rather than holding himself accountable, Mr. Baldoni hid behind his billionaire friend and retained publicists, crisis managers, digital media strategists, and litigators to mount a sophisticated and well-funded retaliation campaign that sought to "bury" and "destroy" anyone that challenged his brand. That campaign has succeeded beyond Mr. Baldoni's wildest expectations. In fact, the Defendants' actions have created such a toxic climate of online vitriol against Ms. Lively, her family, other members of the cast, and various fact witnesses, that *all of the above* have received disturbing threats. One fact witness known to publicly support Ms. Lively recently received a written threat indicating that the witness's family would be sexually assaulted and killed unless the witness agreed to "make a statement and give the truth." This type of climate was the predictable, if not inevitable, result of the retaliatory campaign launched by the Baldoni-Wayfarer parties, both before and after the litigation began.

---

[1]  Justin Baldoni, *Why I'm Done Trying to be "Man Enough,"* TED, at 14:09 (Nov. 2017), https://www.ted.com/talks/justin_baldoni_why_i_m_done_trying_to_be_man_enough?subtitle=en.
[2]  Laurel Pinson, '*Jane the Virgin' Star Justin Baldoni Wants to End Toxic Masculinity: 'The Glass Ceiling Exists Because Men Put It There*,' GLAMOUR (Dec. 4, 2017), https://www.glamour.com/story/jane-the-virgin-star-justin-baldoni-wants-to-end-toxic-masculinity.
[3]  *Justin Baldoni talks "It Ends With Us*," CBS NEWS (Aug. 7, 2024).
https://www.cbs.com/shows/video/eCwZyj3hGXDLJ4XHctnxW6EM59NwoRgw/.

6.     The dangerous climate of threats, harassment, and intimidation fueled by the Defendants' retaliation campaign has required Ms. Lively to alter her personal and professional life, and to take steps to protect innocent bystanders rather than exposing them to further harm. Thus, this Amended Complaint does not refer to certain witnesses by name, nor does it provide screen shots of their text messages. Importantly, however, these witnesses have given Ms. Lively permission to share the substance of their communications in this Amended Complaint as contained herein, and they will testify and produce responsive documents in the discovery process.

7.     Ms. Lively brought this lawsuit because she was **one of the** "women or two" that Mr. Baldoni "one million percent" made "made uncomfortable" on the set of the Film. As detailed in her opening Complaint and below, Ms. Lively was disturbed by the fact that Mr. Baldoni spoke about his pornography addiction; divulged information about his sex life; made derogatory, degrading, and sexual comments; described his own genitalia; improvised intimacy that had not been rehearsed, choreographed, or discussed with Ms. Lively in advance; and added graphic content to the script, including multiple new scenes with nudity and a chaotic and violative birthing scene for which he cast a friend as her OBGYN, among other things.

8.     **But Ms. Lively was not the only one who was uncomfortable on set**, and Mr. Baldoni and Wayfarer knew it. After Mr. Baldoni learned that he had caused Ms. Lively *and others* to feel "uncomfortable," he turned his TED Talk and "feminist" advocacy on its head. He did not hold himself and other men "accountable," or take his own advice to be "confident" enough to "hold their anguish and actually believe them,"[4] but instead used a "louder voice to silence" Ms. Lively **and anyone else who might speak up**. That "louder voice"—amplified by publicists, crisis managers, digital media teams, and lawyers—has sought to mislead the public into believing that Ms. Lively did *not* experience sexual harassment by portraying her as a powerful bully who fabricated claims of misconduct in order to seize control of Mr. Baldoni's movie. This narrative is false and nonsensical on its own terms, completely at odds with Mr. Baldoni's confession to his

---

[4] Justin Baldoni, *Why I'm Done Trying to be "Man Enough,"* TED, at 13:23 (Nov. 2017), https://www.ted.com/talks/justin_baldoni_why_i_m_done_trying_to_be_man_enough?subtitle=en.

crisis manager on August 30, 2024 that Ms. Lively "is the kind of person that genuinely believes she's right and that all of this is unjust," and is breathtakingly cynical coming from a man whose public brand is built upon a pro-feminist facade that urges others to listen to and believe women.

9. More importantly, the Defendants' false narrative crumbles under the indisputable truth that ***Ms. Lively was not alone in complaining about Mr. Baldoni*** and raised her concerns contemporaneously ***as they arose in 2023***, not in connection with some imagined power play for control of the Film in 2024. The experiences of Ms. Lively and others were documented at the time they occurred starting in May of 2023. Importantly, and contrary to the entire narrative Defendants have invented, ***Mr. Baldoni acknowledged the complaints in writing at the time***.[5] He knew that women *other than Ms. Lively* also were uncomfortable and had complained about his behavior.

10. On May 24, 2023, Ms. Lively confided in a text to a woman who was a mutual friend of Mr. Baldoni and Mr. Heath: "I was gonna invite you to set tomorrow. These people. Whoa . . . It's like HR nuts today. The both of them. I wasn't expecting that turn. I mean it's been present but today I came home and cried." Further in the exchange, Ms. Lively describes Mr. Baldoni and Mr. Heath as "creeps . . . . Like keep your hormones to yourselves. This is not mine. I don't want it. I don't want you [*sic*] gaze or words or tongue or videos of your naked wife. Yeah. It's shocking. Clowns."

11. A few days later, on May 26, 2023, Ms. Lively reported her concerns regarding unwelcome and inappropriate behavior by Mr. Baldoni and Mr. Heath, the Chief Executive Officer of Wayfarer and Producer of the Film, to Sony employee Ange Gianetti, the Film's representative for its distributor Sony Pictures Entertainment.

12. Over the following three days in May of 2023, another female cast member reported her own concerns regarding Mr. Baldoni's unwelcome behavior to both Ms. Gianetti and one of the Film's producers. Notwithstanding that female cast member's considerable reservations

---

[5] *See also* Answer of Defendant Wayfarer Studios, LLC, Dkt. 35 ¶ 4.

with coming forward, she nonetheless spoke up and conveyed her feelings that the work on the Film was suffering as a result of Mr. Baldoni's behavior. Ms. Gianetti shared those concerns with Wayfarer.

13.     On June 1, 2023, Mr. Baldoni responded to that female cast member *in writing*, acknowledging that he was aware of her concerns, and that adjustments would be made.

14.     Notwithstanding that promise, Wayfarer took no actions to investigate this reported conduct, nor did it implement any protections at that time. Just one week later, on June 8, 2023, the same female cast member told Ms. Lively about her growing concerns with the conditions on set and that she found it difficult to talk to Mr. Baldoni. Ms. Lively responded that "I know I find it really hard to speak to him. I try to cover it with busyness but not sure that covers what's going on." Later, another female cast member confided to Ms. Lively that she too felt uncomfortable on set. All of this occurred, and was documented in writing, almost one year before the editing of the Film began.

15.     As a result of guild strikes, production of the Film shut down on or about June 14, 2023. In the midst of that shut down, on October 13, 2023, Ms. Lively confided in a text to a female cast member that she was "dreading going back to our film. I keep getting hits of the experience in really upsetting ways." The female cast member expressed empathy for Ms. Lively and confirmed similar feelings.

16.     Before returning to production following the guild strikes, based on Wayfarer's complete failure to investigate or address any of the complaints conveyed by Ms. Lively and others,  Ms. Lively decided to speak up and require that Sony and Wayfarer agree to a set of protections to ensure a safe set for all of the cast and crew. Thus, in mid-November 2023, the parties agreed in writing to implement a list of protections enumerated in a contract entitled, "Protections for Return to Production," attached hereto as **Exhibit A**, which included seventeen provisions designed to require Wayfarer to cease the on-set behavior of Mr. Baldoni and Mr. Heath. These provisions were designed to remedy the misconduct that Ms. Lively and others had reported earlier that year. One of those provisions required an "all-hands meeting" to "confirm and

approve a plan for implementation of [certain protections] that will be adhered to for the physical and emotional safety of [Ms. Lively], her employees and all cast and crew moving forward." Exhibit A ¶ 17. Another provision required that an experienced producer, Todd Black, be brought in to oversee production and ensure that the requested protections were adhered to for the safety of all cast and crew members.

17.     Importantly, *none of the requested protections were tied in any way to Ms. Lively's creative input in the Film and were made months before any discussions regarding the cut of the film.* At that moment in time, with the completion of the Film uncertain, Ms. Lively did not request, *nor did she receive*, any creative rights, editing rights, credits or any other role on the Film beyond her roles as an actress and executive producer. Everything she requested, as laid out in the document, was designed to ensure the safety and well-being of the cast and crew. In other words, at the precise moment in time when Ms. Lively had maximum leverage prior to resuming production, she did not use that leverage to obtain *anything* other than protections for herself and others to ensure a safe work environment for all. The notion that she did all of this as some sort of byzantine plot to "take control of the movie" at some future point, which she did not do in any event, is absurd, and there is not a shred of evidence to support it.

18.     After receiving the document, Wayfarer responded that "Wayfarer, Sony and Production respectfully acknowledge that [Ms. Lively] has concerns regarding safety, professionalism and workplace culture. Although our perspective differs in many aspects, ensuring a safe environment for all is paramount, irrespective of differing viewpoints. Regarding your outlined requests, *we find most of them not only reasonable but also essential for the benefit of all parties involved*."[6] Following Wayfarer's agreement, Ms. Gianetti texted Ms. Lively on November 29, 2023 and said: "So glad Todd [Black] is in it now and overseeing everything but wanted to check in, offer anything I can. I know this has been beyond challenging to say the least. We at studio want to support you best we can."

---

[6] Through It Ends With Us Movie, LLC, Wayfarer ultimately confirmed its obligation to abide by *all* of the Protections for Return to Production in a contractual rider, executed on January 19, 2024, which is attached hereto as **Exhibit B**.

19.     On January 4, 2024, prior to resuming production of the Film, the "all- hands" meeting that Wayfarer and Sony had agreed to in November was held in New York. Attendees of the meeting included: (1) Mr. Baldoni; (2) Mr. Heath; (3) Ms. Gianetti; (4) Ms. Saks; (5) Todd Black; (6) Ms. Lively, and (7) Ms. Lively's husband, Ryan Reynolds, who Ms. Lively chose as her representative—a choice which Ms. Lively had the right to exercise under the November agreement—given that the meeting was about repeated sexual harassment and other disturbing behavior by Mr. Baldoni and Mr. Heath.

20.     During the January 4 meeting, the parties discussed in detail the inappropriate conduct that Ms. Lively, her employees, and other cast and crew experienced at the hands of Mr. Baldoni and Mr. Heath. Ms. Lively read the list below in its entirety, and after a discussion, all parties present agreed that the outlined conduct would cease:

1. No more showing nude videos or images of women, including producer's wife, to IBL and/or her employees.
2. No more mention of Mr Baldoni's or Mr Heath's previous "pornography addiction" or BL's lack of pornography consumption to BL or to other crew members.
3. No more discussions to BL and/or her employees about personal experiences with sex, including as it relates to spouses or others.
4. No more mention to BL or her employees of personal times that physical consent was not given in sexual acts, as either the abuser or the abused.
5. No more descriptions of their own genitalia to BL.
6. No more jokes or disparaging comments to be made to BL and/or her employees about HR complaints Wayfarer has already received on set, or about "missing the HR meeting."
7. No more inquiries by Mr Baldoni to BL trainer without her knowledge or consent to disclose her weight.
8. No more mention by Mr Baldoni of him "speaking to" BL's dead father.
9. No more pressing by Mr Baldoni for BL to disclose her religious beliefs, or unsolicited sharing of his.
10. If BL and/or her infant is exposed to COVID again, BL must be provided with immediate notice as soon as Wayfarer or any other producers become aware of such exposure, without her needing to uncover days later herself.
11. An intimacy coordinator must be present at all times when BL is on set in scenes with Mr. Baldoni.

12. No more personal, physical touching of, or sexual comments by, Mr Baldoni or Mr Heath to be tolerated by BL and/or any of her employees, as well as any female cast or crew without their express consent.

13. No more improvising of kissing. All intimate touch must be choreographed in advance with BL and an intimacy coordinator. No biting or sucking of lip without BL consent. And all intimate on camera touch and conversations must be "in character", not spoken from Mr Baldoni to BL personally.

14. BL to have a representative on set at all times and with a monitor during scenes involving nudity, sexual activity, or violence with Mr Baldoni.

15. All actors participating with BL in intimate scenes involving her being in any state of nudity or simulated nudity must be classified as active, working actors, not "friends" of the director or producers, and must be pre-approved by BL.

16. No more filming of any BL nudity without a fully-executed, SAG-compliant nudity rider in place. Any such footage already shot without this rider in place and in direct violation of SAG requirements may not be used without BL's and her legal representatives prior, written consent.

17. Any scene by BL, or another performer depicting the character of "Lily," that involves nudity or simulated sex must be conducted strictly in accordance with the above-referenced nudity rider and must adhere to the BL-approved script.

18. An intimacy coordinator must be on set for all scenes involving nudity and/or simulated sex and must have a monitor to ensure compliance.

19. No monitors to be viewed or accessible on set, or remotely, during closed set scenes except by BL-approved essential crew and personnel.

20. No more entering, attempting to enter, interrupting, pressuring or asking BL to enter her trailer or the makeup trailer by Mr Heath or Mr Baldoni while she is nude, for any reason.

21. No more private, multi hour meetings in BL's trailer, with Mr Baldoni crying, with no outside BL appointed representative to monitor.

22. No more pressing by Mr Baldoni to sage any of BL's employees.

23. Producer Alex Saks to be given standard rights, inclusion, and authority per her job description and as represented to BL when signing on.

24. Sony must have an active, daily role in overseeing physical production for the remainder of the film to monitor safety for cast and crew, schedule, logistics, problem solving and creative.

25. Engagement of an experienced producer to supervise the safety of the cast and crew, schedule, logistics, problem solving and creative for the remainder of the shoot. (examples: Todd Lieberman, Elizabeth Cantillon, Miri Yoon, Lynette Howell).

26. Engagement of a BL-approved, A-list stunt double to perform Lily in scenes with Mr Baldoni involving rape and/or violence. BL to perform only close-up work or work from a BL pre-approved shot list in scenes with Mr Baldoni involving sexual violence.

27. No more adding of sex scenes, oral sex, or on camera climaxing by BL outside the scope of the script BL approved when signing onto the project.

28. No more asking or pressuring BL to cross physical picket lines.

29. No more retaliatory or abusive behavior to BL for raising concerns or requesting safeguards

30. An in-person meeting before production resumes with Mr Baldoni, Mr Heath, Ms Saks, the Sony representative, the new producer, BL, and BL's spouse Ryan Reynolds to confirm and approve a plan for implementation of the above that will be adhered to for the physical and emotional safety of BL, her employees and all the cast and crew moving forward.

21. At the end of the January 4 meeting, having discussed at length the details of concerns that had been expressed by Ms. Lively and others, the parties agreed to implement and follow the Protections for Return to Production to ensure that the Film could be completed,

marketed, and released safely and successfully. And it was. Production of the Film resumed on January 5, and concluded on February 9, 2024. As discussed below, the Film has been a resounding success.

22.     As the cast and crew returned to production, on January 14, 2024, Ms. Lively reassured a female cast member that, as a result of the protections that Wayfarer and Sony had agreed to, "you don't need to hug anyone" this time, to which the female cast member responded with gratitude. Ms. Lively continued that "he won't touch you. Or shouldn't. I don't think he or Jamey [Heath] will." Ms. Lively expressed her belief that it would be "a professional set and we're getting good work."

23.     Leading up to and in connection with the release of the Film, during the summer of 2024, Ms. Lively and fellow cast members promoted the Film in accordance with the Marketing Plan created and delivered by the Film's distributor Sony, which is summarized in the "talking points" attached hereto as **Exhibit C**. Ms. Lively and other cast members were under a contractual obligation to engage in media, press, marketing activities and render promotional services in accordance with the Marketing Plan. The Marketing Plan directed the cast to "[f]ocus more on Lily's strength and resilience as opposed to describing the film as a story about domestic violence" and to "[a]void talking about this film that makes it feel sad or heavy [*sic*]—it's a story of hope." *See* Exhibit C at 2.[7] Wayfarer endorsed this plan—in an email to Sony on August 11, 2024, Mr. Heath described the marketing of the Film to date as "brilliant" and "fantastic" and noted that "[w]e are not saying it's been inappropriately marketed in any way."

24.     In the days leading up to the Film's release, Mr. Baldoni abruptly pivoted away from the Film's Marketing Plan and the types of publicity activities in which he had previously participated. What the public did not know was that Mr. Baldoni and his team did so in an effort to explain why many of the Film's cast and crew had unfollowed Mr. Baldoni on social media and were not appearing with him in public. To that end, he and his team used domestic

---

[7] Mr. Baldoni himself launched the Marketing Plan by hosting the first press event in early May 2024 (a month before any other cast did any promotion of the film).

violence "survivor content" to protect his public image, as described in further detail below. *See* ¶¶ 176-182.

25.    Other cast members contemporaneously observed Mr. Baldoni's pivot as it was happening. For example, a female cast member lamented to Ms. Lively in a text on August 10, 2024 that Mr. Baldoni's marketing pivot was jeopardizing the success of the Film, and opined that the pivot would not work because it would eventually come out that Mr. Baldoni was using domestic violence commentary to cover his own behavior.

26.    What the public also did not know was that this was the beginning of a multi-tiered plan that Mr. Baldoni and his team described as "*social manipulation*" designed to "*destroy*" Ms. Lively's reputation. That plan was backed by virtually unlimited resources. Wayfarer's co-founder, co-chairman, and leading financier is multi-billionaire, Steve Sarowitz, who divulged to a witness at the Film's New York premiere on August 6, 2024, that he was prepared to **spend $100 million to ruin the lives** of Ms. Lively and her family.[8]

27.    That was not the only time Mr. Sarowitz made such a threat. Later in August 2024, even though the Film had "turned out very well," and Wayfarer had "made a lot of money" on it, Mr. Sarowitz confessed to another witness, an individual who was working with Wayfarer on an unrelated project, that if Ms. Lively or Mr. Reynolds "ever cross the line, ever, then I will go after them."[9] He declared: "*I will protect the studio like Israel protected itself from Hamas. There were 39,000 dead bodies. There will be two dead bodies when I'm done*. Minimum. Not dead, but 'you're dead to me.' So that kind of dead. But dead to a lot of people. If they ever get me to that point. Then I'll make it worth their while. Because I'm gonna spend a lot of money to make sure the studio is protected."

28.    Supported by Mr. Sarowitz's financial backing and militaristic worldview,

---

[8] When asked about this comment, Mr. Sarowitz's counsel "confirmed that his client is prepared to spend whatever necessary to defend Baldoni, Wayfarer Studios and himself." Monica Hunter-Hart, *Meet the Little-Known Billionaire Caught Up in the Baldoni-Lively Scandal*, Forbes (January 7, 2025), https://www.forbes.com/sites/monicahunter-hart/2025/01/07/meet-the-little-known-blake-lively-steve-sarowitz-billionaire-caught-up-in-the-baldoni-lively-scandal/.

[9] As with other witnesses not named in this Amended Complaint, the individual to whom Mr. Sarowitz made these statements has given Ms. Lively permission to share this incident and will testify to its effect.

Mr. Baldoni and his Wayfarer associates embarked on a sophisticated press and digital plan *in retaliation for Ms. Lively exercising her legally-protected right to speak up about their misconduct on the set*, with the additional objective of intimidating her and anyone else from revealing in public what actually occurred.

29.     On July 31, 2024, following the recommendation of their publicist, Jennifer Abel, Wayfarer, and Mr. Baldoni retained a crisis communications specialist named Melissa Nathan, and her company The Agency Group PR LLC ("TAG"). Ms. Nathan delivered a proposal to Mr. Baldoni, which included "[a] website (to discuss), full reddit, full social account take downs, full social crisis team on hand for anything – engage with audiences in the right way, *start threads of theories* (discuss) this is the way to be fully 100% protected." Ms. Nathan also proposed the "creation of social fan engagement to go back and forth with any negative accounts, helping to change [*sic*] narrative and stay on track." Per Ms. Nathan, "*All of this will be most importantly untraceable*." As Ms. Abel described it, the plan was to engage in "social media mitigation and proactive fan posting to counter the negative" as well as "*social manipulation*."[10]

30.     This plan went well beyond standard crisis PR. What Ms. Nathan proposed included a practice known as "*Astroturfing*," which has been defined as "the practice of publishing opinions or comments on the internet, in the media, etc. that appear to come from ordinary members of the public but actually come from a particular company or political group."[11]

---

[10] Ms. Lively obtained the communications set forth in her original complaint through legal process, including a civil subpoena served on Jonesworks LLC. In statements to the media and in public filings in this Court, certain of the Defendants and their counsel have baselessly claimed that Ms. Lively or her counsel engaged in "criminal alteration" of these materials. That is false. Jonesworks produced the communications to Ms. Lively in connection with a lawful subpoena, and the documents included within this Complaint are attached in the format in which they were produced subject to the subpoena, with limited redactions of names and phone numbers to protect third parties' privacy. At all times, Ms. Lively has understood the produced documents and communications to have been lawfully obtained, maintained, and produced by Jonesworks. Ms. Lively included all excerpts of communications as produced, which on information and belief, were produced in the data extractor program's (Cellbrite) default font and format (including, for example, the absence of text "emojis" in that production format). Images such as emojis, when available in a preserved screen shot for example, were attached as produced.

[11] *Astroturfing*. CAMBRIDGE DICTIONARY, https://dictionary.cambridge.org/us/dictionary/english/astroturfing (last visited Dec. 16, 2024); *see also Astroturfing*, WIKIPEDIA, https://en.wikipedia.org/wiki/Astroturfing (last visited Dec. 19, 2024) ("Astroturfing is the deceptive practice of hiding the sponsors of an orchestrated message or organization (e.g., political, advertising, religious, or public relations) to make it appear as though it originates from, and is supported by, unsolicited grassroots participants. It is a practice intended to give the statements or organizations credibility by withholding information about the source's financial backers.").

31.     On August 2, 2024, TAG circulated a "SCENARIO PLANNING" document to Mr. Baldoni, Mr. Heath, and others, which described preparations and strategy "should [Ms. Lively] and her team **make her grievances public**" (the "Scenario Planning Document"), and is attached hereto as **Exhibit D**. To "get ahead of this narrative," Ms. Nathan's plan proposed strategies to advance misleading counternarratives, including pushing Ms. Nathan's narrative that Ms. Lively had a "less than favorable reputation," proposing to "explore planting stories about the weaponization of feminism…," and misleadingly blaming Ms. Lively for production members' job losses. *See* Exhibit D at 2–3.

32.     Initially, Mr. Baldoni expressed concerns that TAG's written plan was insufficiently aggressive to "protect" him. Writing to Mr. Heath and Ms. Abel, he said he was "[n]ot in love with the document they sent – Not sure I'm feeling the protection I felt on the call" with Ms. Nathan and her colleagues. In response, Mr. Heath attempted to reassure Mr. Baldoni that they had found the right people for his campaign. In Mr. Heath's words, "the most important part of this is how quickly they can shut things down and place stories in your favor."



33.     Later that day, Ms. Abel and Ms. Nathan exchanged the following text messages, expressing that Mr. Baldoni "***wants to feel like [Ms. Lively] can be buried***." Ms. Abel and Ms. Nathan agreed that, of course, they would do just that, but could not say so in writing. "We can't write it down to him. We can't write ***we will destroy her***." "Imagine if a document saying ***all the things that he wants*** ends up in the wrong hands."

> **From:**     Jennifer Abel (owner)
> **To:**     Melissa  Nathan
>
> You can of course do that but I do think he needs to know. I'm going to confidentially send you something he's texting me and Jamey on the side just to arm you before this call. I think you guys need to be tough and show the strength of what you guys can do in these scenarios. He wants to feel like she can be buried…
> **Priority:** Normal
>
> 02/08/2024 13:47:25(UTC+0)

> **From:**     Melissa  Nathan
> **To:**     Jennifer Abel (owner)
>
> Of course- but you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble
> **Priority:** Normal
>
> 02/08/2024 13:47:55(UTC+0)

> **From:**     Melissa  Nathan
> **To:** ·     Jennifer Abel (owner)
>
> We can't write it down to him
> We can't write we will destroy her. We will go to this. We will do this. We will do this. We will do this.
> **Priority:** Normal
>
> 02/08/2024 13:48:24(UTC+0)

> **From:**     Jennifer Abel (owner)
> **To:**     Melissa  Nathan
>
> Of course not. But I told him that's the point of talking through
> **Priority:** Normal
>
> 02/08/2024 13:48:42(UTC+0)



> **From:** Melissa Nathan
> **To:** Jennifer Abel (owner)
>
> He has to look at it as an information document for us to be armed with
> That's all . Imagine if a document saying all the things that he wants ends up in the wrong hands.
>
> **Priority:** Normal
>
> 02/08/2024 13:49:03(UTC+0)

34.     Ms. Nathan followed this by assuring Ms. Abel: "you know we can bury anyone [*sic*] But I can't write that to him."

35.     A few days later, on August 5, 2024, Mr. Baldoni set the narrative for the social media campaign, sending Ms. Abel a screenshot of a thread on X that had accused another female celebrity of bullying women. Mr. Baldoni stated, "***this is what we would need***."



36.     Ms. Abel responded that she had just "spoke[n] to Melissa about this ... about what we discussed last night for social and digital." Ms. Abel added, "Focus on reddit, TikTok, IG." With reassurance that Ms. Lively would be "destroy[ed]" and "buried," Wayfarer and Mr. Baldoni directed Ms. Nathan and her team to actively engage in their retaliatory "social manipulation" campaign.

37.     In the weeks and months that followed—with the direction and approval of Wayfarer and Mr. Baldoni—the team engaged in a sophisticated, coordinated, and well-financed retaliation plan.

38.     The retaliation campaign relied on more than just publicists and crisis managers spinning stories. They also retained a Texas-based contractor named Jed Wallace, who weaponized a digital army around the country from New York to Los Angeles and beyond to create, seed, promote, and engage with content that appeared to be authentic on social media platforms and internet chat forums. The Baldoni-Wayfarer team would then feed pieces of this manufactured content to unwitting reporters, helping to make content go viral in order to influence public opinion and thereby cause an organic pile-on. To safeguard against the risk of Ms. Lively ever revealing the truth about Mr. Baldoni, the Baldoni-Wayfarer team created, planted, amplified, and boosted content designed to eviscerate Ms. Lively's credibility. They engaged in the same techniques to bolster Mr. Baldoni's credibility and suppress any negative content about him.

39.     On August 10, the day after release of the Film, Ms. Nathan's team reported that they had "***started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative***" against Ms. Lively.



From:
To:          Jennifer Abel (owner)
Hi team — so far, extremely limited pickup on Daily Mail or Page Six. We'll continue to keep an eye out and send pieces as needed, but so far it's been steady coverage on pure speculation. We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan. Again we'll continue to send links and screenshots but wanted to send an update in the meantime.
Priority: Normal
                                                                    10/08/2024 16:35:40(UTC+0)

40.     That same day, Ms. Nathan noted that as part of this shift, "[t]he majority of socials are so pro Justin *and I don't even agree with half of them [sic] lol*."



41.     Later in the same text conversation, Ms. Nathan and Ms. Abel described the shift in social media, which they had earlier admitted Mr. Wallace and his team had caused, causing Ms. Abel to conclude that Ms. Lively deserved what was happening on social media because she had unfollowed Mr. Baldoni on social media and declined to do publicity with him.

42.     Defendants have admitted that on August 12, 2024, in the midst of a massive sentiment shift on social media that was engulfing Ms. Lively and others with a flood of negative comments, Wayfarer was asked to issue a statement to help correct the situation by accepting accountability for the production it oversaw. But rather than doing so, Ms. Nathan advised that issuing such a statement would be a "Career killer" for Mr. Baldoni, who she urged to "Lawyer up" and "fight."

43.     Less than one week later, they again bragged about how they had shut down stories regarding HR complaints on set. On August 15, 2024, Ms. Nathan remarked that "***this went so well . . . It was genius. So okay, we have the four majors standing down on HR complaint.***"

From: Melissa Nathan
To: Jennifer Abel (owner)

Jen, this went so well I am fucking dying
I have to call you later in a bit and tell you how this went. It was genius.

Priority: Normal

15/08/2024 19:03:14(UTC+0)

From: Melissa Nathan
To: Jennifer Abel (owner)

So okay, we have the four majors standing down on HR complaint
I think we are fine on that bit

Priority: Normal

15/08/2024 19:03:25(UTC+0)

44.     As their own words reveal, the purpose of this "social manipulation" plan was two-fold: it aimed to both (a) conceal the pattern of harassment and other misconduct by Mr. Baldoni, Mr. Heath, and Wayfarer, and (b) retaliate against Ms. Lively by battering her image, harming her businesses, and causing her and her family severe emotional harm. Millions of people (including many reporters and influencers) who saw these planted stories, social media posts, and other online content had no idea they were unwitting consumers of a crisis PR, astroturfing, and digital retaliation campaign created and funded by Mr. Baldoni and Wayfarer to hurt Ms. Lively. That is precisely the goal of an astroturfing campaign—to light the fire and continue to stoke conversations secretly, blurring the line between authentic and manufactured content, and creating viral public takedowns.

45.     In just days, the retaliation campaign had resulted in the viral spread of hateful, threatening, and derogatory content directed at Ms. Lively, her family, and other female cast members, as well as harassment and cyber bullying of the same. Online hate and vitriol found its way onto the social media accounts of much of the cast of the Film, Ms. Lively, Mr. Reynolds, and numerous businesses associated with them. By August 14, 2024, a female cast member texted Ms. Lively, expressing feeling concerned and helpless about the online narrative.

46.     A different female cast member wrote to Ms. Lively on August 14, 2024 to

ask whether she knew if Sony could help her address the cyber bullying she was experiencing, which was getting nastier and more difficult to cope with by the day.

47.     As described further below, *many* individuals (and businesses) other than Ms. Lively herself began to experience vitriol, harassment, and cyber bullying around this time, demonstrating the obvious falsity of Defendants' self-serving insistence (since Ms. Lively's first Complaint in this action) that they engaged in "no proactive measures" and that this viral spread of online hatred was entirely the result of Ms. Lively's "own remarks and actions during the campaign for the film."

48.     Indeed, these facts are not in dispute: Mr. Baldoni and the Wayfarer parties have **already admitted** that Ms. Lively raised concerns multiple times. They admitted that they created a plan in case she "made her grievance public," in which they planned to plant stories suggesting Ms. Lively was a "bully" and "weaponizing feminism." They admitted that their team was able to "bury" anyone. They admitted that they bragged and laughed at how negatively the narrative had shifted against Ms. Lively, and how successful they were at "confusing" people. They admitted that, within hours of laying out their plan, they "started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative."[12] And they did all this despite the knowledge that Ms. Lively "***genuinely believes she's right and that all of this is unjust.***"



---

[12] *See* Answer of Defendant Wayfarer Studios, LLC, Dkt. 35 ¶¶ 4, 11, 127, 131; Answer of Defendant The Agency Group, Dkt. 37 ¶¶ 14, 19, 149.

49.     Despite all of this, they claim their plan was never implemented, and somehow the universe simply "organically" provided them with the exact result they planned for, at the exact time they wanted it, using the exact narratives they developed. The problem for Defendants is that they put their plan for an "untraceable" campaign in writing, and the evidence shows them commenting on the success of their plan as it unfolded.

50.     In her opening Complaint, Ms. Lively noted that she "is informed and believes that Mr. Baldoni and his associates have additional astroturfing plans that they have prepared and are ready to launch at a moment's notice." That is *precisely* what occurred starting the moment that Ms. Lively sent a Cease and Desist letter to Defendants on December 20, 2024, including with it a copy of her administrative complaint filed with the California Civil Rights Department ("CRD"). Upon receiving the Cease and Desist letter, Defendants leaked the administrative complaint to certain hand-selected publications to get ahead of it, gave numerous statements to the press including blatantly false and defamatory factual allegations, and began a near-daily media and social media blitz aimed at discrediting Ms. Lively, Ms. Lively's long-time publicist, Mr. Reynolds, Disney, the *New York Times,* and more.

51.     On information and belief, all Defendants actively participated in this enhanced retaliation campaign. Defendants' counsel threatened numerous lawsuits to sue Ms. Lively and others "into oblivion," and proceeded to file four lawsuits in three jurisdictions with fantastical damages of hundreds of millions of dollars in each. On information and belief, Defendants' counsel has threatened both fact witnesses, neutral commentators, and publications with lawsuits for doing nothing more than speaking out, or publicly reporting unfavorable information, about the Defendants.

52.     In sum, with his own misconduct exposed, Mr. Baldoni refused to take accountability for his own actions when asked, he eschewed his own advice to "just shut up and finally listen to the women in our lives" and he did not have the courage to "hold their anguish and actually believe them, even if what they're saying is against you." Instead, he called upon Mr. Sarowitz to fund a legal, press, and astroturfing campaign to ensure that Ms. Lively would be

20

forced "to risk everything [to] come forward."

53.     The irony of Mr. Baldoni's response to Ms. Lively's speaking out is that his own publicist and co-Defendant Jennifer Abel, expressed her own dislike for Mr. Baldoni, declaring "***I can't stand him. He's so pompous***," and predicted that he would seek to blame others if necessary to protect himself. On January 14, 2024, Ms. Abel wrote that "He doesn't need a retreat. He needs to be humbled. When this movie flops, he's going to try to blame every person around him for it[.]" She continued in another message:



54.     On December 21 and 22, 2024, a female cast member who had also complained, share with Ms. Lively that she couldn't believe they could do this to her, and the fact that this was happening to Ms. Lively was frightening to her.

55.     As laid out in this Amended Complaint, the Baldoni-Wayfarer-led takedown of Ms. Lively was the intended result of a carefully crafted, coordinated, and resourced retaliatory scheme to silence her, and others, from speaking out about the hostile environment that Mr. Baldoni and Mr. Heath created. As such, it was not only unconscionable and a breach of contract, but also ***illegal under both state and federal law.*** Ms. Lively brings this action to hold Defendants accountable for the ongoing retaliation, threats, and harm they have caused Ms. Lively, other cast and crew, and all of their families.

## PARTIES

56.     Plaintiff Blake Lively ("Plaintiff") is an actress and entrepreneur who co-starred in and served as an executive producer for the Film. Ms. Lively is an individual who resides in New York, New York.

57.     Defendant Wayfarer Studios LLC ("Wayfarer" or "Wayfarer Studios") is a production company co-founded by Justin Baldoni and Steve Sarowitz. Wayfarer co-financed and produced the Film, through its production entity It Ends With Us Movie LLC, and thus was the employer of all cast and crew on set, including Ms. Lively. Wayfarer is a Delaware limited liability company with its principal place of business in California. On information and belief, no members of Wayfarer Studios LLC are citizens of New York. On information and belief, all of Wayfarer's members are citizens of California and/or Illinois.

58.     Defendant Justin Baldoni is a co-founder and co-chairman of Wayfarer who co-starred in, directed, and served as a producer for the Film. Mr. Baldoni is an individual who resides in Santa Paula, California.

59.     Defendant Jamey Heath is an individual who has been Wayfarer's Chief Executive Officer since March 2024 and was President of Wayfarer during production of the Film. Mr. Heath resides in Los Angeles, California.

60.     Defendant Steve Sarowitz is a co-founder and leading financier of Wayfarer. Mr. Sarowitz is an individual who resides in Highland Park, Illinois.

61.     Defendant It Ends With Us Movie LLC is a company that entered into an agreement regarding Plaintiff's acting services and regarding the contractual rider for the Film. It Ends With Us Movie LLC is a California limited liability company with its principal place of business in California. On information and belief, Defendant Wayfarer is the sole member of It Ends With Us Movie LLC. On information and belief, no members of It Ends With Us Movie LLC are citizens of New York. On information and belief, all of the members of It Ends With Us Movie LLC are citizens of California and/or Illinois.

62.     Defendant Melissa Nathan is an individual who provides crisis management and communications services. Ms. Nathan launched The Agency Group PR LLC in January 2024. Ms. Nathan is an individual who resides in North Hollywood, California. During a portion of the relevant period, Ms. Nathan lived in Brooklyn, New York.

63.     Defendant The Agency Group PR LLC ("TAG") is a company that provides

services including messaging and narrative development, media relations, crisis communications and management, and digital and social strategy. TAG is a Delaware limited liability company with its principal place of business in Santa Monica, California. On information and belief, no members of TAG are citizens of New York.

64.     Defendant Jennifer Abel is CEO and founder of RWA Communications LLC. Ms. Abel is an individual who resides in Beverly Hills, California and provides public relations services.

65.     Defendant Jed Wallace is President, Director, and Secretary of Street Relations Inc., formerly known as Street Relations LLC. Mr. Wallace is an individual who resides in Dripping Springs, Texas and who has described himself as a self-employed "PR consultant" who offers "crisis mitigation" services.

66.     Defendant Street Relations Inc. ("Street Relations") is a company that describes itself as a "crisis mitigation firm engage by clients to help navigate real-life human crisis, threats, trauma and mental health concerns." Street Relations is incorporated in the state of California with a principal place of business in Texas. In 2008, Street Relations LLC—a California limited liability corporation—filed a Statement of Conversation with the Secretary of State of the State of California to convert into a general stock corporation named Street Relations. Street Relations LLC filed incorporation documents in California in 2007, and in a June 2007 filing described itself as a "Communications, marketing, and brand/media consultation" company with Mr. Wallace as its sole manager.

## JURISDICTION AND VENUE

67.     This Court has original jurisdiction over the claims for relief asserted in this complaint pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343 (a)(4), and 28 U.S.C. § 1367.

68.     Plaintiff's Title VII causes of action arise under federal law and Plaintiff's California claims arise from the same underlying facts, and are thus so related to her federal claims that they form part of the same case or controversy.

69.     This Court additionally has original jurisdiction over the claims for relief

asserted in this complaint pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and no defendant is a citizen of the same State as Plaintiff.

70.     This Court may exercise personal jurisdiction over Defendants pursuant to § 301 of the New York Civil Practice Law and Rules because all Defendants systematically and continuously conduct and solicit business within New York and have availed themselves of the privileges of conducting business in the State of New York.

71.     This Court may exercise personal jurisdiction over Defendants because, as further alleged herein, Defendants each participated in a civil conspiracy and, on numerous occasions, individual co-conspirators engaged in overt acts in furtherance of that conspiracy that had sufficient contacts with New York to subject that co-conspirator to jurisdiction in New York.

72.     This Court may exercise personal jurisdiction over Defendants pursuant to § 302 of the New York Civil Practice Law and Rules, including because, upon information and belief, all Defendants transact and solicit business within the State, have committed the tortious acts described in this Complaint within the State, and/or have committed such acts outside of the State causing injury to Plaintiff within the State.

73.     As just a few examples: on January 4, 2024, Mr. Baldoni and Mr. Heath, in their own capacities and as representatives of Wayfarer, met in person in New York with Ms. Lively to discuss her concerns regarding Mr. Baldoni and Mr. Heath's harassing behavior and other on-set misconduct that started the sequence of events leading to this suit, and were directly engaged, via contract with a New York forum selection clause, with Jonesworks, with its principal place of business in New York, and which engagement gave rise to the retaliation campaign at issue; Mr. Sarowitz threatened to ruin the lives of Ms. Lively and her family while attending the Film's New York premiere in connection with his position at Wayfarer; Ms. Abel worked as an employee of Jonesworks, which position directly gave rise to the retaliation campaign at issue; Wayfarer contracted with Jonesworks for certain communications and public relations services that gave rise to this dispute in an agreement under which Wayfarer consented to jurisdiction in

New York; Ms. Nathan conducted business from Brooklyn, New York during a portion of the relevant period; in their efforts to "bury" Ms. Lively and to conceal Mr. Baldoni's on-set behavior, Ms. Nathan, Ms. Abel, Mr. Wallace, and Street Relations Inc. targeted New York by, among other things, communicating with (or causing content to be provided to) journalists, content creators, and media entities based in New York, including at least one journalist at the New York Post and another at the New York Times; and all Defendants have alleged that they had a contract with The New York Times in direct connection with the publication of an article pursuant to which they have brought suit, and in connection therewith, their agent and lawyer Mr. Freedman made defamatory statements regarding Ms. Lively on their behalf; and each of the Defendants' tortious acts caused injury to Ms. Lively, her family, and/or her businesses in New York.

74.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b) and (c), because a substantial part of the events or omissions giving rise to these claims occurred in this District and because Defendants are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

### A. Justin Baldoni and Jamey Heath of Wayfarer Engage in Inappropriate and Unwelcome Behavior Toward Ms. Lively and Others on the Set of *It Ends with Us*.

75.     Mr. Baldoni launched Wayfarer, along with Mr. Sarowitz, in 2020. Mr. Heath serves as Wayfarer's Chief Executive Officer. Mr. Sarowitz is a leading financier of Wayfarer, and he, Mr. Heath, and Mr. Baldoni are all close personal friends. Under the Wayfarer banner, Mr. Baldoni and Mr. Heath have many platforms, including the *Man Enough* podcast, which they co-host. Mr. Baldoni and Mr. Heath have positioned Wayfarer as a male-feminist platform that explores gender roles, dismantles toxic masculinity, and creates a safer and judgment-free society for women.

76.     Mr. Baldoni serves not only as the co-founder and co-chairman of the Studio that financed and ran production on *It Ends With Us*, he also served as Director, Executive Producer, and co-lead actor playing the role of Ryle Kincaid. As Studio Head and Director, all actors, crew, and staff on the Film—including Ms. Lively—answered to Mr. Baldoni. In his words,

he was "the leader" who sat "at the top of this totem pole . . ." While Sony was the distributor releasing the Film, Wayfarer was responsible for the production, and Wayfarer was led by Mr. Baldoni and Mr. Heath.

77.     Production of the Film began in early May 2023, and lasted until it was suspended in mid-June 2023, due to the Writers Guild of America ("WGA") strike.

78.     During that time, Ms. Lively and other cast and crew experienced invasive, unwelcome, unprofessional, and sexually inappropriate behavior by Mr. Baldoni and Mr. Heath. Because Mr. Baldoni and Mr. Heath held all leadership positions on the production, they answered to no one, and brushed off or ignored the concerns Ms. Lively and others expressed.

**a.  Mr. Baldoni ignored well-established industry protocols in filming intimate scenes, and exploited the lack of controls on set to behave inappropriately.**

79.     Wayfarer failed to adhere to guild rules, as well as Ms. Lively's contract, and standard industry safety protocols with respect to nudity and intimate scenes, which the Screen Actors Guild and the American Federation of Television and Radio Artists ("SAG-AFTRA") acknowledges "place performers in uniquely vulnerable situations."[13] Such safeguards ignored by Wayfarer include: providing performers with appropriate notice of nudity and simulated sex and ensuring that (i) consent is given free of pressure or coercion, (ii) signed "nudity riders" are in place, spelling out the parameters of nudity or simulated sex scenes, (iii) "safe and secure working conditions that are not detrimental to [a performer's] health, safety, morals and career,"[14] and (iv) the use of "intimacy coordinators" to observe intimate scenes.[15]

80.     Without these protections in place, Mr. Baldoni improvised physical intimacy that had not been rehearsed, choreographed, or discussed with Ms. Lively, with no intimacy coordinator involved. For instance, Mr. Baldoni discreetly bit and sucked on Ms. Lively's lower lip during a scene in which he improvised numerous kisses on each take that were not pre-

---

[13]  *Quick Guide for Scenes Involving Nudity and Simulated Sex*, (Dec. 29, 2024, 6:27 PM), https://www.sagaftra.org/quick-guide-scenes-involving-nudity-and-simulated-sex-0.
[14]  *Id.*
[15]  *Id.*

26

approved in the script and without an intimacy coordinator there. Mr. Baldoni insisted on shooting the full scene over and over again, well beyond what would have been required on an ordinary set, and without advance notice, conversation, or consent.

81.     On another occasion, Mr. Baldoni and Ms. Lively were filming a slow dance scene for a montage scene, meaning that none of the sound recorded while filming the scene was meant to be used in the Film. Music was intended to play over the action. Nonetheless, microphones were live to pick up "room tone" but not conversations or dialogue to be used in the Film. The scene in the script specifically described dancing without dialogue and did not include any intimate conduct or kissing.

| 40 | **EXT. BAR – NIGHT** | 40 |
|----|---------------------|----|
|    | LILY and Ryle slow dance in the bar. Patrons around them drinking and watching sports. Completely in their own world. | * * |

82.     Mr. Baldoni did not provide notice or seek consent for any intimacy in advance. Instead, Mr. Baldoni chose to spontaneously improvise the scene while the cameras were rolling. During the filming, Mr. Baldoni repeatedly leaned in toward Ms. Lively, attempting to kiss her, kissing her forehead, rubbing his face and mouth against her neck, putting his thumb to her mouth and flicking her lower lip, caressing her, and telling her how good she smells. None of this took place while Mr. Baldoni was "in character" as Ryle, because both the intimacy and dialogue departed from what had been agreed to in the script. Ms. Lively was uncomfortable and kept leaning away and repeatedly suggesting, and then begging, that their characters should just talk. She tried to use levity and "creative" pleas to deflect the unwanted touching, hoping to get through the scene in a way that maintained a professional boundary without antagonizing Mr. Baldoni.[16]

---

[16] The fact that Ms. Lively varied the number of kisses in other scenes *in which the kissing was scripted in advance* does not justify Mr. Baldoni's improvisations or his attempts to add graphic sex scenes into the Film. In other scenes, the kissing was consistent with the plot, it had structure and blocking, and most importantly, it was discussed in advance and was mutually consensual. There can  be flexibility in such scenes, but it must be within appropriate boundaries, and the key is advance planning and consent. Mr. Baldoni acted without planning, without consent, and grossly outside of acceptable boundaries. He made it personal and repeated, even after Ms. Lively spoke up, and became defensive and dismissive when challenged, no matter how politely she mentioned it.

The video footage of the scene shows Ms. Lively to be trapped, having to appear as though her character was happy and in love while the cameras were rolling. Ms. Lively did not want to film additional takes on the scene but continued to participate to be a team player and support the production in real time while simultaneously expressing and holding physical boundaries against Mr. Baldoni's advances. Ms. Lively even referred to Mr. Baldoni as a "sociopath" at one point during the exchange. Notwithstanding Ms. Lively's attempts at humor and levity, her words, actions, and body language all evince her lack of consent. When Ms. Lively later objected to this behavior, Ms. Baldoni's response was, "I'm not even attracted to you."

83.     In January of 2025, the Defendants, through their attorney Bryan Freedman, released this video to the media, apparently hoping that the mere act of releasing the footage would mislead the public into believing that it shows nothing abnormal or improper. But the footage by itself corroborates Ms. Lively's description of the scene to the letter. That is not just Ms. Lively's view. As Mia Schachter, an independent and "experienced intimacy coordinator" noted in response to an inquiry from the *Hollywood Reporter*, the footage shows Mr. Baldoni "trying to kiss her, and they clearly haven't discussed that ahead of time, and she keeps pulling away and clearly doesn't want to do that." Improved intimacy in this scene would not have been flagged for an intimacy coordinator in advance, Ms. Schachter explained, because in the script "[t]hey're just slow dancing. There's not any mention of any kind of physical intimacy." As she explained, even though Ms. Lively is "not powerless," she "still has to keep working with him and keep the peace and play nice," and "I can just see her trying to stay lighthearted and in good spirits about it and not upset him or anybody, and not waste anybody's time. But of course she is trapped between a rock and hard place. I can see her appeasing him and trying to keep a smile on her face." She continued: "In terms of the hierarchy on a set, he is in charge." Even though Ms. Lively is "the star," she observed, "he is the director and she's supposed to take direction from him." Ultimately, the fact that Mr. Baldoni, the Director, without advance consent "just went for it," then "did it again" after she

28

"pulled away," is "pretty damning, both as an actor and a director."[17] Neither Ms. Lively nor any of her agents had any contact with Ms. Schachter, nor were they even made aware of the *Hollywood Reporter* article until it was published. Nonetheless, on information and belief, Mr. Freedman sent letters threatening potential legal claims to both Ms. Schachter and the *Hollywood Reporter* following the publication of the article.

84.     Ms. Lively complained about inappropriate behavior as early as May 2023, which occurred without an intimacy coordinator present, and which ultimately led to Wayfarer and Sony agreeing with Ms. Lively that the consistent presence of an intimacy coordinator was "not only reasonable, but essential." Contrary to Defendants' assertions elsewhere, Ms. Lively did not "refuse" to meet with the Film's intimacy coordinator. She said she did not need to meet with her before production started because there were no intimate scenes in the immediate future, so they could talk once production began. Ms. Lively did have a call with the intimacy coordinator during preparations. Those conversations happened close in time to the filming of the relevant scenes. Elsewhere, Mr. Baldoni has blamed the intimacy coordinator for supposedly writing graphic new sex scenes including foreplay and orgasms and talking about a "clit," (Wayfarer Amended Complaint Ex. A, Dkt. 50-1 at 15) but Ms. Lively consented to the sex scenes in the script as written at the time she signed on to the Film, and Mr. Baldoni did not have consent to rewrite and add sex scenes, even if he did so with an intimacy coordinator. The purpose of the intimacy coordinator is to work with the actors to establish the appropriate boundaries based on what is in the script, *not to rewrite the script* to add more sexual content to satisfy the Director's demands.

---

[17] R. Keegan, An Intimacy Coordinator's Take on That Awkward 'It Ends With Us' Video, The Hollywood Reporter, January 23, 2025, available at https://www.hollywoodreporter.com/news/general-news/it-ends-with-us-video-intimacy-coordinator-1236116142/#recipient_hashed=f263019c32b1a51bc35b1cc13fd62e6101063a88aa923e90f61d52800371330b&reci pient_salt=8f1eb83fb7cfd7557957875b9e3240075a18870bb3005e99e3ed5d1204768d8a&utm_medium=email&utm _source=exacttarget&utm_campaign=Breaking%20News&utm_content=581248_01-23-2025&utm_term=11068996.

**b. Mr. Baldoni inserted improvised gratuitous sexual content and/or scenes involving nudity into the film (including for an underage character) in highly unsettling ways.**

85.     After Ms. Lively signed onto the movie based on a draft of the script, Mr. Baldoni, without Ms. Lively's knowledge or consent, personally added graphic content, including a scene in which Ms. Lively was to orgasm on-camera.

86.     When Ms. Lively objected to these additions, Mr. Baldoni insisted he had added them because he was making the Film "through the female gaze." Although he agreed to remove the scenes, he made a last-ditch attempt to keep one in which the couple orgasm together on their wedding night, which he said was important to him because he and his partner climax simultaneously during intercourse. Mr. Baldoni then intrusively asked Ms. Lively whether she and her husband climax simultaneously during intercourse, which Ms. Lively found invasive and refused to discuss.

87.     On the day of shooting the scene in which Ms. Lively's character gives birth, Mr. Baldoni and Mr. Heath suddenly pressured Ms. Lively to simulate full nudity, despite no mention of nudity for this scene in the script (excerpted below), her contract, or in previous creative discussions.

| 106 | **INT. BOSTON GRACE HOSPITAL, LILY'S ROOM – DAY** | 106 |
|---|---|---|

-Find Lily in the middle of intense labor- Ryle entering, wearing his scrubs, having just run from another side of the hospital, bursting with nerves. He rushes to her side, puts his hand on the railing. She puts her hand on his and grips it hard.

IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY BREATHING- Lily squeezing Ryle's hand with every push-

                    DOCTOR
          She's crowning- Just a few more pushes!

        RYLE                          NURSE
You're doing great. Almost     Don't let it go. Keep
there.                         bearing.

One final herculean PUSH and SCREAM, and the doctor holds the baby up.

              RYLE    (CONT'D)
          There she is... You did it. She's here...
          That's our baby girl.

As Ryle cuts the umbilical cord, the BABY is placed on Lily's chest, the absolute greatest moment of her life. Lily speaks to her as if they're the only two people in the world.

                    LILY
          There you are. Hi. Hi my angel. It's your
          mama.

| 107 | **LATER-** We find the INFANT CHILD on Lily's chest again, but now she's been cleaned and swaddled in a blanket. Lily and Ryle can do nothing but stare at her. | 107 |

88.     Mr. Baldoni insisted to Ms. Lively that women give birth naked, and that his wife had "ripped her clothes off" during labor. He claimed it was "not normal" for women to remain in their hospital gowns while giving birth. Ms. Lively disagreed, but felt forced into a compromise that she would be naked from below the chest down.[18]

89.     When the birth scene was filmed, the set was chaotic, crowded, and utterly lacking in standard industry protections for filming nude scenes—such as choreographing the scene with an intimacy coordinator, having a signed nudity rider, or simply turning off the monitors so the scene was not broadcast to all crew on set (and on their personal phones and iPad). Mr. Heath and Mr. Baldoni also failed to close the set, allowing non-essential crew to pass through while Ms. Lively was partially nude from below the chest down with her legs spread wide in stirrups and only a small piece of fabric covering her genitalia. Contrary to the Wayfarer Parties' contention, the production did not maintain a closed set. Among the non-essential persons present that day was Wayfarer co-Chairman Mr. Sarowitz, who flew in for one of his few set visits. Ms. Lively was not provided with anything with which to cover herself between takes until after she had made multiple requests. Ms. Lively became even more alarmed when Mr. Baldoni introduced his "best friend" to play the role of the OBGYN, when ordinarily, a small role of this nature would be filled by a local actor. Ms. Lively felt that the selection of Mr. Baldoni's friend for this intimate role, in which the actor's face and hands were in close proximity to her nearly nude genitalia for a birth scene, was invasive and humiliating.

90.     To add insult to injury, Mr. Heath approached Ms. Lively and her assistant on set and started playing a video of a fully nude woman with her legs spread apart. Ms. Lively **thought** he was showing her pornography and stopped him. Mr. Heath explained that the video was his wife giving birth. Ms. Lively was alarmed and asked Mr. Heath if his wife knew he was sharing the video, to which he replied "She isn't weird about this stuff," as if Ms. Lively was weird for not welcoming it. Ms. Lively and her assistant excused themselves, stunned that Mr. Heath had

---

[18] Generally, nudity below the waist in film utilizes a small piece of nude fabric glued around the female actor's genitalia to provide some minimal privacy without disturbing the shot (because that fabric is not able to have visible straps from profile camera angles).

shown them a nude video.

91.     Mr. Baldoni added a detailed scene to the Film in which the underage version of Ms. Lively's character, Lily, loses her virginity. In both the book and the script for the Film, there was no sex scene; instead, the details about this moment were left to the audience's imagination. But Mr. Baldoni added in considerable details, which was particularly concerning to Ms. Lively given Mr. Baldoni's other behavior and directorial choices as detailed in this complaint. These additional details included both dialogue between Young Lily and her boyfriend (Atlas) about the loss of her virginity, as well as a simulated sex scene in which Mr. Baldoni filmed, and included in his initial cut of the Film, a brief close up of Young Lily's face, accompanied by an audible gasp at the moment of penetration. Ms. Lively was informed that when this scene was shot, after Mr. Baldoni called "cut," he walked over to the actors and said, "I know I'm not supposed to say this, but that was hot," and, "did you two practice this before?"

   **c.  Mr. Baldoni and Mr. Heath discussed their personal sexual experiences and previous porn addiction, and tried to pressure Ms. Lively to reveal details about her intimate life.**

92.     During a car ride with Ms. Lively, her assistant, and driver, Mr. Baldoni claimed to Ms. Lively that he had been sexually abused by a former girlfriend (which he has since shared publicly). At the end this story, Mr. Baldoni shared that it had caused him to reexamine his past. He then said: "***Did I always ask for consent? No. Did I always listen when they said no? No.***" Mr. Baldoni claimed this was an example of how we all have things from which we can learn and grow. Ms. Lively was alarmed by Mr. Baldoni's suggestion that he had engaged in sexual conduct without consent. When Ms. Lively exited the car, her driver immediately remarked that he did not want Ms. Lively to be alone with Mr. Baldoni going forward.

93.     Later in July 2024 in connection with another discussion, Ms. Lively recounted this consent story to a female cast member in a text exchange: ". . . It's crazy how above reproach they feel. It's like he said to me about his previous sexual encounters when we were in my car with [my assistant] and my security [ ] . . . He said 'have I always asked fro [*sic*] consent?

32

… No. Have I always listened when they said no? No.' People show you who they are, believe them the first time."

94.     In fact, Mr. Baldoni publicly acknowledges that he has struggled with consent. He echoed language similar to the words he spoke to Ms. Lively in the car ride described above in a podcast interview, in which he admitted that he had "crossed boundaries and lines in my teens and twenties" with respect to obtaining consent, a flaw which he blamed on his early exposure to pornography: "you start to think that is what women want, and in porn, as we know, 'no' means 'yes' or 'try harder.'"[19]

95.     On the first day of production, Mr. Baldoni and Mr. Heath described their past sexual relationships to Ms. Lively, including that one of them used to "hook up" with a woman. Mr. Baldoni said that he had decided the woman wasn't "the one," so then Mr. Heath had gotten together with her. Ms. Lively found this description of passing along a woman to be disrespectful and disturbing.

96.     Mr. Baldoni and Mr. Heath often spoke of their "previous pornography addiction." Mr. Baldoni would often reference pornography to Ms. Lively. Hoping to shut the subject down, she said to him privately that she had never seen it. Later, when Mr. Baldoni was once again referencing his experiences with pornography, he revealed in front of other cast and crew that Ms. Lively had never "seen porn." It was an incredible invasion of her privacy to discuss any aspect of her intimate life with the cast and crew, much less reveal something that she had only told Mr. Baldoni to try to get him to stop talking about the subject with her.

97.     Mr. Baldoni engaged in other behaviors that were shocking and emotionally distressing. For example, he claimed he could speak to the dead, and on several occasions told Ms. Lively that he had spoken to her recently-deceased father. On one occasion when he claimed to have spoken with Ms. Lively's dead father (a person whom Mr. Baldoni had never met), Ms. Lively attempted to deflect the comment with humor, telling Mr. Baldoni: "let him know he owes

---

[19] Jane Randel, *Boys Will Be Human | A Talk on Healthy Masculinity with Justin Baldoni* (March 7, 2023). https://www.youtube.com/watch?v=t48m6Ee9G18 (noting that "I'm sure I have crossed boundaries and lines in my teens and twenties not even thinking about it simply because of the porn I was consuming").

me 40 bucks." Mr. Baldoni replied, "Wait, does he really?" Ms. Lively was shocked that Mr. Baldoni was pushing the conversation further, and replied with another attempt at humorous deflection, stating, "Oh god no. He owes me so much more than that." Mr. Baldoni then closed his eyes, put his hand on his heart, and said, "I was leaving my apartment this morning, and I reached into my pocket… and there was $40 dollars in there, that I did not put there." This exchange deeply disturbed Ms. Lively, and it was *not* (as Defendants have since claimed) limited to Mr. Baldoni simply claiming to pray for her father.

98.     Mr. Baldoni and Mr. Heath were also constantly hugging and touching cast and crew. When Ms. Lively or others avoided this touching, Mr. Baldoni and Mr. Heath would retaliate by becoming irritated, cold, and uncollaborative. The result was an unwelcoming and mercurial environment for Ms. Lively, her employees, and others on set.

### d. Mr. Baldoni objectified Ms. Lively and other women by commenting on or criticizing their bodies as sex objects.

99.     Mr. Baldoni often referred to women in the workplace as "sexy." When they expressed discomfort, Mr. Baldoni would deflect or try to pass it off, which undermined Ms. Lively and others' concerns. For example, on one occasion that Ms. Lively observed, he told a female cast member that her leather pants looked "sexy" when she arrived to the set. When she rebuffed his comment because she was uncomfortable, rather than apologizing, he brushed it off with "I can say that because my wife is here today." Ms. Lively felt embarrassed witnessing this kind of commentary, as did others.

100.    Defendants have claimed that Mr. Baldoni's description of female cast members as "sexy" was justified by the fact that Ms. Lively also sometimes used the word "sexy" on set. This claim displays a stunning lack of understanding as to how context informs the appropriate versus inappropriate use of language. The word "sexy" is not inherently inappropriate, but it *can* be inappropriate in certain contexts. Ms. Lively or Mr. Baldoni using the word "sexy" in a creative space related to the plot, or in reference to a character, is not problematic. What was inappropriate, and what Ms. Lively objected to, was her employer, Mr. Baldoni, personally

describing her as sexy out of character.

101.     On another day, Ms. Lively wore a low-cut dress to facilitate breast feeding, but had it covered up with a coat. When the jacket briefly popped open at one point to reveal the dress, Mr. Baldoni commented about how much he liked her outfit, which flustered Ms. Lively. Later that day, Mr. Baldoni pressured Ms. Lively (who was in her pre-approved wardrobe) to remove her coat in front of the crew and multiple background actors in a packed bar. He said that he wanted to see her "onesie" under the coat because it was zipped low to reveal her lace bra. Consistent with past practice, he said, "I think you look sexy" in a tone that made her feel ogled and exposed. With other female cast members present, she said, "that's not what I'm going for." He bristled and replied, "I'm sorry, hot." Deeply uncomfortable, Ms. Lively said, "not that either." Mr. Baldoni responded sarcastically, "I guess I missed the HR meeting," and walked away. Another woman on the production spoke to Ms. Lively afterward to offer empathy and to share her own similar experiences with Mr. Baldoni commenting about her in sexual terms.

102.     As a result of Mr. Baldoni's behavior, on May 29, 2023, another cast member lodged a sexual harassment complaint about Mr. Baldoni's "gross" and "unwanted comment[s]" towards her and others.

103.     While, on the one hand, Mr. Baldoni was objectifying Ms. Lively as a sex object, on the other hand, he went out of his way to message criticisms of her age and weight, neither of which she could change during filming. On the second day of filming, for example, Mr. Baldoni made the rest of the cast and crew wait for hours while he cried in Ms. Lively's dressing room, claiming social media commentators were saying that Ms. Lively looked old and unattractive based on paparazzi photos from the set. Ms. Lively tried to reassure him that she should look authentic in the scenes depicted in the photos, which were just after her character had been abused by her fictional husband, rather than "hot"—Mr. Baldoni, however, appeared focused on Ms. Lively's sexual appeal above all else. His lengthy outburst caused a delay in shooting, forcing an emotional scene to be shot haphazardly.

104.     To make matters worse, when Ms. Lively tried to have a meeting with Mr.

Heath and the other producers to discuss Mr. Baldoni's unprofessional behavior described above, that meeting turned into yet another violation. Rather than an ordinary meeting time and place, Mr. Heath arrived unannounced at Ms. Lively's hair and makeup trailer while she was topless and having body makeup removed by makeup artists. Ms. Lively told Mr. Heath that she was almost done and they could meet once she was clothed. Mr. Heath, however, insisted that if she did not allow him into her trailer to speak to him at that moment, then there would be no meeting with the other producers. Ms. Lively reluctantly agreed, but asked that Mr. Heath keep his back turned. A few minutes into the conversation, Ms. Lively noticed that Mr. Heath was staring directly at her while she was topless. When she called him out, Mr. Heath brushed it off as a habit of wanting to look at a person while speaking to them. Ms. Lively and her hair and makeup artists were all deeply disturbed by this interaction on just the second day of filming.

105.    Throughout filming, Mr. Baldoni and Mr. Heath invaded Ms. Lively's privacy by entering her makeup trailer uninvited while she was undressed, including when she was breastfeeding her infant child. Ms. Lively often had to work while breastfeeding, which she felt comfortable doing so long as she was given the time and space to cover herself. She did this frequently, because she was not given breaks to feed her baby,[20] but Ms. Lively did not expect or consent to anyone entering her private spaces while topless, exposed, and vulnerable with her newborn, or during body makeup application or removal. Mr. Baldoni and Mr. Heath both showed a shocking lack of boundaries by invading her personal space when she was undressed and vulnerable. Defendants have claimed that these intrusions were Ms. Lively's fault, because she texted Mr. Baldoni on one occasion that she was "just pumping in my trailer if you wanna work out our lines." This misunderstands the difference between a woman pumping on her own terms—having taken the necessary steps to make herself comfortable, covering herself, and ensuring the conditions are appropriate for the task—and walking in on someone without notice or permission while they are breastfeeding or otherwise in a state of partial undress. The critical distinction is

---

[20] Ms. Lively was not given proper lactation breaks by Wayfarer during filming, which sometimes stretched into six hours without a break. When filming finally broke, Ms. Lively would have to run to her trailer to breastfeed. The lack of accommodation for her need to express milk caused her to develop painful mastitis.

consent. Ms. Lively's one-time invitation was neither free license to join her *immediately* in her trailer, nor was it a general invitation to freely walk into her trailer at any time uninvited, and it certainly was not license to enter Ms. Lively's trailer when she *refused* consent. The fact that Mr. Baldoni, who has repeatedly preached the importance of consent while giving media interviews or in public speaking events, now claims otherwise with respect to his own behavior displays breathtaking hypocrisy.

106.    Mr. Baldoni also routinely degraded Ms. Lively by finding back-channel ways of criticizing her body and weight. A few weeks before filming began and less than four months after Ms. Lively had given birth to her fourth child, Ms. Lively was humiliated to learn that Mr. Baldoni secretly called her fitness trainer without her knowledge or permission, and implied that he wanted her to lose weight in two weeks. Mr. Baldoni told the trainer that he had asked because he was concerned about having to pick Ms. Lively up in a scene for the movie, but there was no such scene. In later text messages sent to his team, Mr. Baldoni referred to Ms. Lively's trainer as "a damn spy" and sought to plant stories to portray his concerns as being motivated by his lower back pain.

107.    Ms. Lively was not alone in her view that Mr. Baldoni's discussion with her trainer was uncomfortable and inappropriate. In fact, on January 29, 2025, following Mr. Baldoni's $400 million lawsuit against Ms. Lively and others, Ms. Lively's trainer edited the caption of an Instagram post he had originally posted on July 25, 2024 of himself and Ms. Lively and his wife, to share his views on this issue publicly. He wrote that since he had originally posted the picture, "[t]here have been negative comments on this post, negative comments sent to my wife, and believe it or not negative comments sent to my children." He explained that "Justin Baldoni is not my client. I created a complimentary program for him as a favor to a client." He noted that he had helped to find "him a coach," and "[a]fter an uncomfortable conversation, communication ended."

108.    When Ms. Lively caught strep throat, Mr. Baldoni offered as a "gift" to connect her with an expert he had on retainer to help her with probiotics and to combat the sickness. When Ms. Lively went to fill out the privacy forms, she saw that the expert was not what Mr.

Baldoni had represented her to be, but was instead a weight-loss specialist. Ms. Lively felt, once again, that Mr. Baldoni was shaming her for her body and weight.

109.    Mr. Baldoni and Mr. Heath also failed to implement COVID protocols when there was a COVID outbreak on set. Ms. Lively was told by another producer that because Wayfarer did not have insurance coverage for COVID, Mr. Baldoni and Mr. Heath deliberately withheld from Ms. Lively that she had been exposed to COVID. Both Ms. Lively and her infant child contracted COVID from the outbreak.

**B.    Ms. Lively And Others Lodge Grievances Regarding the Conduct of Mr. Baldoni and Mr. Heath, Which Wayfarer Declines to Investigate.**

110.    As the studio producing the Film, Wayfarer was the employer of all the cast and crew and was thus responsible for ensuring workplace safety on set.

111.    However, Wayfarer failed to provide Ms. Lively with even rudimentary employment protections, such an employee handbook, sexual harassment policy, information or any training on sexual harassment, discrimination, or respectful workplace expectations.

112.    Wayfarer also failed to provide Ms. Lively with information about the process and procedure for filing human resources ("HR") complaints.

113.    As the producer and owner of the Film, Wayfarer was legally obligated to address HR-related concerns or complaints. To Ms. Lively's knowledge, however, Wayfarer lacked any process for responding to complaints about its leadership, Mr. Baldoni and Mr. Heath, who plainly were not going to investigate themselves.

114.    Wayfarer, Mr. Baldoni, and Mr. Heath received or were aware of a number of HR grievances regarding their conduct. They admitted as much from day one. For example, on the first day of filming, while attempting to hug Ms. Lively's employee, Mr. Heath said "I don't even know if we're allowed to do this. It's day one and we have an HR report already."

115.    Contemporaneous messages with witnesses prove that Ms. Lively's concerns about Mr. Baldoni and Mr. Heath—and others' concerns—began early in the pre-production and production process, long before the editorial process began. Because of the lack of

protocols, Ms. Lively initially struggled to find a way to navigate the increasingly troubling behavior to which she was subjected on set. On or about May 23, 2023, during a particularly difficult day on set, she and a female cast member talked to each other about how uncomfortable ***they were both feeling***. That same cast member later reached out to Ms. Lively by text to express appreciation and relief to be able to commiserate about their shared experiences. Ms. Lively, upset with the inappropriate working conditions to which they were both being subjected, thanked her for her support in speaking up, writing:

> "Thank you for taking the time to say this. And also for taking the time at your lunch. I felt untethered today and you grounded me. I'm sorry for what you've experienced and I wish I would've been there to witness it for you (and not that you need me to but I sure would've loved to have run my mouth about it). Thank you for not only witnessing me, but for coming in with such eloquent and safe backup. You were able to be bold without being inflammatory , which is such a tightrope. And I really appreciate it…."

116.    On May 24, 2024, both Ms. Lively and the female cast member discussed how they were both feeling uneasy on set that day. Ms. Lively confided that she felt "like [she needs] to say something tonight after wrap" but that she's "not sure how to navigate it," to which her cast member responded by offering words of support.

117.    That same day, on May 24, 2023, Ms. Lively confided in another woman who was a mutual friend of Mr. Baldoni and Mr. Heath: "I was gonna invite you to set tomorrow. These people. Whoa." Ms. Lively continued in response to a message from the woman by stating, "It's like HR nuts today. The both of them. I wasn't expecting that turn. I mean it's been present but today I came home and cried." Further in the exchange, Ms. Lively describes Mr. Baldoni and Mr. Heath as "creeps . . . .Like keep your hormones to yourselves. This is not mine. I don't want it. I don't want you [*sic*] gaze or words or tongue or videos of your naked wife. Yeah. It's shocking. Clowns."

118.    Meanwhile, Ms. Lively and a female cast member discussed a plan to speak with Ange Gianetti, the Sony executive assigned to the production. On May 26, 2023, that cast member reached out to Ms. Lively to ask if she had talked to Ms. Gianetti, and informed Ms.

Lively that her manager knows Ms. Gianetti and would be willing to offer support. Ms. Lively responded that she had spoken with Ms. Gianetti for 45 minutes.

119.     When Ms. Lively reached out to Ms. Gianetti, who was supportive, Ms. Gianetti texted Ms. Lively that "what i did want to review/discuss feels very very small in light of today's news. Im so sorry . . . calling you in moments."



120.     In that conversation with Ms. Gianetti on May 26, 2023, Ms. Lively told her that she wanted to file an HR complaint about both Mr. Baldoni and Mr. Heath's misconduct. Although she was sympathetic, Ms. Gianetti told Ms. Lively that Sony, as the distributor of the film, was not empowered to oversee physical production, which included Mr. Baldoni and Mr. Heath's behavior on set, and that such concerns must be raised with Wayfarer, the studio responsible for the production. Ms. Lively was concerned with this response because Mr. Baldoni and Mr. Heath were the Chairman and CEO of Wayfarer, and Mr. Baldoni was the Director of the Film. Ms. Lively did not believe that either Mr. Baldoni or Mr. Heath would investigate their own alleged misconduct—and that disbelief was proven by subsequent events.

121.     In the meantime, following through on her prior text, the female cast member also had her managers contact Ms. Gianetti to discuss that cast member's own discomfort with behavior by Mr. Baldoni and Mr. Heath and its negative impact on the work.  The remainder of the text exchange shows how both women shared concerns about speaking up and the potential

consequences of doing so. Ms. Lively shared that she needed to tread carefully to "salvage some degree of chemistry and camaraderie with Justin who's not only my director but love interest and we're not even 1/3 of the way done [with filming]." The two women then recounted their discomfort with their experiences with Mr. Baldoni and Mr. Heath, including one incident in which Mr. Baldoni secretly recorded them, and another in which he made an unwelcome remark about the female cast member's wardrobe. Ms. Lively noted that Mr. Baldoni once asked her if he crossed a line, and when she said yes, he made a joke that he "must've missed the sexual harassment meeting."

122.      Ms. Lively and the female cast member discussed various examples of their uncomfortable and inappropriate interactions with Mr. Baldoni, and, on May 28, 2023, Ms. Lively explained that her concerns were not just with Mr. Baldoni's behavior, but the way that Mr. Baldoni behaved *after* being confronted with his line-crossing behavior: ***"[h]e keeps referencing it. Or disconnects entirely. Or gets snippy and impatient as a director. He was so huffy after the sexy thing I felt awful for saying something***."

123.      That same day, Ms. Lively continued by observing that both she and the female cast member are not "people who can't take a joke. Or who can't work or understand blue. We're not that fragile." Referencing Mr. Baldoni, she said "You just can't record people without asking. ***You can't speak to people sexually while not in character or while talking about a character. And if you overstep, you move on. It's the weirdness after that makes it feel bad. Like if we speak up the vibes on set get funky and the work suffers***."

124.      On May 29, 2023, the same female cast member texted Ms. Lively to recount a conversation with one of the Film's producers about the cast member's own concerns with Mr. Baldoni's and Mr. Heath's conduct, and that producer agreed that the situation needed to change.

125.      Later that day, the same producer also reached out to Ms. Lively to say that she had spoken to Ms. Gianetti and confirming her conversation with the female cast member about what had been occurring on set. Ms. Lively thanked her for reaching out and replied that

they would catch up later that week.

126.     The next day, June 1, 2023, that producer reached out to Ms. Lively again to praise her. Ms. Lively responded with gratitude and thanked the producer for "taking the space to step up where we need it." The producer, in turn, thanked Ms. Lively because she "helped make the space for them to finally start listening to me, so thank YOU!"

127.     After unsuccessfully attempting to raise concerns with Sony, Ms. Lively expressly told Mr. Baldoni and Mr. Heath that there were serious HR problems on set. Mr. Heath responded that they knew, implying that someone had mentioned to them that Ms. Lively had raised concerns. In response, Mr. Heath told Ms. Lively that he thought she had wanted to see the nude video of his wife.

128.     On June 1, 2024, the female cast member told Ms. Lively that Mr. Baldoni had expressly acknowledged her concerns in writing, stating "I recognize that the last few days of filming have been difficult, but I wanted you to know that the work is really great and I'm excited for what we're creating. Equally important is that I was made aware of your concerns. I wanted you to know that they are fully received, I hear you, and adjustments will be made accordingly." The cast member conveyed to Ms. Lively that she did not feel the acknowledgment was satisfactory. Ms. Lively agreed.

129.     On June 8, 2023, a female cast member confided in Ms. Lively that she had difficulty having conversations with Mr. Baldoni.  Ms. Lively responded that she, too, found it "really hard to speak to him. I try to cover it with busyness but not sure that covers what's going on. I think we're fine. We just have some stories to tell. And who knows If it wasn't a shit who maybe we wouldn't have found each other in such an anchoring way!" and noted they were "survivors with shared trauma."

130.     Mr. Baldoni's response to hearing the grievances of Ms. Lively and another female case member was dismissive. On June 8, 2023, the female cast member who raised concerns about Mr. Baldoni's behavior told Ms. Lively that Mr. Baldoni had been heard complaining to another actor that "***dude I have to tell you something but I don't want to get***

*canceled or lose my job . . . you can't say anything on this set anymore*."

131.    As described above, Ms. Lively and others attempted to raise concerns to Mr. Baldoni and Mr. Heath regarding certain of the conduct described during filming, but it was futile to ask Mr. Baldoni and Mr. Heath to address their own behavior, and their concerns were not addressed. Despite receiving multiple, detailed reports by Ms. Lively and others about Mr. Baldoni and Mr. Heath's misconduct, Wayfarer failed to investigate those reports or institute protections for the cast. This is so even though the incidents discussed above, among others, did not take place in isolation and many, if not all, were witnessed by others.

132.    In their January 31, 2025 Amended Complaint, Defendants admit that Ms. Lively raised concerns directly with Mr. Baldoni and Mr. Heath as early as May 2023. Their narrative about this complaint is telling. According to Defendants, Mr. Baldoni was immediately suspicious of Ms. Lively's concerns, and although Defendants cannot point to a shred of contemporaneous evidence backing this up, Defendants now insist that they were informed by Sony that any "complaints were *not* sexual in nature," and that Mr. Baldoni "sensed that Lively was intentionally manipulating the facts." Mr. Baldoni admits that the way he addressed this was to create an "acknowledgement" note for *someone else* to pass on to Ms. Lively, *id.*, which Ms. Lively found entirely unsatisfactory. Defendants concede that Ms. Lively requested a meeting the next day, on June 1, 2023, yet instead of following Mr. Baldoni's own advice to be "confident enough to listen to the women in your life," to "hear their ideas and their solutions," and to "actually believe them, even if what they're saying is against," Defendants mock Ms. Lively by saying she raised a "series of grievances" that "she appeared to have spent the past five days overanalyzing" and "scrutinized every minor infraction and perceived slight . . ." In sum, Defendants have conceded that Ms. Lively raised concerns about their behavior, both to Sony and to them directly, but their response is to retroactively rebrand those concerns as non-sexual and criticize Ms. Lively for "overanalyzing . . . perceived slight[s]."

133.    By these and other behaviors, Mr. Baldoni, Mr. Heath, and Wayfarer engaged in harassing conduct and failed their obligations to investigate complaints of workplace

harassment, prevent inappropriate and harassing behaviors on set, and provide avenues for cast and crew members to safely raise concerns to neutral parties so that they could be investigated and appropriately addressed.

134.     On or about January 31, 2025, in the midst of this litigation and nearly two years after Ms. Lively first raised concerns to Wayfarer in May 2023, outside investigation counsel for Wayfarer sent a letter to Ms. Lively's counsel claiming that they had recently been retained by Wayfarer to "conduct a neutral, third-party investigation of Blake Lively's complaint for sexual harassment, retaliation, failure to investigate, prevent, and/or remedy harassment, and aiding and abetting harassment." Wayfarer's outside investigation counsel asked to interview Ms. Lively, and to have an introductory call with her counsel first.

135.     Ms. Lively's counsel engaged in an introductory call with Wayfarer's outside investigation counsel and another investigator on February 12, 2025. *See* Letter from Ms. Lively's Counsel to investigation counsel, February 14, 2025, attached hereto as Ex. E. The investigators acknowledged that Wayfarer had a legal "mandate" to conduct an investigation, and confirmed that Wayfarer had not previously conducted any such investigation.

136.     The investigators confirmed that: (1) Wayfarer controlled the investigation budget and the documents and information that the investigators would receive; (2) the investigation would be attorney-client privileged and that, as the holder of the attorney-client privilege, Wayfarer would have the right to all of the investigators' interview notes, memoranda, determinations and conclusions, which Wayfarer could keep completely secret if it chose to do so; (3) the Wayfarer Parties' counsel would have the right to sit in on the investigator's interviews with any the Wayfarer Parties; and (4) it was entirely Wayfarer's decision as to whether the findings of the investigators were memorialized in a written report, and if there were a written report, it would be solely up to Wayfarer to decide whether that report would ever be provided to the cast and crew, Sony, or the general public. *Id.*

137.     The investigators acknowledged having read Ms. Lively's Complaint and confirmed that "if these incidents occurred as alleged there are significant problems within the

organization that they will have to contend with." Yet the investigators conceded that they would not be making any recommendations for corrective actions that Wayfarer should take based on the investigation findings, which they described as beyond the scope of their work for Wayfarer. It would solely be up to Wayfarer to decide what to do, if anything.

138.    Wayfarer's belated launch of an investigation, in 2025, is a damning admission of Wayfarer's failure to investigate events that were reported to Wayfarer in 2023. It also demonstrates the hypocrisy of Wayfarer's claim that it simply wants all of the facts to be released for public consumption. A privileged and confidential internal investigation that is financed and controlled by the same Wayfarer executives who have been sued for sexual harassment and retaliation is not an exercise in transparency, but a sham. This is especially so when litigation has already been initiated that will allow for neutral factfinders to determine Wayfarer's liability based on documents and testimony under oath provided by Messrs. Baldoni, Heath, and Sarowitz.

139.    The Wayfarer Parties ignored their legal mandate to conduct an investigation in 2023, when they indisputably became aware of multiple HR complaints, and their cynical attempt to launch a rigged "investigation" now makes a mockery of their legal obligations. And while it is helpful that Wayfarer has finally conceded its legal obligation to investigate sexual harassment and other concerns raised on the set of the Film, Wayfarer continues to ignore its legal obligation to cease retaliating against Ms. Lively for reporting those concerns.

### C. The Parties Negotiate A Contract Rider Regarding Mr. Baldoni's and Mr. Heath's Conduct on the Set of *It Ends with Us*.

140.    On May 2, 2023, the WGA, made up of two American labor unions representing more than 16,000 writers in film, television, radio, and online media, went on strike in connection with a labor dispute with the Alliance of Motion Picture and Television Producers.

141.    The Film temporarily halted production in June 2023 as a result of WGA picketing. On June 15, 2023, Wayfarer and Mr. Baldoni announced the continued halted production of the Film due to the ongoing WGA strike and the lost days experienced from

picketing.

142.    While the WGA strike was underway, on July 14, 2023, the American actor's union known as SAG-AFTRA, a labor union that represents about 160,000 people in the entertainment industry, including actors, recording artists, radio personalities and other media professionals, began to strike due to a labor dispute with the Alliance of Motion Picture and Television Producers.

143.    The WGA strike ended on September 27, 2023, and the SAG-AFTRA strike ended on November 9, 2023.

144.    Before returning to production, Ms. Lively and a female cast member discussed their mutual dread at going back to the film set. On October 13, 2023, Ms. Lively texted that cast member, sharing that she "keep[s] getting hits of the experience in really upsetting ways." The female cast member agreed and expressed regret about the situation.

145.    At this point, after Ms. Lively and others had unsuccessfully attempted to address and resolve the ongoing problems on set, and having significant concerns about the return to production, Ms. Lively worked with her attorneys to address the conditions described above and create a safe environment on set for herself and others.

146.    On November 9, 2023, Ms. Lively's attorneys provided Wayfarer's attorney with a document entitled, "Protections for Return to Production," attached hereto as **Exhibit A**.

147.    In conveying the Protections for Return to Production document, Ms. Lively requested that Wayfarer agree to implement a plan that would enable everyone to return to work and complete the Film with adequate protections to ensure a safe set moving forward.

148.    On November 11, 2023, counsel for Wayfarer indicated that "Wayfarer, Sony and Production respectfully acknowledge that your client has concerns regarding safety, professionalism and workplace culture. Although our perspective differs in many aspects, ensuring a safe environment for all involved is paramount, irrespective of differing viewpoints. Regarding your outlined requests, ***we find most of them not only reasonable but also essential for the benefit of all parties involved***."

149.     On November 15, 2023, Wayfarer, through It Ends With Us Movie LLC, agreed to the terms in a contractual rider, executed on January 19, 2024, and attached hereto as **Exhibit B**.

150.     The provisions of the contractual rider directly track the misconduct that Ms. Lively contemporaneously reported. Among the contract rider's provisions:

(a)     The first provision required that "An intimacy coordinator must be present at all times when [Ms. Lively] is on set."

(b)     The second provision required that, "With respect to Artist, any and all rehearsal, filming, reviewing of video playback or dailies and/or any other interaction with any scene involving simulated sex, nudity and/or partial nudity shall be restricted to those persons with essential business reasons for being present ("Essential Personnel") as approved by [Ms. Lively] and Todd Black as further described in the nudity rider attached as Schedule I [] ("Nudity Rider")."

(c)     The third provision required that "There is to be no spontaneous improvising of any scenes involving intimate/sexual physical touching, simulated sex, or nudity with respect to [Ms. Lively]. Scenes involving [Ms. Lively] that involves [*sic*] kissing, depictions of sexual intercourse, or any other intimate/sexual physical touching must be contained in the screenplay (i.e., the most up to date draft approved by [Ms. Lively] in writing), choreographed in advance in the presence of the intimacy coordinator, and may only proceed as choreographed with the consent of all participants in advance."

(d)     The fourth provision required that "Physical touching and/or comments on [Ms. Lively]'s physical appearance must only be done/made in connection with the character and scene work, not as to [Ms. Lively] personally. Except as written into the screenplay or as strictly required in connection with make-up or costume preparation, there is to be no physical touching (including hugging) of [Ms. Lively], her on-set personnel and/or her employees."

(e)     The fifth provision required that "There are to be no discussions with [Ms. Lively] of personal experiences with sex or nudity, including as it relates to conduct with spouses or others."

(f)     The sixth provision required that "No one will enter, attempt to enter, interrupt, pressure, or request entrance to [Ms. Lively]'s trailer while she is in a state of undress for any reason."

The seventh provision required that "There shall be no rehearsal or filming of [Ms. Lively] (including [Ms. Lively]'s approved body double) of any nudity, partial nudity, and/or simulated sex except as expressly permitted in accordance with the Nudity Rider. Any such footage of [Ms. Lively] (or [Ms. Lively]'s body double) previously shot without the Nudity Rider in place may not be used without [Ms. Lively]'s and her legal representatives' prior, written consent."

(g)     The tenth provision required that "***There shall be no retaliation of any kind against [Ms. Lively] for raising concerns about the conduct described in this letter or for these requirements. Any changes in attitude, sarcasm, marginalization or other negative behavior, either on set or otherwise, <u>including during publicity and promotional work</u>, as a result of these requests is retaliatory and unacceptable, and will be met with immediate action***."

(h)     The twelfth provision required that "Wayfarer will engage an additional, experienced A-level producer, approved by [Ms. Lively] (Todd Black is hereby approved) (the "Approved Producer), to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues provided that Company shall have the right to approve the agreement with the Approved Producer."

(i)     The fifteenth provision required that "Any rehearsal or shooting involving [Ms. Lively], or any other performer depicting the character of "Lily," that involves nudity (including partial nudity) or simulated sex must be conducted strictly in accordance with the Nudity Rider and must adhere to the approved script."

(j)     The sixteenth provision provided that "Any and all day players that participate in any way in scenes with [Ms. Lively] involving nudity, partial nudity and/or simulated sex must be engaged through customary industry talent agencies and not through personal connections of the director and/or producer."

(k)     The seventeenth provision required that "At [Ms. Lively]'s election, an all-hands, in-person meeting before production resumes will include the director, the existing producers, the Sony representative, the Approved Producer, [Ms. Lively] and [Ms. Lively]'s designated representatives to confirm and approve a plan for implementation of the above that will be adhered to for the physical and emotional safety of [Ms. Lively], her employees and all cast and crew moving forward."

151.     The contract rider expressly referenced the parties' Actor Loanout Agreement, dated May 5, 2023, and deemed the terms and conditions incorporated into that agreement.[21]

152.     On December 4, 2023, Ange Gianetti reached out to Ms. Lively to acknowledge that Ms. Lively's experience on set had been "beyond challenging" and to reiterate her own and Sony's support for Ms. Lively and her relief that Todd Black, who was brought in to oversee the safety of the cast and crew, was now on board. She stated: "[s]o glad Todd [Black] is now in it and overseeing everything but wanted to check in, offer anything I can. I know this has

---

[21] That Loanout Agreement contains an express choice of law provision in which the Parties selected California law to govern issues respecting issues going to the contract's validity, interpretation, performance, and any other dispute arising from the services contemplated in the agreement.

been beyond challenging to say the least. We at the studio want to support you best we can."



153.     The "all-hands, in-person" meeting provided for in the contract rider occurred on January 4, 2024, before production resumed, as described above. The meeting was not an ambush, nor was it a surprise—it was precisely the meeting called for under the contract rider. The meeting was attended by Mr. Baldoni, Mr. Heath, producer Alex Saks, producer Todd Black, and Sony's Ange Gianetti, as well as Ms. Lively and her husband, who attended at Ms. Lively's request as another designated representative (as provided for in the contract) given the subject matter of the meeting.

154.     At the January 4, 2024 meeting, the parties discussed a list of twenty examples of the behaviors that gave rise to the contract rider from her contemporaneous notes. These behaviors are listed in full earlier in this Complaint at Paragraph 3.

155.     Neither Mr. Baldoni nor Mr. Heath denied the veracity of Ms. Lively's examples.

156.     Ms. Lively requested that Mr. Baldoni and Mr. Heath agree that such behaviors would no longer take place, as memorialized in the language of the Rider, and Mr. Baldoni and Mr. Heath agreed.

157.     Production of the Film resumed on January 5, 2024, and concluded February 9, 2024. On January 14, 2024, before all of the cast had returned to the set Ms. Lively

reassured one cast member that "you'll enjoy it this time. And you don't need to hug anyone is the best part".  Ms. Lively continued: "And he won't touch you [*sic*] Or shouldn't. I don think he or Jamey [Heath] will." Ms. Lively said that she felt "***Solid. It's a professional set and we're getting good work***."

158.     That "professional set" was the result of an eight-month process in which Ms. Lively attempted ***privately*** to resolve concerns of misconduct and sexual harassment by Mr. Baldoni and Mr. Heath. Wayfarer failed to investigate those concerns, leaving it to Ms. Lively to negotiate for workplace protections to remedy the toxic environment on set. Understanding the risk she was taking by speaking up, Ms. Lively asked, and Wayfarer agreed in a contract, not to retaliate against her in any way, including in the press. While Ms. Lively remained disturbed by her experiences, she trusted that Wayfarer would honor the contract it signed. Instead, the Wayfarer Parties launched a vicious and well-funded retaliation campaign against her, which has grown more aggressive and harmful over the past several months.

### D.  Ms. Lively Led the Edit of Sony's Cut of the Film, Which Was the Version Released in Theaters.

159.     Mr. Baldoni and the Wayfarer parties have falsely claimed that Ms. Lively "took over the movie" as a self-aggrandizing power play. The Defendants entire accusation would rely on Ms. Lively and others fabricating malicious claims nearly a year before an edit, though Mr. Baldoni and Mr. Heath repeatedly engaged in inappropriate behavior with witnesses and corroborators in real time. And then, even more complicated, their accusation would have required Ms. Lively to rely on the hope that the Wayfarer Parties would sign a document acknowledging and agreeing to cease the detailed and specific misconduct described in her claims, after writing letters of apology to other female cast eight months before. And also, most critically, the supposed master plan they absurdly accuse Ms. Lively of would rely on the hope that Wayfarer would never in that 1.5 year process launch an HR investigation to clear their "innocent" names, but instead allow their film to be "stolen" from them.

160.     The assertion Ms. Lively "bullied" her way into edit room is not only false

but it was not even necessary. If she was not happy with the Film, she could have easily just moved on to her next project. She had offers for directing jobs, before, during and since the Film; if she wanted to direct, she could do that at any time, and without having to deal with the Wayfarer Parties, whom she very clearly wanted nothing to do with.

161. The story of the edit of the Film is not relevant to Ms. Lively's claims of sexual harassment and retaliation. It is a red herring designed to distract the public away from the grave misconduct by the Defendants.

162. The Sony cut is the film that was chosen to be released in theaters. Ms. Lively led the Sony cut, with their support, working in close collaboration with Sony and Colleen Hoover.

163. Sony released the Film's trailer on May 16, 2024. The next day, a Sony executive wrote Ms. Lively about the "HUGE response" from the public to that release, calling it a "beautiful start" and thanking Ms. Lively for her contributions.



164. On June 19, 2024, one of the Film's producers described Ms. Lively's edit of the Film as "EXCELLENT" and her work as "truly beautiful."

165.    On August 11, 2024, after the film's release Sony executive Ms. Gianetti wrote to Ms. Lively: "Blake 50m dollars!! Your blood sweat tears brilliant smarts heart and soul in every single  frame. My God. It's incredible. Thank you 50m times and it's only Sat night."



166.    The story Mr. Baldoni and the Wayfarer Parties have told since Ms. Lively filed her opening complaint is completely at odds with their behavior when trying to produce and market the Film. Before Ms. Lively sued, Mr. Baldoni and the Wayfarer Parties were perfectly happy to exploit Ms. Lively's star power, as well as her access to A-level filmmakers, editors, and more. And notwithstanding their complaints today that Ms. Lively supposedly seized control of Mr. Baldoni's Film, that did not stop Mr. Baldoni from proudly marketing the Film as *his work* on release. Indeed, although Mr. Baldoni privately confessed that he did not even see the final cut of the Film until the premiere, he repeatedly and publicly took credit for the Film, while Ms. Lively generally downplayed her contributions.



167. The irony of Wayfarer's complaints should be lost on no one—it is Mr. Sarowitz, Mr. Baldoni, and Mr. Heath that have reaped the greatest financial benefits from Ms. Lively's hard work about which they now complain. The Film quickly became Wayfarer's most lucrative project, to the record-breaking tune of over $350 million. Reveling in the financial success of the Film they now incredibly accuse Ms. Lively of hijacking, Mr. Sarowitz boasted in one interview that the Film was "number one in the country" as of August 13, 2024.[22] When one interviewer congratulated Mr. Sarowitz on the Film's impressive $50 million opening weekend, Mr. Sarowitz responded that the Film had actually grossed "$80 million worldwide … about two-and-a-half times what [Wayfarer] expected," remarking, "we're thrilled with that."[23] Once the Film was well-established in theaters, Wayfarer took to Instagram to promote the Film's addition to streaming service giant Netflix, encouraging users to "Watch The *Blockbuster Film* At Home,"[24] and later celebrated that the Film was the "[Number One] Movie in the U.S. on Netflix."[25]

168. It seems, so long as Ms. Lively stayed silent about Wayfarer's misconduct, Defendants were content to continue collecting paychecks from the Film they now claim she hijacked. It is only once she spoke out about the sexual harassment and retaliation to which Defendants subjected her that they decided to attempt to convince the public that Ms. Lively ruined the Film. And Defendants have done so even though, throughout the process, Mr. Baldoni engaged in stunning duplicity, praising Ms. Lively to her face and in public, while secretly disparaging her in private and plotting to "bury" her alongside the truth of his own behavior.

169. Not to be outdone, Mr. Sarowitz loudly promoted the Film and its box office successes all while financing Defendants' efforts to "destroy" Ms. Lively and her family. Even though the Film had "turned out very well," and Wayfarer had "made a lot of money" on it, in late

---

[22] WGN News, *"It Ends With Us" Pop-Up & Non-Profit Partnership*, YouTube 4:16 (Aug. 14, 2024), https://youtu.be/u2u9Y1opb4I?si=haUI5GsqWK7MjN5v&t=256.
[23] WGN News, *"It Ends With Us" Pop-Up & Non-Profit Partnership*, YouTube 5:45 (Aug. 14, 2024), https://youtu.be/u2u9Y1opb4I?si=ZolIrp_hbfrCcb28&t=339.
[24] Wayfarer Studios and Man Enough, Instagram (Sept. 24, 2024) https://www.instagram.com/p/DAUCQOdzXK1/?igsh=ajJ4Mm12ejN6ZWVl.
[25] Wayfarer Studios, Instagram (Dec. 12, 2024) https://www.instagram.com/p/DDfmYC-zW6x/?igsh=MW96ejB6MnlqNzE5MQ==.

August of 2024, Mr. Sarowitz confessed to a third party that if Ms. Lively or Mr. Reynolds "ever cross the line, ever, then I will go after them." He declared: "*I will protect the studio like Israel protected itself from Hamas. There were 39,000 dead bodies. There will be two dead bodies when I'm done.* Minimum. Not dead, but you're dead to me. So that kind of dead. But dead to a lot of people. If they ever get me to that point. Then I'll make it worth their while. Because *I'm gonna spend a lot of money to make sure the studio is protected*." He made this disturbing pledge after divulging to another individual at the Film's New York premiere that he was prepared to *spend $100 million to ruin the lives* of Ms. Lively and her family.

### E.   Ms. Lively and Other Cast and Crew Promoted The Film According to the Marketing Plan.

170.     In connection with the Film's public release, Ms. Lively and the rest of the cast actively promoted the Film in accordance with the Marketing Plan for the Film, attached hereto as **Exhibit C**. Wayfarer had embraced, and on information and belief, had formally approved of, this Marketing Plan.

171.     The Marketing Plan, and related talking points, expressly required Ms. Lively, as well as all other cast and crew engaged in promotional activities, to "[f]ocus more on [her character's] strength and resilience as opposed to describing the film as a story about domestic violence" and to "[a]void talking about this film [*sic*] that makes it feel sad or heavy – it's a story of hope."

172.     As detailed above, Ms. Lively and fellow cast members promoted the Film in accordance with the talking points and Marketing Plan during appearances on red carpets, interviews, press junkets, fan events, and pop-up experiences leading up to the Film's release.

173.     Mr. Baldoni and his team, including Mr. Sarowitz, had publicly embraced the same Marketing Plan. In early May 2024, Mr. Baldoni appeared at a floral-themed trailer launch event, which included him personally making flower bouquets for influencers, a photo opportunity, and film-branded latte art.

174.     Around the same time, on July 30, 2024, the official Instagram page for the

Film published a post for International Friendship Day about "How to Plan the Perfect Girls Night Out" and advising fans to "Grab your besties", "Get your tickets," and "Wear your florals." Two days later, on August 2, the official TikTok page for the Film posted videos of fans attending early screenings of the film in floral outfits, with one influencer, stating "grab your girls, wear your florals, and go see it."



175.    As late as August 11, 2024, Mr. Heath was defending Sony's marketing plan as "brilliant" and "fantastic." In an email to Sony on that date, Mr. Heath requested a call to "take some learnings" from some of the online commentary about the Film's marketing, yet: "To be clear. We are not saying it's been inappropriately marketed in any way. In fact, you all have been brilliant. Thank you. Extremely honored to be partners with you. It's been fantastic. The proof is in the pudding." He concluded by congratulating Sony "on a huge huge success."

176.    In advance of the release of the Film, nearly all cast members chose to appear in public separately from Mr. Baldoni, given his on-set behavior. Mr. Baldoni became concerned that the public would discover that "something is much bigger under the surface," on information and belief, alluding to the complaints lodged by Ms. Lively and others.

177.    At that point, Mr. Baldoni pivoted away from the Film's Marketing Plan to explain his absence from the rest of the cast. He shifted his focus away from a message of female

56

*triumph*, to instead capitalize on female trauma. After the Film's premiere, Mr. Baldoni changed his Instagram profile, cancelled lighthearted social media posts, and instructed his team to look for survivor reactions and support—all in an effort to quickly shift his own public narrative to focus solely on survivors and domestic violence organizations.

178.    Ms. Abel cautioned Mr. Baldoni that this shift might be "too drastic too soon." Still, Mr. Baldoni insisted on a "Tik Tok strategy" and that his promotional activities for the Film should seek to amplify what he described as "survivor content."



179.    The team followed Mr. Baldoni's instructions. For her part, Ms. Abel advised Mr. Baldoni on August 8, 2024 that creating content about domestic violence would be acceptable following his initial marketing push: "[i]t doesn't feel performative now that you've done major substantial press on the topic."



180.    On August 11, 2024, Ms. Abel cynically advised Mr. Baldoni that exploiting content relating to survivors of domestic violence could help advance his public image. In her words, she advised Mr. Baldoni that pushing out "survivor content first thing tomorrow" would "be helpful for [the] news cycle."



181.     By repositioning Mr. Baldoni's marketing of the Film, on information and belief, Mr. Baldoni hoped to create the false impression that he had *chosen* not to appear alongside other cast members. Mr. Baldoni directed his team to share on his public Instagram feed the *private* messages he had received from survivors sharing their stories of domestic violence with him. Mr. Baldoni's team talked him out of these ideas, writing that they "do not recommend using private DMs as content."



182.     Mr. Baldoni went so far as proposing to share a video of a woman's "birth moment," but his team talked him out of it, warning that it might be "perceived as 'weird'" and was "too intimate." Still, Mr. Baldoni's team was more than willing to deploy survivors' stories, reactions, and images to protect Mr. Baldoni's image.

**F.   Mr. Baldoni and His Team Formulate a Retaliatory Plan.**

183.     By the time Defendants launched their campaign to "bury" Ms. Lively, Wayfarer knew the details of Ms. Lively's and others' concerns, the complaints raised regarding Mr. Baldoni's and Mr. Heath's behavior, Ms. Lively's contractual rider, and the January 4, 2024

meeting to discuss their behavior. In addition, Wayfarer's press team knew about the claims by Ms. Lively and others, as well as the Protections Rider, as Wayfarer sent the materials to them in November 2023, and even referred to Ms. Lively's complaints internally.

184. On January 13, 2024, just nine days after the January 4, 2024 meeting in which Ms. Lively detailed each of concerns, Ms. Abel reacted to an E!News story depicting a kiss on the set of the Film, stating, "It's so cringe." When her colleague responded that "Blake was probably grossed out too," Ms. Abel responded, "Yeah and filed a cease and desist." On information and belief, Ms. Abel was referencing Ms. Lively's complaints regarding Mr. Baldoni.

185. As early as May 2024, Mr. Baldoni told his team that they needed a plan to get ahead of the claims against him, in the event they were to go public. Specifically, Mr. Baldoni wrote: "Just want you guys to have a plan. Plans make me feel more at ease."

186. On May 17, 2024, Mr. Baldoni texted his publicist, Jennifer Abel, that, Ms. Lively's husband had blocked him on social media, stating, "We should have a plan for IF she does the same when [the] movie comes out."[26] It is worth noting that this "plan" was not conceived of to respond to any particular allegation—it was entirely about managing the public perception Mr. Baldoni feared might follow the theoretical possibility that Ms. Lively might decide to un-follow his social media accounts. Far from taking a moment to listen to the women in his life, Mr. Baldoni apparently thought he should be ready to use his "louder voice" in the even that his co-star did nothing other than un-follow his social media accounts.

187. In June 2024, a month after Mr. Baldoni's first promotional event for the Film, Ms. Lively and others in the cast fulfilled their first publicity obligation for the Film without Mr. Baldoni. They did not publicly discuss the misconduct that had occurred on set. Nor did they ever suggest to Wayfarer or Mr. Baldoni that they intended to discuss their concerns publicly. Yet, on June 20, 2024, Ms. Abel texted Mr. Heath her concern, "***we can't have fans starting to guess why JB is left out of this stuff.***"

---

[26] In fact, both Ms. Lively and her husband had unfollowed Mr. Baldoni's social media accounts ten *months* prior.

188.    Likewise, Mr. Baldoni strategized with his publicist, Ms. Abel, about various ways in which they might cover up or explain away his on-set misconduct. On June 24, 2024, for example, Mr. Baldoni proposed an "offensive move showing [his] neuro divergence and some of the attributes that come with it," to explain that "anything that [he had] been 'accused of' [was] social awkwardness and impulsive speech . . . ."[27]



189.    The same day, Ms. Abel reviewed again the agreed upon list of Protections that formed the basis for the contractual rider.

190.    On July 24, 2024, Ms. Abel emailed Mr. Heath and others, requesting "the legal letter that was sent to [Ms. Lively] and her team," stating, "per our conversation, we will go through point by point and draft context surrounding each situation. We can then flag what we are missing that would be **_helpful to arm us in the case we need to refute any of the claims_**…."

191.    On July 26, 2024, Mr. Baldoni sent Ms. Abel a Variety article about Francis Ford Coppola's inappropriate behavior on set during production of his movie, *Megalopolis*, including his alleged kissing of cast and crew, as described by "unnamed sources." In conveying the article, Mr. Baldoni stated: "This is the shit that I'm sure they want to do – unnamed sources

---

[27] Consistent with this plan, Mr. Baldoni has recently been making the press rounds discussing his ADHD. *See* Kimberlee Speakman, *Justin Baldoni Reveals He Was Diagnosed with ADHD at 40 After Struggling Through School: 'I Felt Broken*,*'*People (Dec. 5, 2024, 8:19 AM) https://people.com/justin-baldoni-reveals-he-was-diagnosed-with-adhd-at-40-8756535*;* Christy Pina, *Justin Baldoni Says He Had "Near Breakdown" While Filming 'It Ends With Us': "There Was So Much Pain*,*"* The Hollywood Reporter (Dec. 4, 2024, 12:53 PM), https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-near-breakdown-it-ends-with-us-sexual-trauma-adhd-1236077524/; Carly Silva, *Justin Baldoni Reveals New Clinical Diagnosis: 'I Haven't Spoken About This Publicly*,*'*Parade (Dec. 4, 2024) https://parade.com/news/justin-baldoni-clinical-diagnosis-adhd-interview-dec-2024.

etc [*sic*] . . ."[28]

192.     On July 29, 2024, Mr. Baldoni and Ms. Abel discussed a proposal to get ahead of any potential publicity regarding Ms. Lively's HR complaints against him with a "social and digital" combat plan.

### G. Wayfarer Engages Melissa Nathan, TAG, Mr. Wallace, and Street Relations on Behalf of Mr. Baldoni to Launch a Retaliation Campaign Against Ms. Lively.

193.     As the Film's release date of August 9, 2024 drew closer, Mr. Baldoni, Mr. Heath, Wayfarer, Ms. Abel, and others continued to pursue a strategy on behalf of Mr. Baldoni and Wayfarer to "arm" themselves against the possibility that Ms. Lively or others might go public with the claims against Mr. Baldoni or Wayfarer.

194.     This plan took shape with Wayfarer's retention (on behalf of Wayfarer and Mr. Baldoni) of Ms. Nathan, which occurred on or around July 31, 2024.

195.     Ms. Nathan is a crisis manager. On or about June 20, 2024, Ms. Nathan launched TAG.

196.     TAG markets itself as a "team of crisis specialists and communications experts" that "redefines the rules of reputation management."[29] TAG's website states, "At TAG, it's more than just creating a powerful narrative – it's knowing how to navigate that narrative towards continued success and a lasting legacy."[30]

197.     TAG's website states that it "offers comprehensive communications services for individuals, businesses, and corporations looking to invest in reputation management and the growth of their unique public profiles. TAG specializes in crisis communications, having managed some of the biggest public-facing crises to date, and utilizes that fast-paced, reputation-first mindset with all of its day-to-day clients, which span a variety of industries, including

---

[28] *See* Brent Lang & Tatiana Siegal, *Video of Francis Ford Coppola Kissing 'Megalopolis' Extras Surfaces as Crew Members Detail Unprofessional Behavior on Set (EXCLUSIVE),* Variety (Jul. 26, 2024, 9:47 AM) https://variety.com/2024/film/news/megalopolis-set-video-francis-ford-coppola-kissing-extras-1236082653/.
[29] The Agency Group, *The Agency Group PR (TAG)*, https://tagpr.com/about (last visited Dec. 19, 2024).
[30] *Id.*

entertainment, media, business and sports."[31] TAG's services include messaging and narrative development, media relations, crisis communications and management, and digital and social strategy, among others.[32]

198.   By July 31, 2024, Wayfarer had started to put together a timeline of events to be shared with Ms. Nathan and TAG.

199.   According to TAG's own planning document, the purpose of Ms. Nathan's engagement was to help Mr. Baldoni "get ahead of the narrative" and mitigate bad press that might arise from Ms. Lively's and others' HR complaints becoming public by engaging in techniques, such as a "'rapid response' communication system" and "catalog[ing] third party advocates willing to provide a potential quote or engage with reporters on [Mr. Baldoni's] and [Mr. Heath's] behalf to mitigate negative narratives from a source outside of Wayfarer." *See* Exhibit D at 1–2.

200.   On August 1, 2024, before any of the cast sat down for interviews at the film's press junkets, Ms. Abel stated to Mr. Heath and Wayfarer personnel that she had held an in-person meeting with a contributor to People, Fox News, In Touch, and US Weekly. Ms. Abel explained that during the meeting, she had "fully briefed" the contributor "of the situation" with Ms. Lively. Ms. Abel stated that the contributor was "***armed and ready to take this story of Blake weaponizing feminism***," and assured Mr. Heath that the contributor "***will do anything for us***." The irony of Mr. Baldoni accusing *anyone* of "weaponizing feminism"—let alone the woman who had edited the Film for which Mr. Baldoni was poised to take credit—does not appear to have been discussed at Ms. Abel's dinner with her long-time friend.



From:   Jennifer Abel (owner)
To:   Jamey Heath
To:

Thanks for the call. Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi :)

Priority: Normal

01/08/2024 03:03:58(UTC+0)

---

[31] *Id.*, *Services*, https://tagpr.com/services (last visited Dec. 19, 2024).
[32] *Id.*

201.     On or around August 2, 2024, Ms. Abel connected the contributor with Ms. Nathan. Subsequently, Ms. Nathan engaged directly with media sources on behalf of Mr. Baldoni and Wayfarer regarding Mr. Baldoni, Ms. Lively, and the Film.

202.     On August 2, 2024, Ms. Nathan, Mr. Baldoni, Ms. Abel, and others had a phone call to discuss the services that Ms. Nathan and TAG would provide for Mr. Baldoni and Wayfarer.

203.     Subsequently, on August 2, 2024, TAG circulated a document to Mr. Baldoni and others entitled "SCENARIO PLANNING – IT ENDS WITH US," as described above. *See supra* at ¶ 31; *see also* Exhibit D.

204.     Of note, the Scenario Planning Document states, "there are several potential scenarios at play here which we should be prepared for, ***should [Ms. Lively] and her team make her grievances public*** . . . ." *See* Exhibit D at 1.

205.     The Scenario Planning Document provides TAG's "recommendation" "to get ahead of this narrative . . . ." *Id.* This included suggesting misleading messaging that: (1) "[p]roduction members lost their jobs due to [Ms. Lively's] takeover and insisted upon involvement"; (2) Ms. Lively "involved her husband to create an ilmbalance [*sic*] of power between her and [Mr. Baldoni]"; (3) Ms. Lively has a "less than favorable reputation in the industry"; and (4) Ms. Lively had "a clear, likely motive. . . to bully her way into buying the rights for It Starts With Us," the sequel to the Film currently owned by Wayfarer. *Id*. at 2.

206.     The Scenario Planning document states that TAG could "also ***explore planting stories about the weaponization of feminism*** and how people in BL's circle like Taylor Swift, have been accused of utilizing these tactics to 'bully' into getting what they want." *Id.* at 4.

207.     Upon review of the Scenario Planning Document, Mr. Baldoni informed Mr. Heath that he was "[n]ot in love with the document they sent – Not sure I'm feeling the protection I felt on the call[.]"

208.     Mr. Heath responded, "That's the most important part of this is how quickly they shut things down and place stories in your favor."

209.     Later the same day, Ms. Abel conveyed to Ms. Nathan that Mr. Baldoni was questioning whether the plan was aggressive enough, texting that "[Mr. Baldoni] want[ed] to feel like [Ms. Lively *could] be buried*." Ms. Nathan responds: "***Of course—but*** you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble[.] *We can't write it down to him[.] We can't write we will destroy her [ . . . ] Imagine if a document saying all the things that he wants ends up in the wrong hands*."

From:          Jennifer Abel (owner)
To:              Melissa  Nathan
You can of course do that but I do think he needs to know. I'm going to confidentially send you something he's texting me and Jamey on the side just to arm you before this call. I think you guys need to be tough and show the strength of what you guys can do in these scenarios. He wants to feel like she can be buried…
Priority: Normal
                                        02/08/2024 13:47:25(UTC+0)

[…]

From:          Melissa  Nathan
To:              Jennifer Abel (owner)
Of course- but you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble
Priority: Normal
                                        02/08/2024 13:47:55(UTC+0)

From:          Melissa  Nathan
To: ·            Jennifer Abel (owner)
We can't write it down to him
We can't write we will destroy her. We will go to this. We will do this. We will do this. We will do this.
Priority: Normal
                                        02/08/2024 13:48:24(UTC+0)

From:          Jennifer Abel (owner)
To:              Melissa  Nathan
Of course not. But I told him that's the point of talking through
Priority: Normal
                                        02/08/2024 13:48:42(UTC+0)

64



210.     On August 4, Ms. Abel texted Ms. Nathan, stating, "I'm having reckless thoughts of wanting to plant pieces this week of how horrible Blake is to work with . . . Just to get ahead of it . . . She's putting us through hell." (Ms. Lively was, in fact, doing nothing other than engaging in the approved Marketing Plan for the Film at that time.) Ms. Nathan responded, "Same[,]" and indicated that she had already spoken to the Daily Mail.



211.    As set forth above, on August 5, 2024, Mr. Baldoni sent Ms. Abel a screenshot of a thread on X regarding another female public figure's alleged "history of bullying many women[.]" Mr. Baldoni stated, "[*t*]*his is what we would need*[.]"[33]

212.    Ms. Abel responded, "Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital." She continued: "Focus on reddit, TikTok, IG[.]"

213.    The next day, even though Ms. Nathan and TAG had already begun performing work on behalf of Wayfarer and Mr. Baldoni, Ms. Nathan texted a text chain with Ms. Abel and Mr. Heath providing pricing quotes ranging from $75,000 to $175,000 for TAG's crisis mitigation services.

214.    Ms. Nathan explained the quotes as follows:

---

[33] @selovelenaa, X, (Aug. 4, 2024, 10:07 AM) https://x.com/selovelenaa/status/1820099207996575827.

(a)　　　"Quote one: $175k - this will be for a 3-4 month period and includes: website (to discuss) full reddit, full social account take downs, full social crisis team on hand for anything – engage with audiences in the right way, ***start threads of theories*** (to discuss) this is the way to be fully 100%protected [*sic*]."

(b)　　　"Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to ***go back and forth with any negative accounts, helping to change narrative*** and stay on track." Ms. Nathan stated, "***All of this will be most importantly untraceable***. There is a lot more to both of these quotes but, [*sic*] easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios."

> From:　　　　Melissa Nathan
> To:　　　　　Jennifer Abel (owner)
>
> Hi Jamey, Jen
>
> So incredibly glad that the press went so well today and from what I know, Justin felt incredibly supported. He is lucky to have you all.
>
> We took the day today to do some research and get digital quotes in from the two teams we use that get the best results.
>
> As you are both aware, we are in a predicament that we just do not know the outcome of right now.
>
> Saying that, full transparency is key here, we have seen the most innocuous issues turn giant due to socials or the hugest crisis have no effects on social whatsoever- you just cannot tell at this stage. But, BL does have some of the TS fanbase so we will be taking it extremely seriously.
>
> We also understand audience is not solely JB fanbase but, the studio so it is covering all bases time.
>
> Quote one: $175k - this will be for a 3-4 month period and includes: website ( to discuss) full reddit, full social account take downs, full social crisis team on hand for anything - engage with audiences in the right way, start threads of theories ( to discuss) this is the way to be fully 100%protected.
>
> Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to go back and forth with any negative accounts, helping to change narrative and stay on track.
>
> All of this will be most importantly untraceable.
>
> There is a lot more to both of these quotes but,  easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios.
>
> Either way, I do feel it is better to be safe but - I do realize costs are something I am sure you did not count on when you took on this project nor, this situation.
>
> Let me know when you would like to discuss more - around on PT tomorrow.
>
> M
> Priority: Normal
>
> 06/08/2024 03:43:49(UTC+0)

215.    On August 7, 2024, Ms. Abel and Ms. Nathan viewed and referred to their shared work on behalf of Mr. Baldoni and Wayfarer as a "*social combat plan*."



216.    On information and belief, TAG engaged Mr. Jed Wallace around this same time, in early August 2024, to design and implement their "social combat" plan.

217.    Mr. Wallace identifies as a self-employed Public Relations Consultant and, on information and belief, has described himself as a "hired gun" with a "proprietary formula for defining artists and trends."

218.    On information and belief, Mr. Wallace specializes in executing confidential and "untraceable" campaigns across various social media platforms (including TikTok, Instagram, Reddit, and X) to shape public perception of his clients and their adversaries and to perpetuate those perceptions.

219.    Mr. Wallace himself has no online presence. He does not appear to have any public profiles on Facebook, Instagram, X, or LinkedIn. One Los Angeles publicist recently stated publicly: "I imagine Jed has no interest in having his name out there . . . . I imagine all his work is word of mouth and he doesn't want to be known, because *if he's the guy who makes things untraceable, that's the value*."[34]

---

[34] Katie Warren and Jack Newsham, *Meet Jed Wallace, the Mysterious Crisis Guru Suing Blake Lively*, Business Insider (Feb. 6, 2025, 11:35 AM), https://www.businessinsider.com/blake-lively-alleged-smear-campaign-jed-wallace-justin-baldoni-lawsuit-2025-1.

220.    Mr. Wallace owns and serves as the Director, President, and Secretary of Street Relations. Street Relations self-describes as a "crisis mitigation firm engaged by clients to help navigate real-life human crisis, threats, trauma and mental health concerns. It helps primarily families and individuals when they find themselves unjustly attacked, extorted, doxed, swatted, scammed or need help navigating through the most frightening situations." Street Relations' roster of clients include high-profile and high-net worth clients for whom it performs public relations services, including by contracting with other public relations and brand management firms to perform discrete work that facilitates larger public relations strategies.

221.    Mr. Wallace and Defendants' counsel, Bryan Freedman, have a close relationship that predates this litigation. In an August 13, 2024 text, Ms. Nathan inquired about whether she should create a Signal thread between herself, Ms. Abel, and Mr. Wallace "in case you need [Mr. Wallace] to connect you to [Mr. Freedman] *because they're very close*." (emphasis added).

From:            Melissa  Nathan
To:              Jennifer Abel (owner)
Can I start a Signal thread with you, me and Jed
Just in case you need him to connect you to Bryan because they're very close
Priority: Normal

13/08/2024 03:42:47(UTC+0)

222.    Defendant TAG and Ms. Nathan also have a relationship with Mr. Wallace that preceded this litigation. As TAG confirmed in its answer to the first Complaint Ms. Lively filed in this court, Ms. Nathan worked with Mr. Wallace on previous matters and TAG retained him to work with them on behalf of Defendant Wayfarer and Mr. Baldoni.

223.    On information and belief, TAG retained Mr. Wallace, and his company Street Relations, to weaponize a digital army around the country, including in New York and Los Angeles, to create, seed, manipulate, and advance disparaging content that appeared to be authentic on social media platforms and internet chat forums, including the specific platforms Ms. Abel told

Mr. Baldoni they would "focus" on: Reddit, TikTok, and Instagram.

**H. The Wayfarer Parties Engage in Social Manipulation, with the Assistance of Mr. Wallace.**

224.    On August 7, 2024, after discussing the "social combat plan" with Ms. Nathan, Ms. Abel corresponded with other TAG personnel regarding what she referred to as "***social manipulation***." Specifically, Ms. Abel inquired about the cost of "social media mitigation and proactive fan posting to counter the narrative" surrounding Mr. Baldoni and whether what she had "discussed with [Ms. Nathan] earlier regarding social manipulation (from the separate team based in Hawaii…)" was included in that fee. On information and belief, the referenced "team based in Hawaii" worked with Mr. Wallace and/or at his direction.

225.    The same day, TAG indicated their intent to leverage "social" to "quiet/kill" media coverage regarding public suspicions relating to Mr. Baldoni's disconnect from the Film's cast.

| Timestamp:<br>07/08/2024<br>19:06:38(UTC+0)<br>From:<br><br>Jennifer Abel<br><br>To:<br><br><br><br>Jamey Heath<br><br>To:<br><br>Melissa Nathan<br><br><br><br>Direction:<br>Outgoing | Subject: Re: Social / Digital Mitigation / Remediation<br>Body:<br>Email header:<br>Body file: mes-127.eml | Status: Sent<br>Account:<br><br>Snippet: Thanks Katie—just for clarity so we understand. Does this cover your initial fee + what we discussed in terms of social media mitigation and proactive fan posting to counter the narrative, or is this in ADDITION to the 15K previously agreed upon fee for TAG and does NOT include what we discussed with MN earlier regarding social manipulation (from the separate team based in Hawaii…). In short, is the total fee incurred by Wayfarer 30K, or is there more required to ensure we are properly prote<br>Priority: Normal<br>MD5:<br>450b8a635e28d823c4130b 26f805acb9<br>Source file:<br>EXTRACTION_FFS.zip/root /private/var/mobile/Library/ Mail/Envelope Index : 0x2C7F607 (Table: messages, mailboxes, Size: 13700 3008 bytes)<br>EXTRACTION_FFS.zip/root /private/var/mobile/Library/ Mail/Protected Index : 0x10324E (Table: addresses, summaries, Size: 79876096 bytes) |
| --- | --- | --- |

226.     The next day, on August 8, 2024, the TAG team met with Mr. Wallace and his team to "bring them up to speed . . . so they can hit the ground running."

| Timestamp:<br>08/08/2024<br>01:20:45(UTC+0)<br>From:<br><br>Jennifer Abel<br><br>To:<br><br><br>Jed Wallace<br><br>To:<br><br>Melissa Nathan<br><br>Direction:<br>Outgoing | Subject: Re: Social / Digital — Wayfarer Studios<br>Body:<br>Email header:<br>Body file: mes- 12.eml | Status: Sent<br>Account:<br><br>Snippet: I'm so sorry I'm in morning press from 630am on, and we head straight to Chicago. TAG team, is this something you can bring them up to speed on so they can hit the ground running? I'll have some freedom later in the afternoon to connect but don't want to hold this up.<br><br>———— From:<br>Sent: Wednesday, August 7, 2024 9:18:37 PM To: Jed Wallace<br><br>Jennifer Abel<br><br>> Cc: Melissa Nathan<br><br>Priority: Normal<br>MD5: eb49f277ca33281feab 2d6bf e2fa37 6a<br>Source file:<br>EXTRACTION_FFS.zip/root /private/var/mobile/Library/ Mail/Envelope Index :<br>0x2D57F01 (Table: messages: mailboxes, Size: 137003006 bytes)<br>EXTRACTION_FFS.zip/root /private/var/mobile/Library/ Mail/Protected Index .<br>0x1038F9 (Table: addresses, summaries, Size: 79876096 bytes) |

227.     On information and belief, following that meeting, Mr. Wallace was in regular contact with most of the Defendants.

228.     For example, on August 9, 2024, Ms. Abel, Mr. Baldoni, Mr. Health, Ms. Nathan, and other members of the TAG team texted to discuss that the "narrative" that was "shifting online to pointing finger at Ryan bring overly involved[.]" In response to a text from Mr. Baldoni, a TAG employee responded: "Weve [sic] flagged to Jed and his team as well[.]"

229.     On August 13, 2024, the Hollywood Reporter announced the retention of Ms. Nathan and TAG on August 13, 2024. That report stated, in part: "The news comes days after sleuths flooded TikTok with speculation about an alleged rift between Baldoni and his cast and crew, including co-star and producer Blake Lively, as well as Hoover. Chatter spiked when fans noticed Baldoni's absence from joint press events and the lack of group photos of Lively and

Baldoni together at the New York premiere Aug. 6. Some also pointed out that neither Lively or Hoover, nor the rest of the cast, follow Baldoni on Instagram (though he follows them)."[35]

230.     Ms. Abel, Ms. Nathan, Mr. Wallace, Street Relations, and others employed or engaged by TAG perpetrated a retaliation scheme against Ms. Lively, in collusion with Mr. Sarowitz, Mr. Baldoni, Mr. Heath, and Wayfarer. This scheme was what TAG described as a "social manipulation" plan relying on direct and constant media engagement, the seeding of content on traditional and social media platforms, the boosting of content (sometimes the very content that TAG and its affiliates had seeded), the suppressing of negative content about Mr. Baldoni, and the amplifying of negative content about Ms. Lively (including through engagement via comments on social media).

231.     When media sources made direct inquiries regarding potentially unflattering stories about Mr. Baldoni specifically, Ms. Nathan, Ms. Abel, and their teams worked to suppress those stories.

232.     On August 8, 2024, Ms. Abel stated that the situation had moved "from just monitoring and scenario planning . . . to [Ms. Nathan] and me having to have an off the record conversation with outlets such as the today show." Ms. Abel noted that because of Ms. Nathan's relationships, those outlets were being "kept at bay[.]"

---

[35] Carly Thomas & Pamela McClintock, *Justin Baldoni Hires Crisis PR Veteran Amid Alleged 'It Ends With Us' Rift*, The Hollywood Reporter (Aug. 13, 2024, 5:27 PM), https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/; *see also* Anthony D'Alessandro, *'It Ends With Us': Justin Baldoni Hires Crisis PR Vet Melissa Nathan as Rumor Mill Swirls About Filmmaker/ Star's Rift with Blake* Lively, DEADLINE (Aug. 13, 2024, 8:22 PM), https://deadline.com/2024/08/it-ends-with-us-justin-baldoni-melissa-nathan-blake-lively-1236039853/; *see also* Lauren Tousignant, *What the Hell is Going On?*, JEZEBEL (Aug. 14, 2024, 10:32 AM), https://www.jezebel.com/what-the-hell-is-going-on ("I don't know what to make of this. I'm sure Nathan is great at her job, but it feels *wild* to me to hire Depp's former crisis PR when you're maybe in some hot water over a movie you made where you play a domestic abuser.") (emphasis in original); Kristyn Burtt, *Justin Baldoni Made a Curious PR Move Amid His Drama With Blake Lively & the 'It Ends With Us' Cast*, Y!entertainment (Aug. 14, 2024, 7:50 AM PDT), https://www.yahoo.com/entertainment/justin-baldoni-made-curious-pr-145000919.html; KenJac, *Justin Baldoni Hired Johnny Depp's PR Crisis Manager. A Week Later, The Whole World Turned On Blake Lively*, Barstool Sports (Aug. 22, 2024, 10:10 PM PDT), https://www.barstoolsports.com/blog/3522813/justin-baldoni-hired-johnny-depps-pr-crisis-manager.-a-week-later-the-whole-world-turned-on-blake-lively.

233.     The next day, an employee of TAG texted a link to a salacious story about Ms. Lively's family and noted, "The tides are swirling around Ryan now FYI[.]" Along these same lines, the team had previously shared an upsetting TikTok video which called for Blake "to divorce Ryan," writing, "You guys will love this[.]" Another TAG employee then described this post as "Very helpful."



234.     On August 9, 2024, the day the Film premiered, Ms. Abel and Ms. Nathan flagged social media accounts questioning Mr. Baldoni's misconduct to Mr. Wallace, directing Mr. Wallace to take "serious actions on the social side" in response.

235.     That same day, Mr. Wallace reportedly told Ms. Nathan that "we are crushing it on Reddit[.]" Ms. Nathan relayed the statement to Ms. Abel in a text message, which appears to be a reference to efforts by Mr. Wallace to seed and influence online forums on Reddit attacking Ms. Lively and defending Mr. Baldoni.



236.     Around the same time, threads on Reddit began to appear speculating about the feud between Ms. Lively and Mr. Baldoni, including in connection with allegations about competing cuts of the Film.

237.     On August 9, 2024, Ms. Nathan sent Ms. Abel two links to articles—one from the Hollywood Reporter entitled "*Did Blake Lively, Justin Baldoni Have a Rift Over 'It Ends With Us'? Sleuthing TikTokers Think So*[,]" and one from the Daily Mail entitled "*Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni*[.]"[36]

238.     The Daily Mail article reported on allegations that "Justin Baldoni was 'chauvinistic' and 'borderline abusive' on the set of It Ends with Us," and discussed this and other claims with respect to the Film and its cast in detail.[37]

239.     Ms. Abel stated to Ms. Nathan, "I can tell you've done a lot of work here," and continued, "***Nothing about being unsafe. Fat comments. Sexual.***" She concluded, "Thank fucking god[.]"



---

[36] Carly Thomas, *Did Blake Lively, Justin Baldoni Have a Rift Over 'It Ends With Us'? Sleuthing TikTokers Think So*, The Hollywood Reporter (Aug. 8, 2024, 6:09 PM) https://www.hollywoodreporter.com/movies/movie-news/blake-lively-justin-baldoni-it-ends-with-us-drama-what-we-know-1235969708/; James Vituscka & Lillian Gissen, *Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni*, Dailymail.com (Aug. 9, 2024, 12:52 EDT), https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldonifeud.html.
[37] Vituscka & Gissen, *supra* n. 21.



240.     On August 9, 2024, Ms. Nathan indicated to Ms. Abel that she was on the

phone with her sister, Sara Nathan, a journalist at the *New York Post* and contributor at *Page Six*,

and remarked that Mr. Baldoni's religion should be taken "out" from media coverage. She went

on to state, "And mostly The [*sic*] **misogynistic**."



241.     Later the same day, Ms. Nathan texted Ms. Abel a link of an article on *Page

Six* by Sara Nathan entitled "*Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made

Blake Lively 'uncomfortable,' sources say,*" stating, "I knew she would keep uncomfortable."[38]

242.     On August 9, 2024, Ms. Abel and Ms. Nathan discussed suppressing two

stories that report Ms. Lively was "uncomfortable" on the set.

243.     Ms. Nathan texted, "ALL Press is so overwhelming[.] Weve [*sic*] confused

people[.] So much mixed messaging[.] It's actually really funny if you think about it . . ."



---

[38] Sara Nathan, *Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources say*, PageSix, (Aug. 9, 2024, 4:50 PM EDT) https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/.



244. Ms. Nathan further texted Ms. Abel that the "worst is over" and that Mr. Baldoni likely would not be "cancelled," corroborating that the nature of the ongoing campaign was designed to harm Ms. Lively and conceal Mr. Baldoni's conduct on set.

> **From:** Melissa Nathan
> **To:** Jennifer Abel (owner)
>
> I really think the worst is over. I do think the next few months definitely will be a tiny bit bumpy but not cancelled
>
> Priority: Normal
>
> 09/08/2024 23:05:33(UTC+0)

245. The following day, on August 10, a member of the TAG team advised that they had "started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan" instead of on Mr. Baldoni. This message, by itself, completely debunks Defendants' self-serving efforts to mislead the public into thinking that all they did was respond reactively to media inquiries in order to correct the record. As the TAG employee's text message confesses in real time, Mr. Baldoni's team, relying on Mr. Wallace and his team, had created a "shift on social" via their (successful) "efforts to shift the narrative towards shining a spotlight on Blake and Ryan." This is, of course, precisely the objective outlined in Ms. Nathan's strategic plan, and precisely the result that Mr. Baldoni had sought.

> **From:**
> **To:** Jennifer Abel (owner)
>
> Hi team — so far, extremely limited pickup on Daily Mail or Page Six. We'll continue to keep an eye out and send pieces as needed, but so far it's been steady coverage on pure speculation. We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan. Again we'll continue to send links and screenshots but wanted to send an update in the meantime.
>
> Priority: Normal
>
> 10/08/2024 16:35:40(UTC+0)

246. The same day, Ms. Abel celebrated Ms. Nathan's suppression of stories that had apparently sought to reveal the existence of HR complaints, as well as the effectiveness of their retaliatory campaign. She stated: "The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. ***But I see this as a total success, as does Justin. You did such amazing work***[.]" Ms. Nathan responded, "So did you."



247.     Ms. Nathan texted later that same day, "The majority of socials are so pro Justin and I don't even agree with half of them [sic] lol."

248.     Later in the same chain, also on August 10, 2024, Ms. Nathan and Ms. Abel continue to discuss the shift on social, with Ms. Nathan stating: "socials are really really ramping up[.]" She continued, "***It's actually sad because it just shows you have people [sic] really want to hate on women[.]***"Ms. Abel agreed and attributed the hate against Ms. Lively to her unfollowing

Mr. Baldoni on social meeting, writing "She fucked herself by doing the unfollow thing and insisting no photos together."

From: Melissa Nathan
To: Jennifer Abel (owner)

And socials are really really ramping up

Priority: Normal

10/08/2024 16:41:23(UTC+0)

From: Melissa Nathan
To: Jennifer Abel (owner)

In his favour, she must be furious

Priority: Normal

10/08/2024 16:41:30(UTC+0)

From: Melissa Nathan
To: Jennifer Abel (owner)

It's actually sad because it just shows you have people really want to hate on women

Priority: Normal

10/08/2024 16:41:38(UTC+0)

From: Jennifer Abel (owner)
To: Melissa Nathan

I know it is sad

Priority: Normal

10/08/2024 16:43:16(UTC+0)

From:               Jennifer Abel (owner)
To:                 Melissa Nathan

But then like, don't be a cunt

Priority: Normal

                                        10/08/2024 16:43:21(UTC+0)

From:               Jennifer Abel (owner)
To:                 Melissa Nathan

She fucked herself by doing the unfollow thing and insisting no photos together

Priority: Normal

                                        10/08/2024 16:43:49(UTC+0)

249.    The following day, Ms. Abel confirmed to Mr. Baldoni that there had been "Nothing. Very very little pickup." and that fans "believe the issue of the 'feud' is because she took control of the movie[.]"

250.    In the days that followed, Ms. Nathan and Ms. Abel discussed working with Mr. Wallace and his "digital team" to "amplify" or "boost" or to suppress certain narratives and posts on social media, including on TikTok. On any occasion, any member of Wayfarer or the social "manipulation" team could text the link to a positive story about Mr. Baldoni, or a negative story about Ms. Lively, and ask that someone "boost" the story to the public, or "engag[e] in the comments" to fuel the desired narrative.

251.    For instance, on August 10, 2024, Ms. Abel sent a TikTok post of Mr. Baldoni and Ms. Lively appearing to laugh together, and wrote "[w]ould be great for the digital team to boost this in any way possible…."

252.    On August 12, 2024, a TAG team member circulated screenshots about "speculation" posts on social media, to which Ms. Nathan responded that "Jed also shot me a note" and asked to schedule a Zoom conversation.

253.    On August 13, 2024, the team discussed ways to use the "digital team" to

"amplify[]" positive stories about Mr. Baldoni.

254.    The next day, on August 14, 2024, Ms. Abel stated, "I'll have our digital side boost this [TikTok] in the am." In the referenced TikTok, an individual who Ms. Lively has never met responds to social media that Mr. Baldoni "made [Ms. Lively] uncomfortably and sad," calling it "all nonsense."

255.    On August 18, 2024, Mr. Baldoni circulated a TikTok video in which the poster criticized Ms. Lively for not speaking about domestic violence in press interviews. A member of Ms. Nathan's team responded that she would "let digital know[.]"

256.    The same day, Ms. Abel flagged to TAG that "this girl is claiming that [Mr. Baldoni] invited her up to his hotel room years ago." The TAG team later stated, "[l]et us *chat to Jed* as well on this[.]"



257.    On August 18, 2024, Mr. Baldoni responded on the same thread about

seeing comments on Instagram "on random posts defending me by people who are private with no followers and they feel like bots." Ms. Nathan responded, stating that they "do not have bots" because "bots look fake to anyone" and that "[t]he other team is **_doing_** something very specific in terms of what they do. I know Jamey &Jed [*sic*] connected on this." (Emphasis added.) She explained further that "[a]ny digital team these days is far more intelligent to utilise [*sic*] something so obvious."



> From: Justin Baldoni
> To: Jennifer Abel (owner)
> Hey Tag team, I've been seeing some IG comments on random posts defending me by people who are private with no followers and they feel like bots. Can you please confirm we are not doing any of that? I really don't want bots defending me as it feeds into their potential narrative
> Priority: Normal
> 18/08/2024 22:02:04(UTC+0)

> From: Melissa Nathan
> To: Jennifer Abel (owner)
> I can fully fully confirm we do not have bots . This is not also what we do- bots look fake to anyone.
> The other team is doing something very specific in terms of what they do. I know Jamey &Jed connected on this.
> Bots and fan accounts also run pretty organically by now with all the AI platforms and Google Analytics itself - there is no bot army that's a myth these days.
> Any digital team these days is far more intelligent to utilise something so obvious.
> Priority: Normal
> 18/08/2024 22:06:43(UTC+0)

258.    During the same period of time, Ms. Nathan, Ms. Abel, and their teams were "heavily monitoring," had media "friendlies updating" them, and worked to suppress unflattering commentary regarding Mr. Baldoni, while spreading stories that were favorable to Mr. Baldoni.

259.    For example, on August 9, 2024, Ms. Abel circulated a screenshot of a post by a woman stating, "Justin, the creator of a show called My Last Days, exploits the struggles of individuals facing terminal illnesses for his own gain. He found my friend, who is battling a serious illness, and followed her life closely. Despite her grace in not speaking ill of him, I sensed from

the start that something was deeply wrong. Justin weaponizes therapeutic language, presenting himself as thoughtful and supportive, yet his actions reveal a very different reality. He portrays himself as an ally to women and the vulnerable, but it's all a façade—he manipulates the vernacular of care to mask his true intentions. In reality, none of the proceeds from the show benefited the individuals he profiled. He even had the audacity to depict her hometown, a vibrant and affluent community, as a small, impoverished town. His portrayal was not just inaccurate but insulting. Once the show aired, Justin took his profits and vanished, leaving nothing but a sense of exploitation in his wake. His behavior was not just tacky and gross—it was a betrayal of the very people he claimed to uplift."

260.    In response to the post, Ms. Abel stated, "I'm assuming this is not true in the slightest . . . . Either way, *we've flagged to Jed and his team for more serious action on the social side*." It is worth pausing to consider Ms. Abel's reaction to this woman's post—rather than asking Mr. Baldoni whether there is any truth to the allegations, Ms. Abel instead declared that she was flagging the woman's post to Mr. Wallace "for more serious action on the social side" *either way*—meaning, Ms. Abel was calling for Mr. Wallace to take action against the woman *without any regard to whether she was reporting the truth*.

261.    During the same period of time, when media sources inquired about HR complaints that were made on the set of the Film, Ms. Nathan, Ms. Abel, and their teams worked to suppress coverage of these HR complaints.

262.    Further, on or around August 14, 2024, media outlets directly inquired about HR complaints made on set because they were "being told there were at least three HR complaints filed against Justin Baldoni on the set of 'It Ends With Us'" and inquired "if the complaints were investigated and what the results were."

263.    By this time, individuals at TAG, Ms. Nathan, and Ms. Abel were aware of the existence of complaints that were made regarding the on-set behavior of Mr. Baldoni and Mr. Heath, and sought clarity as to the specific HR complaints at issue in order to better counter them in the press.

264.    Approximately one minute later, Ms. Abel asserted the "need to position" the claims as "claims that are already out there about the kiss and the weight comment," referencing earlier public reporting by TMZ on Mr. Baldoni's "linger[ing]" kiss with Ms. Lively and Mr. Baldoni's comments regarding Ms. Lively's weight on set.[39]



265.    On or around the same date, Ms. Nathan directly engaged with several media platforms, discussing the issue of the HR complaints made against Mr. Baldoni while on the set of the Film.

266.    On August 15, 2024, Ms. Nathan texted Ms. Abel that "DM hounded me re[:] HR complaints." She stated that "DM" is not running any content about it, continuing "Jen, this went so well I am fucking dying[.] I have to call you later in a bit and tell you how this went. It was genius. So okay, *we have the four majors standing down on HR complaint* [*sic*]. I think we are fine on that bit[.]"

267.    During the same period of time, Ms. Nathan and her team at TAG planted

---

[39] TMZ, *Blake Lively, Justin Baldoni She Felt Kissing Scene Lingered Too Long … Feels He Fat-Shamed Her* (Aug. 14, 2024, 7:55 AM), https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/.

or otherwise were involved in generating or influencing the content publicly put forth on social media, including Reddit and TikTok, as well as online media sources.

268.   For example, on August 13, 2024, various text messages were exchanged between Ms. Abel and the journalist Sara Nathan (who, as explained above, is Ms. Nathan's sister).[40] These messages consisted of drafts of a story outlining Ms. Lively's role in making final cuts to the Film.

269.   After Sara Nathan circulated draft language related to Ms. Lively's involvement in the different cuts of the film, Ms. Abel sent Sara Nathan revisions to the draft, which Sara Nathan offered to "amend."

270.   On the same day, an article authored by Sara Nathan, titled *Blake Lively approved final cut of 'It Ends with Us' amid feud with co-star director Justin Baldoni*, was published in *Page Six*, owned by the New York Post.[41]

271.   The article addressed, among other topics, Ms. Lively's role in approving the final cut of the Film but emphasizes how Ms. Lively "contribut[ed] to almost every aspect of [the Film];" that her husband "wrote one of the most important scenes in the movie;" and that she was "begged" to remove one of her song choices from the Film, despite Mr. Baldoni's ownership of the "rights to the book via his production company, Wayfarer."

272.   The language contained in the article is almost a verbatim copy of the language exchanged between Sara Nathan and Ms. Abel via text and reflects multiple of Ms. Abel's revisions to Sara Nathan's original proposed draft.

273.   TAG publicly shared this article on one or more social media platforms, including Reddit, prompting various negative comments in relation to Ms. Lively and her husband and the narrative that Ms. Lively "steamrolled" or "bulldozed" Mr. Baldoni and the Film "for her

---

[40] Sara Nathan, *PageSix*, https://pagesix.com/author/sara-nathan/ (last visited Dec. 31, 2024).
[41] Sara Nathan, *Blake Lively approved final cut of 'It Ends with Us' amid feud with co-star director Justin Baldoni*, PageSix (Aug. 13, 2024, 4:20 PM), https://pagesix.com/2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/.

own personal gain."[42]

274.    In early August 2024, Ms. Lively launched her hair care line, Blake Brown, which she spent seven years building. The Defendants have falsely claimed that the launch was timed with the Film's release, but in reality, the launch was set nearly one year before the Film's release date had been decided. It was not until May of 2024 when the Film's release date was moved *for the third time* that it happened to land the same week as Ms. Lively's hair care launch. When the Blake Brown hair care line was first launched, the media and social media response was overwhelmingly positive, and the launch of the product line at Target became that store's "biggest hair care launch on record." Yet at exactly the same moment that Defendants launched their retaliatory campaign, powered on the digital side by Mr. Wallace and his team, the Instagram account of Blake Brown was flooded by harassing and derogatory comments, including many posted by user accounts that had no followers and no prior posts, most of which did not relate to the brand's products. To take just one example, one comment posted on the Blake Brown account (by a user that, as of December 19, 2024, shows user metrics indicating 0 posts, 0 followers, and 0 following), commented: "How about you stop paying the media to trash and smear Justin that would be a good start you awful human being." Another user (also with 0 posts, 0 followers, and 0 following) posted: "We want Justin's cut of the movie!! He actually care about DV."[43]

275.    Mr. Baldoni and Mr. Sarowitz, along with Mr. Heath, both encouraged and provided input and ideas on ways to negatively influence the narrative against Ms. Lively, her family, and her businesses, as well as suppressing negative press about Mr. Baldoni. For instance,

---

[42] AbsolutelyIris,                                    Reddit                                    post, https://www.reddit.com/r/Fauxmoi/comments/1erm7jz/exclusive_blake_lively_approved_final_cut_of_it/?rdt=5449 4#:~:text=Blake%20Lively%20approved%20the%20final,end%20result%2C%20multiple%20sources%20  (2024); Fred Steggars, Page Six comment, https://pagesix.com/2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/ (Aug. 13, 2024) ("Sounds like Lively used her power even though he had bought the rights and was the director. And then she pushed him out. It's obvious all the info comes from her camp."); IFNOTMEWHO, Page Six comment, https://pagesix.com/2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/ (Aug. 13, 2024) ("Kinda sounding like a mean girl behind all the makeup and fake smiles. No longer a fan.").

[43] *See* @judy__bees, Blake Brown Beauty Instagram comment (Aug. 13, 2024), ("How about you stop paying the media to trash and smear Justin that would be a good start you awful human being."); @ronn.iejac, Blake Brown Beauty Instagram comment (Aug. 13, 2024) ("We want Justin's cut of the movie!! He actually care about DV.").

on August 9, 2024—the Film's release date—in discussing certain negative articles about himself with Ms. Abel, Mr. Baldoni stated, "there's no way we can just let this go[.]"

276. On August 15, 2024, Mr. Baldoni texted Ms. Nathan and Ms. Abel, stating that his business partner, Mr. Sarowitz, suggested "flipping the narrative" arising from unnamed sources who had made false claims about Mr. Reynolds' involvement in the script of the Film, and suggested ways to manipulate those rumors to make Mr. Reynolds appear to be anti-feminist. There was no truth to these claims.



277. Mr. Baldoni stated that "[t]his is an easy flip," before Ms. Nathan indicated that she was already working on a story for Variety that would achieve this goal.

278. The chief problem with these stories was that they were not based on Mr. Reynolds' "own words." Mr. Reynolds never said that the "script was a disaster and he saved the movie," nor did he ever claim that the "female hired was a feminist writer" who "didn't know how to tackle a female film." Nor was there any evidence backing up Mr. Sarowitz's proposed line of

attack on Mr. Reynolds. Just a week before this creative suggestion to smear Mr. Reynolds, Mr. Sarowitz had posed for pictures with Mr. Baldoni and Mr. Heath at the opening of their Wayfarer Foundation wearing a shirt that said: "Seek always to do that which is right and noble – 'Abdu'l-Baha.'" Mr. Sarowitz's proposal to retaliate against Ms. Lively by seeking to harm her husband's reputation makes a mockery of the mantra Mr. Sarowitz professes to follow when on camera.



279.    As of August 16, 2024, Ms. Nathan was continuing to confer with additional reporters to release stories that would cast Ms. Lively and/or Mr. Reynolds in a negative light.

280.    Meanwhile, Ms. Lively neither publicly commented nor directed any of her representatives to comment to or engage with the print media, social media, or otherwise about the hostile work environment Mr. Baldoni, Mr. Heath and Wayfarer created. Indeed, throughout the time period discussed herein, Ms. Lively never provided her publicist with details about the hostile work environment that she, alongside the other cast members and crew, had experienced.

281. Moreover, Ms. Lively expressly instructed her publicist, Leslie Sloane, not to engage with press inquiries, including ones regarding the on-set behavior of Mr. Baldoni, Mr. Heath, or Wayfarer. In other words, Ms. Lively's instructions to her publicist were the *opposite* of a smear or exposing him, even while she believed he was behind the attacks on her. Mr. Reynolds confirmed that instruction to Ms. Lively's publicist on August 13 and again on August 29, directing her to continue to "remain quiet" and not do anything to shape any stories, whether positive or negative, reiterating an instruction that both he and Ms. Lively had given her verbally at the premiere of the Film in Denmark on August 9 to "not talk to ANYONE about any of the[] attacks on Blake."

 

282. Ms. Lively and other cast members who had not appeared in the press with Mr. Baldoni experienced a sudden tidal wave of increasingly negative public attention building around them. Ms. Lively and others suspected that the extraordinarily rapid shift in public

sentiment and press coverage that began on the day of the Film's release was likely orchestrated by the men about whom Ms. Lively and others had raised HR complaints.

283.    On August 10, 2024, Ms. Lively sent a text message to a female cast member regarding how she was doing, writing that she was: "Both thrilled and so bummed. Him literally hiring bots to attach [*sic*] my character while I promote a movie that he benefits most from financially is a terrible feeling. It's almost impossible to comprehend." That cast member responded by expressing sympathy for Ms. Lively and confidence that the truth would come out.

284.    On August 10, 2024, Ms. Gianetti texted Ms. Lively to congratulate her on the success of the Film's opening. On August 11, 2024, at 12:25 AM, Ms. Lively replied to Ms. Gianetti: "This was a horrifying shoot. And the only way for me to make peace with that was the work and the success of the film. And EVERYONE rallied behind that in the end and I'm so grateful for everyone's hard work, yours included. I couldn't be happier with how it turned out, the film, and the reception."



285.    Also on August 11, 2024, Ms. Lively received a message from another cast member making observations regarding the evident smear campaign against Ms. Lively and the

cast was "insane." Ms. Lively responded, "Yeah. I am legitimately depressed and heartbroken. Like in an immense amount of pain. I'm sorry it's being aimed at all of us. You included."

      286.      On that same day, Ms. Lively reached out to the Film's screenwriter, Christy Hall, after she was questioned about an impromptu comment Ms. Lively made about Mr. Reynolds' input on the rooftop scene in the Film.[44] Ms. Lively expressed a heartfelt apology that her comment resulted in questions to Ms. Hall, which Ms. Hall graciously accepted, sharing that she did not take Ms. Lively's comment personally. At this same time, Mr. Baldoni and Mr. Sarowitz were scheming with their crisis PR team to find a way to exploit this moment to "flip the narrative" and paint Mr. Reynolds as anti-feminist.



---

[44] *See, e.g.*, Benjamin VanHoose & Julia Moore, *Blake Lively Says 'Nobody Knows' Ryan Reynolds Wrote a Scene in It Ends With Us as Screenwriter Weighs In*, People (Aug. 8, 2024), https://people.com/blake-lively-ryan-reynolds-wrote-scene-it-ends-with-us-8692864.

287.     On August 12, 2024, a female cast member texted Ms. Lively concerned about online commentary, and asked what could be done to stop all the negative comments.

288.     On August 13, 2024, another female cast member sent Ms. Lively an article reporting that "Justin Baldoni has hired veteran PR crisis manager Melissa Nathan amid the release of 'IT ENDS WITH US.'" Ms. Lively's response was "Yeah. The truth always comes out as painful as it is to wait."

289.     On August 14, 2024, the same cast member texted Ms. Lively to ask about her wellbeing and to express her concern and respect for Ms. Lively.  Later, that cast member expressed regret at what Ms. Lively was going through.

290.     On August 15, 2024, another female cast member wrote to Ms. Lively about the online bullying that cast member also was receiving as a result of being associated with Ms. Lively, and asking Ms. Lively who to ask for help to have it stop because it was becoming difficult to cope with the onslaught.  The next day, Ms. Lively commented in a text message to the cast member that "It's bullshit about all of us. We know who we are. It's why it hurts so much. Because we feel and we're not evil sociopaths," to which the cast member responded in agreement.

291.     On August 15, 2024, another female cast member wrote to Ms. Lively about the online bullying that cast member also was receiving as a result of being associated with Ms. Lively, and asking Ms. Lively who to ask for help to have it stop because it was becoming difficult to cope with the onslaught.  The next day, Ms. Lively commented in a text message to the cast member that "It's bullshit about all of us. We know who we are. It's why it hurts so much. Because we feel and we're not evil sociopaths," to which the cast member responded in agreement.

292.     On August 18, 2024, Ms. Lively observed that the online hatred and targeted against her was "incessant. And getting worse." She continued: "everyone's sort of in shock and no one wants to be the first to hit it head on. So it just gets worse." Ms. Lively noted that, at this point, she was staying off of social media given how ugly it had become.

293.     As this onslaught continued, Ms. Lively was deeply disappointed that neither Wayfarer nor Sony had stepped in to correct the record. On September 4, 2024, she

received a text from a Sony Executive "checking in on" her and asking how she was doing. Ms. Lively responded: "***I'm not in a good place. This has been deeply painful and I feel so hung out to dry. From production to this PR crisis. No one stepped forward. I wish so much that I was ok. But I'm really not***." That Executive said, "I know it's been hard and horrendously unfair, and I hope soon you can better take in the incredible film you made that audiences love around the world. It's so rare this happens and you did that. You also will have 330m$ worth of eye balls watching a film about domestic violence- that is so important and affected so many lives for the better. That's because of you!"

     **F.**     **The Defendants and Their Agents Continue to Perpetrate Their Retaliation Campaign against Ms. Lively.**

294.     Ms. Lively exhausted jurisdictional prerequisites to filing this lawsuit by timely filing a complaint regarding the behaviors identified herein with the California Civil Rights Department on December 20, 2024 and thereafter sent a Cease and Desist letter to the Wayfarer Parties. By the next morning, rather than replying to Ms. Lively's attorneys, the Defendant's attorney, Bryan Freeman, made defamatory on-the-record statements about Ms. Lively to the media, and numerous articles reporting on Mr. Freedman's statements referenced specific details in Ms. Lively's CRD Complaint.

295.     In response to the CRD Complaint, Mr. Baldoni's team admitted to reveling in shaping stories about Ms. Lively. On December 22, 2024, after Ms. Lively's CRD Complaint was leaked to the press, Ms. Abel posted to a PR and Marketing group on Meta to "defend" herself among her peers. Stunningly, even while attempting to deny Ms. Lively's allegations, Ms. Abel conceded the retaliatory nature and intent of the "campaign," stating that Wayfarer, Mr. Baldoni, and the larger team had "prepared for"—that is, conspired to perpetrate—a smear campaign, including negative press and a social combat plan, and had further been prepared to take "over the top" steps "to protect" Mr. Baldoni.[45]

---

[45] Josh Dickey, *Publicist for Justin Baldoni Denies Blake Lively Smear Campaign: 'The Internet Did the Work for Us'*, TheWrap (Dec. 23, 2024), https://www.thewrap.com/justin-baldoni-publicist-blake-lively-jennifer-abel-smear-campaign-ends-with-us/.

296.     Further, since receiving such notice of the CRD Complaint, on information and belief, Wayfarer, Mr. Baldoni, Mr. Heath and their associates ramped up their retaliation campaign against Ms. Lively, continuing their efforts to "bury" and "destroy" her to this date. Deploying the same 'flood the zone' tactics to "overwhelm" the process and "confuse[] people," Defendants, and their agents acting at their direction, have pursued a highly public, media blitz and litigation strategy to attempt to discredit Ms. Lively and Mr. Reynolds, along with Ms. Lively's long-time publicist, Disney, The New York Times, and others.

297.     A relentless media influence and "digital manipulation" strategy remains at the heart of Defendants' campaign. As before, Defendants have directly engaged with media platforms to overwhelm and confuse the public's understanding of Ms. Lively's allegations, and to drive negative sentiment against Ms. Lively and anyone who supports her or speaks out against Mr. Baldoni. Defendants' strategy is to convince the public that it is Ms. Lively, rather than Mr. Baldoni—*i.e.,* the co-founder, co-producer, and director of the Film, backed by a billionaire who has pledged to spend $100 million on his behalf—who is the bully perpetrating a media smear campaign.

298.     Much of this phase of the campaign has taken place in the form of statements by Defendants' lawyer, Mr. Freedman, who regularly issues inflammatory content to media outlets, appearing on any show that will have him including those hosted by his own clients, and saying anything, whether true or false, that will harm Ms. Lively's credibility and intimidate others from speaking up on her behalf. Those statements, which have been circulated and viewed millions of times, constitute defamation, as well as continued retaliation against Ms. Lively for engaging in the protected activity of speaking up and bringing legal claims against Mr. Baldoni.

299.     Mr. Freedman's statements to the press outside of court proceedings include, *inter alia*:

(a)     "Blake and her legal team have just one heinous pivot left, and that is to double down on the ***revoltingly false*** sexual allegations against Mr. Baldoni. . . . We will not only continue to defend our clients against Blake's power, privilege and ***all out lies***, but we will now

94

fight even harder for the voiceless in the DV community who are unfairly suffering while she continues to push on her own self-serving and selfish vendetta in the media."[46]

      (b)    "It is shameful that Ms. Lively and her representatives would make such serious and categorically false accusations against Mr. Baldoni, Wayfarer Studios and its representatives, as yet another desperate attempt to 'fix' her negative reputation... [Ms. Lively's] claims are **completely false**, outrageous and intentionally salacious with an **intent to publicly hurt and rehash a narrative in the media**. . . ."[47]

      (c)    "TAG PR operated as any other crisis management firm would when hired by a client experiencing threats by two extremely powerful people with unlimited resources."[48]

      (d)    "In this vicious smear campaign fully orchestrated by Blake Lively and her team, the New York Times cowered to the wants and whims of two powerful 'untouchable' Hollywood elites . . . . In doing so, they pre-determined the outcome of their story, and aided and abetted their own devastating PR smear campaign[.]"[49]

      (e)    Ms. Lively acted with the "sole intent to ruin the lives of innocent individuals, and then went the extra mile to place blame on a fictitious smear campaign[.]"[50]

      (f)    Ms. Lively's sexual harassment and retaliation Complaint has "devastat[ed] the entirety of the domestic violence community."[51]

---

[46] *See* Dominic Patten, *Justin Baldoni's Lawyer Decries "Revoltingly False Sexual Allegations" From Blake Lively As Lawsuits Fly; Brands At Business Heart Of Dispute*, Deadline (January 18, 2025, 5:44 PM), https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/.

[47] *See Read the Statement: Statement to The New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives*, N.Y. Times (December 21, 2024), https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-newyork-times.html.

[48] *See* James Hibberd, *Justin Baldoni's Publicist Breaks Silence, Defends Leaked Texts About Blake Lively*, The Hollywood Reporter (December 23, 2024, 12:10 PM), https://www.hollywoodreporter.com/movies/movienews/justin-baldoni-blake-lively-jennifer-abel-leaked-texts-1236093044/.

[49] See Pamela Avila, Justin Baldoni files $250M lawsuit against New York Times over Blake Lively claims, USA Today (January 2, 2025, 7:25 PM), https://www.usatoday.com/story/entertainment/celebrities/2024/12/31/justinbaldoni-sues-new-york-times-blake-lively-accusations/77364901007/.

[50] See BreAnna Bell, Justin Baldoni's lawyer says he won't be 'bullied'into silence by 'petrified'Blake Lively, Ryan Reynolds after gag order request, Page Six (Jan. 25, 2025, 4:45 PM), https://pagesix.com/2025/01/25/celebrity-news/justin-baldonislawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/.

[51] *Id.*

(g)     "[Ms. Lively] used these allegations of sexual harassment, and she used these allegations of bullying to try and leverage her position so that she could be the de facto director in this case." [52]

(h)     "Ms. Lively and her team attempted to bulldoze reputations and livelihoods for heinously selfish reasons[.]" [53]

300.    On information and belief, Defendants approved and authorized Mr. Freedman to publish the above-quoted statements as their agent, and Mr. Freedman would not have published the statements but for their approval and authorization. Mr. Freedman remains the lead attorney for all Defendants in this action, and no Defendant has issued any retraction or expressed disapproval of any of Mr. Freedman's public statements.

301.    The statements above were published with actual malice, because Defendants know that the core narrative advanced by Mr. Freedman—that Ms. Lively fabricated made up sexual harassment claims to seize control of the Film—is false. As conveyed in a text exchange on August 30, 2024, Mr. Baldoni and Ms. Nathan both have never doubted the sincerity of Ms. Lively's beliefs regarding what happened on set. In their own damning words: "I just know her personality and this is the kind of person that *genuinely believes she's right and that all of this is unjust*." Ms. Nathan responded: "*She fully does. I know it*."

302.    These overtly retaliatory, misleading, and in many cases, false, statements regarding Ms. Lively have been accompanied by Defendants' continuing pervasive conduct in conferring with "friendly" media sources to ferret their narrative into the public.

303.    Additionally, as before, Defendants have continued to pursue their "untraceable" digital social media manipulation campaign designed to impact social media algorithms against Ms. Lively. On information and belief, these efforts have continued and

---

[52] *See* Meg Storm, *Exclusive: See Justin Baldoni's Text Messages with His 'It Ends with Us' Editors from Blake Lively Lawsuit*, THE MEGYN KELLY SHOW (Jan. 7, 2025), https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/.

[53] *See* Tommy McArdle & Elizabeth Rosner, *Justin Baldoni Sues Blake Lively and Ryan Reynolds for $400 Million Alleging Defamation, Extortion over It Ends With Us*, PEOPLE (Jan. 16, 2025, 2:32 PM), https://people.com/justin-baldoni-sues-blake-lively-ryan-reynolds-8768821.

accelerated since Ms. Lively's administrative complaint and subsequent federal lawsuit were filed.

304.     Defendants have further pursued their public strategy through frivolous litigation designed to create press attention, intimidate others from coming forward, and pressure Ms. Lively to give up her claims. Defendants' counsel threatened to file numerous lawsuits to sue Ms. Lively and others "into oblivion," with the intent and effect of intimidating others with information about Wayfarer from speaking up.

305.     Defendants have since proceeded to file multiple lawsuits in three jurisdictions with outsized damages assertions in each, including $400 million in the affirmative suit by Mr. Baldoni and Wayfarer in the Southern District of New York, $250 million against The New York Times, and $7 million by Mr. Wallace and his company in Texas. These lawsuits consist of: (a) *Wayfarer Studios LLC et al. v. Lively et al.*, U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00449-LJL); (b) *Wayfarer Studios LLC et al. v. The New York Times Company*, Superior Court of California, County of Los Angeles (Case No. 24STCV34662), which Defendants later dismissed in light of their suit against The New York Times in the consolidated case; and (c) *Jed Wallace et al. v. Lively*, United States District Court for the Western District of Texas (Case No. 25-163-DAE). In keeping with the "reverse victim offender" approach, Defendants' suits echo many of the claims made by Ms. Lively against them, but with allegations fixating heavily on Ms. Lively's supposed motive for her allegations: wresting creative control of the Film from Mr. Baldoni.

306.     Defendants' course of conduct in their numerous retaliatory lawsuits to date has been rife with gamesmanship, retaliation, and harassment, including in matters as seemingly inconsequential as service. For instance, when Ms. Lively filed her complaint, her counsel reached out to Mr. Freedman (as provided for under the Federal Rules of Civil Procedure) to ask whether he would agree to accept service of the complaint by email. Doing so is a standard way of avoiding the time and expense of attempting to effectuate personal service on parties to litigation (it avoids sending a process server to an individual's home or office, which can be time consuming, expensive, and embarrassing for the served individual). Mr. Freedman refused to accept service in

this manner, which meant that Ms. Lively **was obligated to attempt to serve each Defendant personally.** Once Ms. Lively did so, again because Mr. Freedman refused to accept the offer to handle service in a less intrusive manner, Defendants then used that opportunity to plant misleading stories in the press, criticizing entirely standard service attempts and timing (that Defendants **could have avoided if they had wanted to**) as "beyond despicable," a "desperate act of ego and privilege," and "a new, unforgivable low for Ms. Lively."[54]

307.    Similarly, before filing this Amended Complaint, Ms. Lively attempted to depose Wallace in Texas to investigate the nature and scope of Wallace's role in implementing and carrying out the campaign against her. Mr. Wallace repeatedly evaded and obstructed Lively's persistent efforts to serve him. Worse, Mr. Wallace's counsel made blatant misrepresentations during Lively's efforts to serve him—first agreeing to accept service and later denying such statements were made and refusing to comply with alternative methods of service. On January 23, 2025, the process server received a text message from an associate at Liner Freedman Taitelman + Cooley LLP stating: "The law firm Liner Freedman Taitelman + Cooley LLP will accept service for him. Do not try to serve him again. Thank you." Yet Mr. Freedman later claimed that "my office never agreed to accept service of process of anything" and thereafter denied any arrangement to accept service. After purposefully dodging service for more than a week and failing to take responsibility for his actions, on February 4, 2025, Mr. Wallace filed a plainly retaliatory lawsuit against Ms. Lively in Texas.

308.    While refusing to accept service and weaponizing the results of such refusals, counsel for Mr. Wallace additionally insisted upon pursuing in-person service of Ms. Lively even though her counsel accepted service and filed a waiver of service on February 7, 2025. Mr. Wallace's counsel continued to threaten to pursue Ms. Lively with personal service (even though she had accepted service already) unless Ms. Lively's counsel agreed to accept his

---

[54] *See* Emma Powell, *Blake Lively's wildfire help came as her lawyers brought legal action against Justin Baldoni's team while fires ravaged their homes*, Daily Mail (Jan. 10, 2025, 11:32 AM), https://www.dailymail.co.uk/tvshowbiz/article-14270853/blake-lively-Los-Angeles-fires-Justin-Baldoni-lawsuit.html.

unwarranted demands, including one fraudulent attempt to gain access to Ms. Lively's property by falsely representing that the process server worked for a food delivery service.

309.    The insistence on harassing Ms. Lively and her family with attempts to effectuate personal service has continued notwithstanding that Plaintiffs' prior attempts at service on the evening of January 18, 2025, resulted in one of Ms. Lively and Mr. Reynolds' employees (who is not a party to this action) being followed to the residence in which she was staying by an unknown vehicle with its headlights turned off down a dark road late at night, resulting in the filing a police report.

310.    Defendants have weaponized the litigation to further their campaign narrative in other ways as well. For example, Defendants created a website entitled "thelawsuitinfo.com" on which they have posted their filings that include annotated text messages and a winding, self-serving chronology from prior to the Film's production through the filing of Ms. Lively's complaint. Despite repeatedly accusing Ms. Lively of cherry-picking evidence, Defendants never had any intention of posting "every single text message, every single document, everything on a website for everyone in the public to read," instead, the website contains only a selection of self-serving materials that advance Defendants' narrative.[55]

311.    On information and belief, Defendants' counsel has threatened numerous third party witnesses, journalists, media entities, and others with lawsuits if they speak out against or publish unfavorable information about Mr. Baldoni or any other Defendant. At the same time, on information and belief, Defendants have continued to push negative and derogatory content about Ms. Lively and her family to content creators, journalists, and others.

312.    In sum, Defendants' retaliation continues, unapologetic and unabated, using the very same playbook Defendants assembled and have relied on since at least May 2024.

---

[55] *See* Meg Storm, *Exclusive: See Justin Baldoni's Text Messages with His 'It Ends with Us' Editors from Blake Lively Lawsuit*, The Megyn Kelly Show (January 7, 2025), https://www.megynkelly.com/2025/01/07/justin-baldonitext-
messages-with-it-ends-with-us-editors-about-blake-lively/.

## G. Mr. Baldoni Retaliated Because HR Complaints Regarding His Behavior Threatened His Feminist Brand.

313.     On information and belief, Mr. Baldoni was desperate to suppress any suggestion that he engaged in inappropriate conduct, much less sexually harassing conduct, because it would entirely undermine his carefully curated public image as a feminist ally.

314.     In 2017, Mr. Baldoni presented a Ted Talk entitled, "Why I'm Done Trying to be 'Man Enough.'" Mr. Baldoni challenged men to "be man enough to stand up to other men when [they] hear 'locker room talk,' when [they] hear stories of sexual harassment."[56] Mr. Baldoni asked listeners, "will you actually stand up and ***do something so that one day we don't have to live in a world where a woman has to risk everything and come forward*** to say the words 'me too?'"[57]

315.     During the TED Talk, Mr. Baldoni displayed numerous screenshots of media coverage of himself, from various sources, as examples of his decision to use his "social platform as a kind of this Trojan horse wherein [he] could create a daily practice of authenticity and vulnerability." Mr. Baldoni then claimed "[t]he response has been incredible. It's been affirming, it's been heartwarming. I get tons of love and press and positive messages daily."[58]



Why I'm done trying to be "man enough"

8,678,912 views ⓘ | Justin Baldoni | TEDWomen 2017 • November 2017

---

[56] Pangambam S, *Justin Baldoni: Why I'm Done Trying to Be "Man Enough" (Transcript)*, The Singju Post (Jan. 16, 2018, 4:45), https://singjupost.com/justin-baldoni-why-im-done-trying-to-be-man-enough-transcript/?singlepage=1.
[57] *Id.* (emphasis added).
[58] Justin Baldoni, *Why I'm Done Trying to be "Man Enough,"* TED, at 8:10–8:28 (Nov. 2017), https://www.ted.com/talks/justin_baldoni_why_i_m_done_trying_to_be_man_enough?subtitle=en.

316.     Around the same time of that TED Talk in 2017, Mr. Baldoni announced the launch of a male talk show through his media company, Wayfarer Entertainment, called *Man Enough.* Through that show, Mr. Baldoni sought to have "public conversations on camera that [he] had never seen men have."[59]

317.     In one episode of his show, *Man Enough*, Mr. Baldoni hosted a round table with "really strong men," including Mr. Heath and others, in reaction to the #MeToo movement—to "collectively learn from each other, from experts, and hear firsthand from women and try to figure out how we can be better allies in our responses and in our actions."[60] In the episode, Mr. Baldoni questions the group, "Who at this table has seen something and didn't say anything . . . I mean objectification, harassment, and then not said anything?"[61]

318.     In 2021, the *Man Enough* franchise added a podcast, also produced by Wayfarer Studios.[62] The *Man Enough* podcast has featured episodes entitled, "Strength in Unity: Men Supporting Women In Leadership," "From Misogyny's Victim To Male Privilege . . .," and "Modern Dating: Consent, Boundaries And Respect."[63]

319.     Mr. Baldoni stated in his 2017 TED Talk, men "are the problem" they created the "glass ceiling";[64] and if they want "to be part of the solution, then words are no longer enough."[65] By Mr. Baldoni's account, he became a "feminist fighting for gender equality . . . so quickly that [he] hadn't even realized that's what [he] was or was trying to do."[66]

---

[59] *Justin Baldoni*, *Man Enough: Undefining My Masculinity*, HARPERONE (2021) at 8; *see also Man Enough,* IMDB, https://www.imdb.com/title/tt7754654/ (last visited Dec. 31, 2024).
[60] Jamie Primeau, *Justin Baldoni Knows The Most Important Way For Men To Be Better #MeToo Allies Is To Listen*, Bustle (July 24, 2018), https://www.bustle.com/p/justin-baldonis-man-enough-features-a-candid-metoo-conversation-about-how-men-can-be-better-allies-9857238.
[61] Man Enough, YouTube, at 12:35 – 12:45 (July 26, 2018), https://www.youtube.com/watch?v=i21xmCbd8iw&t=1070.
[62] Justin Baldoni, Liz Plank, and Jamey Heath, *The Man Enough Podcase Premiere*, YouTube (June 21, 2021), https://www.youtube.com/watch?v=EFEEm9DEy6w#:~:text=New%20episode%20of%20The%20%23ManEnough Podcast%20every%20Monday%2C,Premiere%20episode%20with%20Karamo%20Brown%20out%20now.
[63] *Episode* Pages, The Man Enough Podcast https://manenough.com/podcast/ (last visited Dec. 31, 2024).
[64] *See* Justin Baldoni, *supra* n. 33 at 15:45–15:51. Regarding the "glass ceiling," in a recent interview, Mr. Baldoni stated that "[d]irecting is a very lonely job" because he was "at the top of the totem pole"—all without acknowledging that Ms. Lively's cut of *It Ends With Us* was released, not his. *See How to Fail With Elizabeth Day*, Dec. 3, 2024, https://podcasts.apple.com/gb/podcast/how-to-fail-with-elizabeth-day/id1407451189.
[65] *See* Justin Baldoni, *supra* n.33 at 15:52–15:55.
[66] *Justin Baldoni*, *supra* n.34 at 8.

320.     In Mr. Baldoni's own words, his "activism" "starts in the mirror, with an audience of one."[67] Mr. Baldoni has stated that he "feel[s] a deep responsibility" to "tear down the walls" of "power and privilege"[68] and "believe[s] the world needs men to show up, not in big ways, but in hundreds and thousands of little ways" to "create a better, more equitable, just world."[69]

321.     Over the past approximately seven years, and as relevant to this Complaint, Mr. Baldoni has made the following statements:

(a)     "Let's just shut up and finally listen to the women in our lives."[70]

(b)     "And then the other thing men are going to have to start doing now is recognizing when they [made women uncomfortable] and didn't realize it. I think that's when the other side of the 'Me Too' movement is 'I'm Sorry.'"[71]

(c)     "Growing up, how many times did I hear 'bros before hoes?'. . . [H]ow demeaning, how sexist . . . We've built this system—the opposite of accountability—and now it's time to figure out how, as men, we can break that system, and it starts with showing what a real man is. A real man is someone that says, 'Hey man, we're still friends, but that's not cool.'"[72]

(d)     "Imagine . . . being sexually assaulted, finally coming forward about this traumatic thing that has happened to you . . . and having people acting like *you* were to blame."[73]

(e)     "[I]t's important for us men to realize how crucial a role bystanders can play in stopping and preventing assault and harassment, how we must be a part of the movement and

---

[67] *Id.* at 24.
[68] *Id.* at 1.
[69] *Id.* at 24.
[70] *Id.* at 11.
[71] Laurel Pinson, *Jane the Virgin 'Star Justin Baldoni Wants to End Toxic Masculinity: 'The Glass Ceiling Exists Because Men Put It There*, GLAMOUR (Dec. 4, 2017), https://www.glamour.com/story/jane-the-virgin-star-justin-baldoni-wants-to-end-toxic-masculinity.
[72] *Id.*
[73] Justin Baldoni, *Boys Will Be Human: A Get-Real Gut-Check Guide to Becoming the Strongest, Kindest, Bravest Person You Can Be*, HARPERCOLLINS (2022) at 242–43.

call for respect and equality for women, act upon that call to action, and continue to perpetuate positive behaviors among ourselves and our communities."[74]

      (f)      "Are you confident enough to listen to the women in your life? To hear their ideas and their solutions? To hold their anguish and actually believe them, even if what they're saying is against you? And will you be man enough to stand up to other men when you hear 'locker room talk,' when you hear stories of sexual harassment? When you hear your boys talking about grabbing ass or getting her drunk, will you actually stand up and do something so that one day we don't have to live in a world where a woman has to risk everything and come forward to say the words 'me too?'" [75]

      (g)      "All of us have a situation, or a pattern that we need to end the cycle of."[76]

      (h)      "First of all, I want men to stop asking the question, why do women stay. I want men to take accountability. I want men to hold other men accountable."[77]

      (i)      "[T]here's never an excuse, no matter how much trauma a man has, there is never an excuse to lay hands and hurt a woman, physically or emotionally. And we have to also understand that the majority of domestic violence isn't physical, these are, the scars are invisible, these are things that, you know it's emotional, it's gaslighting, it's all of the various things that so many people experience."[78]

---

[74] Leah Fessler, *Actor Justin Baldoni has crucial advice for men who've offended women, but still want to be feminists*, Quartz (Oct. *30, 2018), https://qz.com/work/1408444/hww4-justin-baldoni.*

[75] Dressember, *A TEDTALK REVIEW OF JUSTIN BALDONI'S 'WHY I'm DONE TRYING TO BE MAN ENOUGH'*, (2017) https://www.dressember.org/blog/justinbaldonitedtalk.

[76] *Justin Baldoni Talks "It Ends with Us" movie adaptation,* CBS Mornings, (Aug. 7, 2024), https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/.

[77] *Id.*

[78] *Justin Baldoni Reflects On Experience Of Directing & Acting In 'It Ends With Us',* AccessDaily via AccessHollywood (Dec. 5, 2024) https://www.accessonline.com/videos/justin-baldoni-reflects-on-experience-of-directing-acting-in-it-ends-with-us.

(j)     "I think we judge enough women and victims . . . but the real question is, why do we keep allowing men to harm . . ."[79]

322.    Mr. Baldoni has previously emphasized that "I want men to stop asking the question, why do women stay. I want men to take accountability. I want men to hold other men accountable."[80] He has warned about the dangers of gaslighting and victim blaming. And yet, his own lawyer, Bryan Freedman, responded to Ms. Lively's complaint in this matter with the following: "And Blake Lively if she was sexually harassed to to [*sic*] such a degree in this in, this Film, and in this situation, you know, she wouldn't have returned to the Film."[81]

323.    In sum, Mr. Baldoni's years of investment into his public image as an ally and fierce advocate for women motivated him to employ extraordinary, cynical, and unlawful efforts to "bury" and "destroy" Ms. Lively. Contrary to his carefully cultivated public image as a feminist, Mr. Baldoni, enabled by his billionaire friend and co-founder Mr. Sarowitz, has spent the last several months and millions of dollars to ruin Ms. Lively and her family because she spoke up about Wayfarer's harassing and disturbing conduct.

## H. Ms. Lively, Her Family, Her Businesses, and Certain Third Parties With Knowledge About The Retaliation and Underlying Sexual Harassment Have Suffered and Have Been Substantially Harmed By the Wayfarer Parties' Ongoing Conduct.

324.    While there was considerable online coverage of the Film and Ms. Lively leading up to the Film's nationwide release in U.S. theaters on August 9, 2024, that coverage was mostly neutral. Some online discussions referenced an apparent "feud" between the cast members, but they included a smaller percentage of negative and positive mentions.

325.    Soon, however, Ms. Lively and her team became aware of an increase in negative media articles and social media coverage about her.

---

[79] *Id.*
[80] *Justin Baldoni Talks "It Ends with Us" movie adaptation,* CBS News, (Aug. 7, 2024), https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/
[81] *See* Meg Storm, *Exclusive: See Justin Baldoni's Text Messages with His 'It Ends with Us' Editors from Blake Lively Lawsuit,* The Megyn Kelly Show (January 7, 2025), https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/.

326.     The significant spike in the volume of negative sentiment toward Ms. Lively included notable spikes on approximately August 8 and 14, 2024, and continued to trend mostly negative for the remainder of 2024. On information and belief, an increased volume of sentiment toward Ms. Lively continues to trend vastly negative due to Defendants' active and continuing campaign against Ms. Lively.



Indeed, as noted above, TAG itself noted a shift due to their efforts as early as August 10, 2024.

327.     As of that date, the sentiment towards Ms. Lively turned toxic, with a sudden increase in negative comments—including hypersexual content and calls for Ms. Lively to "go fuck" herself.[82] For example, the following vile posts appeared on X in mid-August 2024

---

[82] @pocketsara, X post, https://x.com/pocketsara/status/1824146308707291152, (Aug. 15, 2024) ("Blake Lively is a cunt") @imtotallynotmo1, X, Aug. 15, 2024 ("You're a piece of shit, genuinely go fuck yourself"); FluffyPinkUnicornVII, Reddit post, https://www.reddit.com/r/DListedCommunity/comments/1escnuy/blake_lively_getting_criticized_over_press_tour/, (Aug. 14, 2024) ("Bottled blonde + long legs + fake tits - (brains, judgement, & humility) = Blake Lively"); KettlebellFetish Reddit post, https://www.reddit.com/r/DListedCommunity/comments/1escnuy/blake_lively_getting_criticized_over_press_tour/, (Aug. 14, 2024) ("Even with the nose job, she's such a butterface, great body, hair, but odd face and that body would be so easy to dress, just a dream body, and nothing fits right, odd clashing colors, just tacky."); Creative_Ad9660, Reddit post, https://www.reddit.com/r/DListedCommunity/comments/1escnuy/blake_lively_getting_criticized_over_press_tour/, (Aug. 15, 2024) ("Boobs Legsly"); @chick36351, X post, (Aug. 16, 2024) ("Well Blake I a bitch.. She always has been, nice to see people realize it now… Also WAY too much plastic surgery.."); @Martin275227838, X post, https://x.com/LizCrokin/status/1824618500431724917, (Aug. 17, 2024) ("@blakelively is a pedophile supporting bully . . ."); @ZuperGoose, X post, (Aug. 17, 2024) ("Liz tag the bitch @blakelively Blake = pedo"); @myopinionmyfact, X post, (Aug. 22, 2024) ("… @blakelively YOU ARE SUCH A BITCH! What a horrible rude

tagging Ms. Lively:



328.    Nearly decade-old interviews of Ms. Lively were surfaced, commenting on her tone, posture, diction, and language.[84]

329.    Ms. Lively was criticized for how she was marketing the Film (without the context, of course, that she was implementing the agreed-upon marketing plan), was repeatedly called a "bully," a "mean girl," and "controlling," and was criticized for allegedly marginalizing Mr. Baldoni, among many other things.[85]

bitch you are. I cannot believe somebody fucked u, made a kid with u, married u and now has to be stuck with your bitch ass. OMG LMAO I would run!").

[83] @Kopperhead55, X Post, (Aug. 16, 2024); @myopinionmyfact, X Post, (Aug. 22, 2024).

[84] Beth Shilliday, *Blake Lively Taking a Social Media Break After Being Labeled a 'Mean Girl' Amid 'It Ends With Us' Backlash*, Yahoo Entertainment (Sept. 5, 2024, 8:04) https://www.yahoo.com/entertainment/blake-lively-taking-social-media-120424507.html (discussing 2016 interview of Blake Lively by Kjersti Flaa in which B. Lively "snarked" at Ms. Flaa); Francesca Bacardi, *Page Six, Blake Lively once snapped at reporter for asking about Penn Badgley romance: 'I thought you were supposed to be classy'*(Aug. 19, 2024, 12:02) https://pagesix.com/2024/08/19/entertainment/blake-lively-snapped-at-reporter-for-asking-about-penn-badgley/ (referring to 2008 interview); Gabi Duncan, *Blake Lively called out again for repeatedly using 'problematic 'transgender slur in resurfaced interviews*, Page Six, (Aug. 18, 2024, 10:27) https://pagesix.com/2024/08/18/entertainment/blake-lively-called-out-for-repeatedly-using-transgender-slur/ (discussing 2012 interview; Marina Urman, *Blake Lively Under Fire Again For Using Transgender Slur In Multiple Resurfaced Interviews*, BoredPanda, (Aug. 19, 2024, 7:21) https://www.aol.com/blake-lively-under-fire-again-142116217.html (discussing 2008, 2012, 2009, and 2016 interviews).

[85] Jessica Green and Alanah Khosla, *How Blake Lively keeps getting it wrong: Ryan Reynolds 'wife is criticised for glossing over domestic violence during press for It Ends With Us amid 'rift 'with director - and its just the latest in a string of controversies for the star,* Dailymail.com (Aug. 15, 2024), https://www.dailymail.co.uk/femail/article-13742675/How-Blake-Lively-keeps-getting-wrong-slammed-glossing-domestic-violence-Ends-Us.html; Perez Hilton, *Blake Lively Was 'Effortlessly Rude' On It Ends With Us Set, Says Insider, But Justin Baldoni Was Problematic Too!* (Aug. 19, 2024 ) https://perezhilton.com/blake-lively-effortlessly-rude-it-ends-with-us-set-justin-baldoni-

330. On information and belief, the Wayfarer team seeded social media content with content creators, on online chat sites like Reddit, and into publications with small audiences and lax editorial standards; the team would then "amplify" that content by sharing them with publications like *Page Six, The Daily Mail, Newsweek, NY Post, TMZ*, and *BuzzFeed*. These publications have larger audiences and greater reach, which significantly increased the negative sentiment toward Ms. Lively. Content from low-influence sites was often linked or referenced in articles on these high-influence platforms.

331. The "social manipulation" campaign engineered by Mr. Baldoni and Wayfarer helped create and sustain a negative news cycle and social media algorithm around Ms. Lively.

---

problematic/ ("I got this impression from Justin that he was just really, really stressed and fatigued about this constant inability to control the project he was making… so much so that when you'd ask him questions, he'd be like, 'Well just ask Blake'… because when Blake got there she would have a lot of really strong thoughts and feelings."); Riley Cardoza , *Jana Kramer reacts to Blake Lively's domestic violence comments, insists 'it does define you'*, Page Six, (Aug. 26, 2024) https://pagesix.com/2024/08/26/celebrity-news/jana-kramer-reacts-to-blake-livelys-dv-comments-it-does-define-you/ ("Lively, notably, has been slammed by social media users for marketing her Blake Brown haircare and Betty Buzz alcohol brand while promoting the movie."); Kirsty Mccormack, *Meghan McCain slams 'insensitive'and 'strange'Blake Lively over It Ends With Us controversy: 'I don't understand why she's famous'*, DailyMail.com, (Aug. 22, 2024, 11:57) https://www.dailymail.co.uk/femail/article-13769327/meghan-mccain-slams-blake-lively-strange-insensitive-ends-drama.html; Giovana Gelhorn, *Blake Lively & Justin Baldoni's Reported On-Set Clash Shows How Their Feud Really Began*, SHEKNOWS (Aug. 15, 2024, 11:55) https://www.sheknows.com/entertainment/articles/3082123/blake-lively-justin-baldoni-feud-beginnings/ ("[Lively] wasn't engaged in the filming process and wanted to get out of shooting the moment she could."); Laura Collins, *The REAL reason why Blake Lively and Justin Baldoni's It Ends With Us feud has upended plans for sequel*, DailyMail.com, (Aug. 22, 2024) https://www.dailymail.co.uk/tvshowbiz/article-13766111/Blake-Lively-Justin-Baldoni-feud-upends-sequel.html.

332. The online narrative continues to trend more negatively when compared with other weeks and months prior to the social manipulation campaign, as reflected in the sentiment chart dating from the publicity event on June 13, 2024 through the date the CRD Complaint was filed. On information and belief, the online narrative toward Ms. Lively continues to trend vastly negative due to Defendants' active and continuing campaign against Ms. Lively.



333. As referenced above, by August 14, 2024, Ms. Lively and certain of her friends and colleagues had observed what was happening online, and Ms. Lively received many incoming text messages inquiring about her well-being.

334. The devastation to Ms. Lively's reputation continued through the end of 2024 and into 2025, with negativity spiking in early August 2024 and December 2024, including and notably on X and Reddit.



335. Online vitriol towards Ms. Lively has continued unabated. For example, on January 31, 2025, Ms. Lively's personal Instagram—on which she has nearly 45 million follows—was inundated with pornographic content tagging her account profile handle. In an article titled *Blake Lively* Instagram Flooded With Porn Amid Baldoni War, TMZ reported that "Blake Lively has been targeted with a massive troll campaign amid her legal war with Justin Baldoni . . . her Instagram profile is flooded with porn."[86]  Meta responded publicly by stating: "This kind of online harassment is wrong and we condemn it. We are removing the content that violates our policies and will continue to monitor for additional violating posts."[87]

336. On February 4, 2025, Amazon Prime Video announced on social media—via collaboration with the film's director, Ms. Lively, and others—the upcoming release of their new movie. The announcement immediately faced a steady stream of comments repeating the false and harmful statements invented and perpetuated in the smear campaign financed by Mr. Sarowitz and executed by Defendants. These actions were designed to damage the success of Ms. Lively's new film, which effects not only Ms. Lively, but the other cast and crew, as well as the distributors of the film. Some comments include:



[88]

[86] TMZ Staff, *Blake Lively's Instagram Trolled With Flood of Porn Amid Baldoni Legal War*, (Jan. 31, 2025), https://www.tmz.com/2025/01/31/blake-lively-instagram-trolled-with-a-flood-of-porn-amid-baldoni-legal-war/.
[87] *Id.*
[88] @zaya_dodigor, Instagram comment, https://www.instagram.com/p/DFqhOqZRc3z/.







337.    Social media posts in February 2025 reflect the same, for example:



---

[89] @zeyneb.tezel, Instagram comment, https://www.instagram.com/p/DFqhOqZRc3z/.

[90] @aussie_lillie, Instagram comment, https://www.instagram.com/p/DFqhOqZRc3z/.

[91] @esme_pia, Instagram comment, https://www.instagram.com/p/DFqhOqZRc3z/.

[92] @Craig37457602, X post, https://x.com/Craig37457602/status/1885881904370479554, (Feb. 1, 2025).







93 @Fiorelom, X post, https://x.com/Fiorelom/status/1886077210492015026, (Feb. 2, 2025).
94 @212chirp, X post, https://x.com/212chirp/status/1887482803874636254, (Feb. 6, 2025).
95 @Jellysgirl17, X post, https://x.com/Jellysgirl17/status/1889137135363444834, (Feb. 10, 2025).



338.    This vitriol and violence is unlike anything Ms. Lively has experienced in her twenty-year career. At no point until the initiation of Defendants' campaign had Ms. Lively or her family experienced *anything* remotely like the above. The sentiments expressed above are the terrifying results of the money, time, and human resources Defendants have poured into creating an environment of hatred against Ms. Lively and her family.

339.    This campaign has been devasting to Ms. Lively, including by causing substantial harm to Ms. Lively, her family, as well as her businesses and all the people who work at each of them. Unlike Wayfarer and Mr. Baldoni, Ms. Lively has been precluded from not only experiencing the success of the Film, but also from having the ability to engage further with her businesses, fans, and social media followers without immediately triggering an onslaught of hateful and violent comments. Instead, Ms. Lively and her family have been forced to contend with not only an incessant and wide-reaching negative media campaign, but also violent threats against Ms. Lively and many who associate with her.

340.    When it became clear that this media blitz was the result of an ***intentionally seeded, cultivated and financed campaign against her***, Ms. Lively began to experience mental, physical, professional, and financial harms that continue to the present.

341.    The effects on Ms. Lively's professional life were immediate and substantial. Given the ongoing nature of the campaign and the associated negative public sentiment, Ms. Lively did not believe she could proceed with public appearances or events without being forced to openly discuss what happened on set. For example, Ms. Lively cancelled a critical

---

[96] @littleorca3456, X post, https://x.com/littleorca3456/status/1889911031151161374, (Feb. 12, 2025).

Target corporate event for her haircare company, and felt compelled to decline an invitation to host the premier episode of the 50th anniversary season of Saturday Night Live in September 2024. She has since turned down other acting and directing opportunities as a result of feeling harassed and fearful of further attacks on herself, her family, and her colleagues. She has also canceled multiple appearances on behalf of her businesses since December of 2024 because of the constant online vitriol directed at her brands.

342.     The retaliation campaign against Ms. Lively has severely damaged her companies. The long-planned launch of her haircare line, Blake Brown—a date which was set more than a year prior to the date selected (not by Ms. Lively) for the release of the Film—was caught up in the crossfires of the negative environment against Ms. Lively. Initially, before the "social manipulation" campaign started, Ms. Lively was informed that Blake Brown was Target's largest haircare launch on record. Based on internal sales projections, the sudden and unexpected negative media campaign launched against Ms. Lively depressed retail sales of Blake Brown products by 56%–78%. This dramatic drop was completely at odds with the high satisfaction scores that Blake Brown products received in the significant consumer testing performed before launch or its initial success after launch, and appears to have been caused overwhelmingly, if not entirely, by the retaliatory campaign initiated by Defendants.

343.     Around the same time, the social media accounts for Ms. Lively's brands— including Betty Buzz and Betty Booze—were flooded by hateful comments, which began to echo through other social and traditional media outlets. When Ms. Lively limited comments on her personal Instagram account to limit the toxic harassment she was receiving, those users simply migrated to the social media accounts and websites of Blake Brown, Betty Buzz, and Betty Booze.[97] Many of the negative comments on these businesses' social media accounts and websites

---

[97] Therese AK, TikTok, https://vm.tiktok.com/ZGeTkjarm/ (Aug. 26, 2024) ("Well now I know what NOT to buy, thank you."); @catherinaartdesign, Blake Brown Beauty Instagram comment, (Aug. 30, 2024) ("Be ashamed! A great opportunity was missed to share a great message through the film where it would have made a big difference in many lives. Now remember 'she will make up a story where she is the victim so that others feel empathy for her'"); @santerialily, Blake Brown Instagram comment, (Aug. 26, 2024) ("Nobody is going to buy this crap now. Good job in ruining your brand before it even started. Nasty mean girls never prosper."); @hollingsworth1830, Blake Brown Instagram comment, (Sept. 5, 2024) ("Ah, no thanks. Why would anyone buy your beauty products? More overpriced

had nothing to do with the products or brands, but instead referenced the Film, Mr. Baldoni, and/or Ms. Lively as a "bully" or "mean girl." On information and belief, the astroturfing campaign was responsible for this wave of comments.

344.    For example, posts on Betty Booze's social media include the following messages:

(a)    "Cancel Blake!"[98]

(b)    "Boycott this crap!!!"[99]

(c)    "@bettybooze Stunned by the greed and utter lack of human decency, yes."[100]

(d)    "#TeamJustin"[101]

(e)    "#justiceforjustin"[102]

(f)    "Disgusting, disgusting. You are taking away from women who are actually victims. Shame on you"[103]

(g)    "A bully, uptight, backstabbing person that loves to see people suffering so she can feel good. Disgusting."[104]

(h)    "come on bro, everyday they release evidence it's really getting bad for you. maybe it's not too late to take everything back and apologize. Think about women who are actually victims of sexual assault."[105]

345.    Posts on Blake Brown Beauty's social media include the following messages:

---

junk by a vapid and narcissitic [*sic*] celebrity. I would rather spend my money with someone who can actually care about women. Take this crap and your florals and sit on it.").

[98] @vikteritoria, Betty Booze Instagram comment, https://www.instagram.com/p/C-VPMPlugWs/?igsh=MXg3ejlqYW80eW9hNg==_.

[99] @alexandra968538. Betty Booze Instagram comment, https://www.instagram.com/p/C-VPMPlugWs/?igsh=MXg3ejlqYW80eW9hNg==_.

[100] @grmbooks, Betty Booze Instagram comment, https://www.instagram.com/p/C-VPMPlugWs/?igsh=MXg3ejlqYW80eW9hNg==_.

[101] @susie142023, Betty Booze Instagram comment, https://www.instagram.com/p/DDpUVxGvnEG/?hl=en.

[102] @bighoneyababyy, Betty Booze Instagram comment, https://www.instagram.com/p/DDpUVxGvnEG/?hl=en.

[103] @olivebsbigsky_, Betty Booze Instagram comment, https://www.instagram.com/p/DDpUVxGvnEG/?hl=en. .

[104] @jeri_style, Betty Booze Instagram comment, https://www.instagram.com/p/DDpUVxGvnEG/?hl=en.

[105] @khristian_plus4, Betty Booze Instagram comment, https://www.instagram.com/p/DDpUVxGvnEG/?hl=en.

(a)     "Bitchy hair everywhere"[106]

(b)     "Congrats no one is buying"[107]

(c)     "Boycotting"[108]

(d)     "We don't support liars 👏"[109]

(e)     "Trash. Just like Blake." [110]

346.     After Defendants launched their campaign, none of Ms. Lively's businesses could operate as they ordinarily had before; instead, the Baldoni-Wayfarer astroturfing campaign forced each of Ms. Lively's businesses to go "dark" on social media in August. Ms. Lively did the same, for nearly two months, and during this time was unable to fulfill her obligations as the brand's founder, causing issues with many business partners and customers.

347.     The emotional impact on Ms. Lively has been extreme, not only affecting her, but her family, including her husband and four children. There are days when she has struggled to get out of bed, and she frequently chooses not to venture outside in public. While she has fought to maintain her personal life and business interests, behind closed doors she has suffered from grief, fear, trauma, and extreme anxiety. She also has been experiencing repeated and painful physical symptoms as a result of this experience. Mr. Reynolds, too, has been affected mentally, physically, and professionally by his wife's and children's pain. Worst of all, however, has been the impact on their young children, who have been traumatized and emotionally uprooted in ways that have substantially impacted their well-being.

348.     The threats and harassment are not limited to Ms. Lively. Any individual with even a tangential connection with the underlying events faces attack, and the inevitable emotional consequence of feeling targeted and shamed. As referenced above, other cast members

---

[106] @larrymitchelb, Blake Brown Beauty Instagram comment, https://www.instagram.com/blakebrownbeauty/p/C-VYeofpqSu/.

[107] @stevieisabiatch, Blake Brown Beauty Instagram comment, https://www.instagram.com/blakebrownbeauty/p/C-VYeofpqSu/.

[108] @kaf5660, Blake Brown Beauty TikTok comment, https://www.tiktok.com/@blakebrownbeauty/video/7401198711189064992.

[109] @saraf1995, Blake Brown Beauty Instagram comment, https://www.instagram.com/p/DGGjX9eufjb/.

[110] @3m3rald8, Blake Brown Beauty Instagram comment, https://www.instagram.com/p/DGGjX9eufjb/.

have received threats, online harassment, and floods of comments to their social media accounts.

349.     In the days after January 31, 2025—when the Wayfarer Plaintiffs filed their Amended Complaint, including a 100-plus page exhibit replete with full text threads, including with third parties—one of the individuals whose texts are excerpted received a written communication stating that if the witness did not give a public statement departing from that witness' support of Ms. Lively, the witness's family would face physical harm and sexual violence.

350.     These are but a few examples of the substantial harm caused by this malicious campaign, which pervaded, and continues to pervade, all aspects of Ms. Lively's life. This terrorizing climate is the result of the retaliatory campaign launched by Defendants, and the continued harassment and targeting of innocent bystanders is not an accident or a coincidence.

351.     Ms. Lively never sought out conflict with Wayfarer, Ms. Baldoni, or Mr. Heath, but instead consistently attempted to speak up for a safe and respectful workplace privately in the hopes of protecting herself, as well as the cast and crew, without jeopardizing a Film that she believed could make a difference in peoples' lives. In response, Mr. Baldoni, Mr. Heath, and those working for them, sought to destroy Ms. Lively and anyone else who might dare to speak the truth. Ms. Lively's discovery of the full extent of the retaliatory campaign launched by the Wayfarer parties and their associates, left her with no choice.

352.     Through the CRD Complaint and this action, Ms. Lively seeks to set the record straight, to hold the Defendants accountable, and to shine a light on this new form of retaliation so that it will not be used against any others who seek to stand up and speak out against sexual harassment or retaliation.

## **FIRST CAUSE OF ACTION**
### **(Sexual Harassment in Violation of Title VII – 42 U.S.C. § 2000e-2(a)(1))**
### ***Against It Ends With Us Movie LLC and Wayfarer***

353.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

354.     At all times herein mentioned, Ms. Lively was an employee under Title VII,

42 U.S.C. § 2000e(f) and It Ends With Us Movie LLC and Wayfarer were employers and/or joint employers under 42 U.S.C. § 2000e(b).

355. At all times herein mentioned, Title VII was in full force and effect and was fully binding upon Defendants It Ends With Us Movie LLC and Wayfarer as employers or joint employers, and applicable to Ms. Lively as member of a group protected by Title VII prohibition against discrimination and harassment.

356. Ms. Lively's sex and gender constitute a protected class under Title VII.

357. In engaging in the conduct described in this complaint, Defendants It Ends With Us Movie LLC and Wayfarer, through Defendants Baldoni and Heath, discriminated against Ms. Lively in violation of Title VII by subjecting Ms. Lively to harassment and creating a hostile work environment on the basis of her sex/gender. *See* ¶¶ 73–107.

358. The behavior of Defendants Baldoni and Heath, as described in this Complaint, was severe or pervasive, such that it created a work environment that a reasonable person would perceive, and that Ms. Lively did perceive, to be hostile, intimidating, offensive, oppressive, and/or abusive.

359. Defendants It Ends With Us Movie LLC and Wayfarer, through Defendants Baldoni and Heath, perpetuated this environment by failing to create a workplace in which individuals felt comfortable raising concerns regarding harassing and other inappropriate behavior on set, including in Wayfarer's failure to provide Ms. Lively with an employee handbook, sexual harassment policy, information or any training on sexual harassment, discrimination or respectful workplace expectations, as well as information about the process for filing HR complaints, and comments by Defendants Baldoni and Heath undermining HR concerns. *See* ¶¶ 108–137.

360. The conduct by Defendants Baldoni and Heath, including but not limited to the conduct described in paragraphs 73–107, above, is in direct violation of Title VII of the Civil Rights Act of 1964, as amended, for which Defendants It Ends With Us Movie LLC and Wayfarer are liable.

361. These actions severely impacted Ms. Lively's physical, psychological, and

emotional well-being by creating an intimidating, hostile and offensive working environment, as it would have for any reasonable person, and so altered the terms and conditions of Ms. Lively's employment such that it was more difficult for Ms. Lively to perform her job.

362.    Defendants It Ends With Us Movie LLC and Wayfarer are liable because Defendants Baldoni and Heath, co-own and operate Wayfarer, the sole member of It Ends With Us Movie LLC; personally committed the harassing conduct; and were therefore aware of their own conduct, and failed to take immediate and appropriate corrective action. Further, Defendants Wayfarer and It Ends With Us Movie LLC are strictly liable for the actions of Defendants Baldoni and Heath, who were acting in their capacities as Ms. Lively's supervisors.

363.    Harassing and retaliatory conduct against harassed Ms. Lively continued in various forms throughout 2024 and, on information and belief, is continuing, including a coordinated campaign to cast Ms. Lively in a false light, to discredit her in the event that she publicly disclosed her concerns about harassment and other unlawful conduct, and to irreparably damage Ms. Lively's career and future earning capabilities. *See* ¶¶ 192–313.

364.    As a direct, foreseeable, and proximate result of this unlawful discriminatory conduct by Defendants It Ends With Us Movie LLC and Wayfarer, Ms. Lively has suffered, and continues to suffer, substantial damages including, but not limited to, severe emotional distress and pain, humiliation, embarrassment, belittlement, frustration, and mental anguish, and is entitled to an award of punitive damages, in an amount to be determined at trial.

365.    The conduct described herein by Defendants It Ends With Us Movie LLC and Wayfarer, through Defendants Baldoni and Heath, was a motivating factor in causing and caused Ms. Lively's harm.

366.    Defendants It Ends With Us Movie LLC and Wayfarer intentionally violated Ms. Lively's rights under Title VII, with malice or reckless indifference, and as a result, are liable for punitive damages.

### SECOND CAUSE OF ACTION
**(Retaliation in Violation of Title VII – 42 U.S.C. § 2000e-3)**
***Against It Ends With Us Movie LLC and Wayfarer***

367.    Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

368.    At all times herein mentioned, Ms. Lively was an employee under Title VII, 42 U.S.C. § 2000e(f) and It Ends With Us Movie LLC and Wayfarer were employers and/or joint employers under 42 U.S.C. § 2000e(b).

369.    At all times herein mentioned, Title VII was in full force and effect and was fully binding upon Defendants It Ends With Us Movie LLC and Wayfarer as employers or joint employers, and applicable to Ms. Lively as member of a group protected by Title VII prohibition against retaliation.

370.    Specifically, pursuant to 42 U.S.C. § 2000e-3(a), it is an unlawful employment practice for an employer to discriminate against an employee because she has opposed any practices forbidden under Title VII or because she has filed a complaint against conduct prohibited under Title VII, as Ms. Lively did when she complained to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing and other unlawful conduct based on sex which occurred throughout the Film's production.

371.    Ms. Lively engaged in protected activity by complaining to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing treatment based on sex and other unlawful conduct on multiple occasions during the filming and production of the Film, which Ms. Lively reasonably believed to be unlawful. *See* ¶¶ 108–137.

372.    After Ms. Lively engaged in such protected activity, Defendants subjected Ms. Lively to adverse employment action, including but not limited to by launching a coordinated campaign to cast Ms. Lively in a false light during the publicity and promotion of the Film and thereafter. *See* ¶¶182–313. Ms. Lively's protected activity was the motivating reason for and "but for" cause of Defendants' conduct. This harassing and retaliatory conduct continued in various forms throughout 2024, and, on information and belief, is continuing, in order to discredit her in the event that she publicly disclosed her concerns about harassment and other unlawful conduct,

and to irreparably damage Ms. Lively's career and future earning capabilities.

373.     As a direct, foreseeable, and proximate result of the unlawful retaliatory actions undertaken by Defendants It Ends With Us Movie LLC and Wayfarer, through the actions of Defendants Baldoni, Heath, and Sarowitz and their associates, Ms. Lively has suffered, and continues to suffer substantial damages including, but not limited to, severe emotional distress and pain, humiliation, embarrassment, belittlement, frustration, and mental anguish, and is entitled to an award of punitive damages, in an amount to be determined at trial.

374.     Defendants It Ends With Us Movie LLC and Wayfarer intentionally violated Ms. Lively's rights under Title VII, with malice or reckless indifference, and as a result, are liable for punitive damages.

### THIRD CAUSE OF ACTION
### (Sexual Harassment in Violation of FEHA – Cal. Gov. Code, § 12940)
#### *Against It Ends With Us Movie LLC, Wayfarer, Baldoni, and Heath*

375.     Ms. Lively repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

376.     At all times herein mentioned, Ms. Lively was employed by and/or providing services pursuant to a contract with Defendants It Ends With Us Movie LLC, and its managing member, Wayfarer.

377.     At all times herein mentioned, California's Fair Employment and Housing Act ("FEHA"), Cal. Government Code § 12940 *et seq.*, was in full force and effect and fully binding upon Defendants It Ends With Us Movie LLC, Wayfarer, Baldoni and Heath as employers, joint employers, or supervisors. Ms. Lively was a member of a group protected by FEHA's prohibition against harassment based on sex/gender.

378.     Defendants It Ends With Us Movie LLC, Wayfarer, Baldoni and Heath have discriminated against Ms. Lively on the basis of her sex/gender, through the actions of Defendants Baldoni and Heath, in violation of FEHA by subjecting Ms. Lively to harassment and creating a hostile work environment on the basis of her sex/gender. *See* ¶¶ 73–107.

379.     Such harassing conduct, as described in this Complaint, was severe or pervasive, such that it created a work environment that a reasonable person would perceive, and that Ms. Lively did perceive, to be hostile, intimidating, offensive, oppressive, and/or abusive. Defendants' conduct so altered the working conditions of Ms. Lively, such that it was more difficult for Ms. Lively to perform her job, as it would have for any reasonable person.

380.     Defendants It Ends With Us Movie LLC and Wayfarer are liable because Defendants Baldoni and Heath, co-own and operate Wayfarer, the sole member of It Ends With Us Movie LLC; personally committed the harassing conduct; and were therefore Wayfarer and It Ends With Us Movie LLC knew or should have known of the conduct, and failed to take immediate and appropriate corrective action. Further, Wayfarer and It Ends With Us Movie LLC are strictly liable for the actions of Defendants Baldoni and Heath, who were acting in their capacities as Ms. Lively's supervisors. *See* ¶¶ 108–137.

381.     Defendants' unlawful conduct was a substantial factor in causing Ms. Lively to suffer and continue to suffer substantial losses in earnings, equity, and other employment benefits and has incurred other economic losses. *See* ¶¶ 328–354.

382.     Defendants' unlawful conduct was also a substantial factor in causing Ms. Lively to suffer emotional distress, shame, and embarrassment all to Ms. Lively's damage in an amount to be proven at time of trial. *See* ¶¶ 328–354.

383.     Defendants committed the acts herein despicably, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Ms. Lively, and from an improper and evil motive amounting to malice, and in conscious disregard of the rights or safety of Ms. Lively and others. Ms. Lively is thus entitled to recover punitive damages from Defendants in an amount according to proof.

### FOURTH CAUSE OF ACTION
**(Retaliation in Violation of FEHA – Cal. Gov. Code, § 12940)**
***Against It Ends With Us Movie LLC and Wayfarer***

384.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by

reference each and every allegation of the Complaint as if fully set forth fully herein.

385.    At all times herein mentioned, Ms. Lively was employed by and/or providing services pursuant to a contract with Defendants It Ends With Us Movie LLC, and its managing member, Wayfarer.

## FOURTH CAUSE OF ACTION
### (Retaliation in Violation of FEHA – Cal. Gov. Code, § 12940)
### *Against It Ends With Us Movie LLC and Wayfarer*

386.    Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

387.    At all times herein mentioned, Ms. Lively was employed by and/or providing services pursuant to a contract with Defendants It Ends With Us Movie LLC, and its managing member, Wayfarer.

388.    At all times herein mentioned, FEHA was in full force and effect and was fully binding upon Defendants It Ends With Us Movie LLC and Wayfarer as employers or joint employers, and applicable to Ms. Lively as member of a group protected by FEHA's prohibition against retaliation.

389.    Specifically, pursuant to § 12940(h) it is an unlawful employment practice for an employer to discriminate against any person because that person has opposed any practices forbidden under FEHA or because the person has filed a complaint against conduct prohibited under FEHA, as Ms. Lively did when she complained to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing and other unlawful conduct based on sex which occurred throughout the Film's production.

390.    Ms. Lively engaged in protected activity by complaining to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing treatment based on sex and other unlawful conduct on multiple occasions during the filming and production of the Film, which Ms. Lively reasonably believed to be unlawful. *See* ¶¶ 68–79.

391.    After Ms. Lively engaged in such protected activity, Defendants subjected

Ms. Lively to an adverse employment action, including but not limited to by launching a coordinated campaign to cast Ms. Lively in a false light during the publicity and promotion of the Film and thereafter. *See* ¶¶ 115–191, 221. Ms. Lively's protected activity was a substantial motivating reason for Defendants' conduct.

392.    As a direct, foreseeable, and proximate result of the unlawful retaliatory actions undertaken by Defendants It Ends With Us Movie LLC and Wayfarer, through the actions of Defendants Baldoni, Heath, and Sarowitz, Ms. Lively has suffered, and continues to suffer substantial damages including, but not limited to, severe emotional distress and pain, humiliation, embarrassment, belittlement, frustration, and mental anguish, in an amount to be determined at trial. *See* ¶¶ 202–219.

393.    Defendants It Ends With Us Movie LLC and Wayfarer committed the acts described herein maliciously, fraudulently, and oppressively, with the wrongful intention of harming Ms. Lively, in violation of Ms. Lively's rights under FEHA, and acted in a manner warranting punitive damages pursuant to California Civil Code § 3294.

### FIFTH CAUSE OF ACTION
**(Retaliation in Violation of the California Labor Code – Cal. Labor Code, § 1102.5)**
***Against It Ends With Us Movie LLC and Wayfarer***

394.    Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

395.    At all times herein mentioned, California Labor Code § 1102.5 was in full force and effect and fully binding upon It Ends With Us Movie LLC and Wayfarer as employers or joint employers of Ms. Lively.

396.    Pursuant to California Labor Code § 1102.5(b) an employer or any person acting on behalf of an employer, shall not retaliate against an employee for disclosing information to a person with authority over the employee or who has the authority to investigate, discover, or correct a violation of law. Section 1102.5(d) additionally prohibits an employer or any person acting on behalf of an employer to retaliate against an employee for having exercised their rights

under § 1102.5(b), as Ms. Lively did when she complained to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing and other unlawful conduct based on sex which occurred throughout the Film's production.

397. Ms. Lively engaged in protected activity by complaining to Wayfarer, Mr. Baldoni, and Mr. Heath about harassing treatment based on sex and other unlawful conduct on multiple occasions during the filming and production of the Film, which Ms. Lively reasonably believed to be unlawful. *See* ¶¶ 68–79.

398. After Ms. Lively engaged in such protected activity, Defendants subjected Ms. Lively to adverse employment action by launching a coordinated campaign to cast Ms. Lively in a false light during the publicity and promotion of the Film, to discredit her in the event that she publicly disclosed her concerns about harassment and other unlawful conduct, and to irreparably damage Ms. Lively's career and future earning capabilities in direct retaliation for Ms. Lively's participation in protected activity. *See* ¶¶ 115–191, 221.

399. The unlawful retaliatory actions perpetrated by Defendants It Ends With Us Movie LLC and Wayfarer, through the actions of Defendants Baldoni, Heath, and Sarowitz, was a substantial factor in causing Ms. Lively to suffer, and continue to suffer substantial damages including, but not limited to, severe emotional distress and pain, humiliation, embarrassment, belittlement, frustration, and mental anguish, in an amount to be determined at trial. *See* ¶¶ 202–219.

400. Defendants It Ends With Us Movie LLC and Wayfarer committed the acts described herein maliciously, fraudulently, and oppressively, with the wrongful intention of harming Ms. Lively, in violation of Ms. Lively's rights under California Labor Code § 1102.5, and in a manner warranting punitive damages pursuant to California Civil Code § 3294.

## SIXTH CAUSE OF ACTION
### (Failure to Investigate, Prevent, and/or Remedy Harassment in Violation of FEHA – Cal. Gov. Code., § 12940)
### *Against It Ends With Us Movie LLC and Wayfarer*

401.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

402.     At all times herein mentioned, Ms. Lively was employed by and/or providing services pursuant to a contract with Defendants It Ends With Us Movie LLC, and its managing member, Wayfarer.

403.     At all times herein mentioned, FEHA was in full force and effect and was fully binding upon It Ends With Us Movie LLC and Wayfarer as employers or joint employers of Ms. Lively.

404.     Specifically, §§ 12940(j)-(k) require employers to take all reasonable steps to prevent harassment and makes it an unlawful employment practice for an employer to fail to take all reasonable steps necessary to prevent harassment from occurring.

405.     Ms. Lively was subjected to harassing and other unlawful conduct based on sex which occurred throughout the Film's production. *See* ¶¶ 42–67.  Ms. Lively complained to Wayfarer, Mr. Baldoni, and Mr. Heath about the conduct she experienced, but Wayfarer failed to take all reasonable steps to prevent the sex-based harassment and retaliation suffered by Ms. Lively. *See* ¶¶ 68–79, 115–191, 221.

406.     Defendants It Ends With Us Movie LLC and Wayfarer's failure to take all reasonable steps to prevent the unlawful harassment and retaliatory actions perpetrated by their co-Defendants, was a substantial factor in causing Ms. Lively to suffer, and continue to suffer substantial damages including, but not limited to, severe emotional distress and pain, humiliation, embarrassment, belittlement, frustration, and mental anguish, in an amount to be determined at trial. *See* ¶¶ 202–219.

407.     Defendants It Ends With Us Movie LLC and Wayfarer committed the acts described herein maliciously, fraudulently, and oppressively, with the wrongful intention of harming Ms. Lively, in violation of Ms. Lively's rights under FEHA and in a manner warranting punitive damages pursuant to California Civil Code § 3294.

## SEVENTH CAUSE OF ACTION

**(Aiding and Abetting Harassment and Retaliation in Violation of the FEHA – Cal. Gov. Code, § 12940(i))**
*Against Nathan, TAG, Abel, Wallace, and Street Relations*

408.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

409.     At all times herein mentioned, Ms. Lively was employed by and/or providing services pursuant to a contract with Defendants It Ends With Us Movie LLC, and its managing member, Wayfarer.

410.     At all times herein mentioned, California's Fair Employment and Housing Act ("FEHA"), Cal. Gov't Code §§ 12900, *et seq.*, was in full force and effect and was fully binding upon the relevant Defendants. Specifically, § 12940(i) makes it unlawful for any person "to aid, abet, incite, compel, or coerce the doing of any of the acts forbidden under this part, or to attempt to do so."

411.     Defendants Nathan, TAG, Abel, Wallace, and Street Relations as individuals and entities that are not Ms. Lively's employer, aided and abetted the discriminatory conduct of Defendants It Ends With Us Movie LLC, Wayfarer, Baldoni and Heath, including but not limited to by participating in the above-described coordinated "astroturfing" campaign to discredit and "bury" Ms. Lively.

412.     As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of FEHA, Plaintiff has suffered, and continues to suffer, harm for which she is entitled to an award of monetary damages, liquidated damages, interest, and other relief.

413.     Defendants' conduct was willful and they knew that their actions constituted unlawful violation of the FEHA and/or showed reckless disregard for Ms. Lively's statutorily protected rights.

414.     Ms. Nathan, TAG, Ms. Abel, Mr. Wallace, and Street Relations intentionally violated Ms. Lively's rights under the California Fair Employment and Housing Act,

acting with malice, oppression, and/or fraud. Therefore, Ms. Nathan, TAG, Ms. Abel, Mr. Wallace, and Street Relations are liable for punitive damages for the reprehensible conduct of Mr. Baldoni and Mr. Heath in an amount necessary to punish them and to discourage future wrongful conduct.

415.     Defendants committed the acts herein despicably, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Ms. Lively, from an improper and evil motive amounting to malice, and in conscious disregard of the rights or safety of Ms. Lively and others. Ms. Lively is thus entitled to recover punitive damages from Defendants in an amount according to proof.

### EIGHTH CAUSE OF ACTION
### (Breach of Contract – Actor Loanout Agreement)
### *Against It Ends With Us Movie LLC and Wayfarer*

416.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

417.     Ms. Lively's company Blakel, Inc., and Defendant It Ends With Us Movie LLC demonstrated an intent to be bound by the Actor Loanout Agreement, dated May 5, 2023, through substantial performance of the agreement's terms and conditions and as referenced in the Contract Rider. The Actor Loanout Agreement is a valid and enforceable contract between Blakel, Inc., and It Ends With Us Movie LLC.

418.     Ms. Lively was the intended beneficiary of the Actor Loanout Agreement.

419.     At all times relevant to this complaint, there was a unity of interest and ownership between Defendant It Ends With Us Movie LLC and Defendant Wayfarer, which on information and belief is its sole member.

420.     Blakel, Inc., has complied with all applicable provisions of the Actor Loanout Agreement.

421.     Paragraph 7 of the Agreement strictly prohibited sexual harassment of any type. Further, Paragraph 7 of the Agreement prohibited any punishment or retaliation against another for his or her refusal of such harassment. Through Defendant Wayfarer, Defendant It Ends

With Us Movie LLC, Defendant Baldoni and Defendant Heath, repeatedly violated Paragraph 7 of the Agreement, as set forth in the preceding paragraphs.

422.     Ms. Lively is entitled to enforce the Actor Loanout Agreement against Defendant It Ends With Us Movie LLC and Defendant Wayfarer.

423.     Through Defendant Wayfarer's conduct, Defendant It Ends With Us Movie LLC's breach of its obligations under the Actor Loanout Agreement has caused and will continue to cause irreparable injury to Ms. Lively both personally and professionally.

424.     Such breach of obligations under the Actor Loanout Agreement was a substantial factor in causing Ms. Lively's harm.

**NINTH CAUSE OF ACTION**
**(Breach of Contract – Contract Rider Agreement)**
***Against It Ends With Us Movie LLC and Wayfarer***

425.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

426.     The Contract Rider Agreement is a valid and enforceable contract between Blakel, Inc., and It Ends With Us Movie LLC.

427.     Ms. Lively was the intended beneficiary of the Contract Rider Agreement.

428.     At all times relevant to this complaint, there was a unity of interest and ownership between Defendant It Ends With Us Movie LLC and Defendant Wayfarer as its sole member.

429.     Blakel, Inc., has complied with all applicable provisions of the Contract Rider Agreement.

430.     Paragraph 10 of the Agreement strictly prohibited It Ends With Us Movie LLC from retaliation of any kind against Ms. Lively for raising concerns about the conduct described in the Contract Rider Agreement, including during publicity or promotional work for the Film.

431.     Ms. Lively is entitled to enforce the Contract Rider Agreement against

Defendant It Ends With Us Movie LLC and Defendant Wayfarer.

432. Through Defendant Wayfarer's conduct, Defendant It Ends With Us Movie LLC's breach of its obligations under the Contract Rider Agreement has caused and will continue to cause irreparable injury to Ms. Lively both personally and professionally.

433. Such breach of obligations under the Contract Rider Agreement was a substantial factor in causing Ms. Lively's harm.

### TENTH CAUSE OF ACTION
### (Intentional Infliction of Emotional Distress)
### *Against Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations*

434. Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

435. Defendants Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations intentionally engaged in extreme and outrageous conduct toward Ms. Lively, which conduct was so extreme as to exceed all bounds of that usually tolerated in a civilized community. Defendants' conduct included soliciting, developing, implementing, and promoting a covert multi-tiered press and digital plan that Defendants themselves described as "social manipulation" regarding Ms. Lively to destroy her reputation and career in retaliation for exercising her legally-protected right to speak up about their misconduct on the set of the Film, and to deter or prevent Ms. Lively from publicly disclosing Defendants' harassing and discriminatory conduct. *See* ¶¶ 115–191, 221.

436. Defendants Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations intended to cause Ms. Lively emotional distress. In the alternative, and at the least, these Defendants acted with reckless disregard of the probability that their conduct would cause Ms. Lively to suffer emotional distress.

437. Ms. Lively suffered severe emotional distress as a result of these Defendants' conduct.

438. The outrageous conduct by Defendants Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations was a substantial factor in causing Ms. Lively's severe emotional distress, and was the actual and proximate cause of the emotional distress.

439. Defendants Wayfarer, It Ends With Us Movie LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations acted with oppression, fraud, or malice as defined by the California Civil Code § 3294 and engaged in highly reprehensible conduct warranting punitive damages.

### ELEVENTH CAUSE OF ACTION
### (Negligence Infliction of Emotional Distress)
### *Against Wayfarer, Baldoni, and Heath*

440. Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if fully set forth fully herein.

441. Defendants Wayfarer, Baldoni, and Heath owed a duty of care to maintain a safe working environment, free of harassment and retaliation, to avoid causing foreseeable harm to Ms. Lively.

442. At all times mentioned, it was reasonably foreseeable that Ms. Lively would suffer harm if these Defendants perpetuated, participated in, or failed to address the conduct described in the preceding paragraphs.

443. In engaging in the conduct described in this complaint, these Defendants breached the duty of care to Ms. Lively and affirmatively contributed to and caused Ms. Lively's injuries.

444. Ms. Lively suffered serious emotional distress as a result of Defendants' negligent conduct.

445. The negligence of Defendants Wayfarer, Baldoni, and Heath was a substantial factor in causing Ms. Lively's emotional distress.

446. As a direct and proximate cause of their misconduct as alleged herein, Ms.

Lively suffered and continues to suffer the damages alleged in this complaint.

## TWELFTH CAUSE OF ACTION
### (False Light Invasion of Privacy – California Const., Art. I, § 1)
### *Against Wayfarer, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations*

447.    Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if set forth fully herein.

448.    As alleged herein above, Defendants Wayfarer, Baldoni, Heath, Nathan, TAG, Abel, Wallace, and Street Relations publicly disclosed information or material regarding Plaintiff's marketing decisions, moral character, private life, and family, which showed Ms. Lively in a false light.

449.    The false light created by the disclosures of these Defendants would be highly offensive and objectionable to a reasonable person in Ms. Lively's position, in that it made Ms. Lively the object of scorn, pity, ridicule, humiliation, and other suffering.

450.    These Defendants knew the public disclosures would create a false impression about Ms. Lively or acted with reckless disregard for the truth.

451.    As a direct and proximate result of the said publicity and false and misleading disclosures, Ms. Lively sustained harm, including to her business and profession, as well as her reputation. Further, Ms. Lively has suffered, and continues to suffer, from grief and anxiety as a result of the near-overnight change in public sentiment regarding her reputation, work, and brands. As a further direct and proximate result of the said disclosures, Ms. Lively has suffered loss of income and interference with future income.

452.    The conduct of Defendants Wayfarer, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations as described herein was a substantial factor in causing Ms. Lively harm, constituted a serious invasion of Ms. Lively's right to privacy, and was an egregious breach of social norms that shocks the conscience.

453.    Defendants have engaged in the alleged conduct above with oppression,

131

fraud and malice. Accordingly, Ms. Lively is entitled to an award of punitive and exemplary damages in an amount to be proved at trial.

## THIRTEENTH CAUSE OF ACTION

### (Sexual Harassment in Violation of California Civil Code – Civ. Code, § 51.9)
### *Against Baldoni and Heath*

454. Ms. Lively re-alleges and incorporates by reference every allegation of the Complaint as if fully set forth in this paragraph.

455. At all times herein mentioned, Defendants Baldoni and Heath, as a director or producer of the Film and as operators of Wayfarer, had a professional relationship with Ms. Lively.

456. In engaging in the conduct described in this Complaint, Defendants Baldoni and Heath subjected Ms. Lively to harassing conduct based on sex and/or gender. *See* ¶¶ 73–107. Defendants Baldoni and Heath's behavior as described in this Complaint was unwelcomed, pervasive or severe, such that it altered the conditions of the business relationship by creating a work environment that is hostile, intimidating, offensive, oppressive, or abusive.

457. As a direct, foreseeable, and proximate result of Defendants Baldoni and Heath's unlawful actions, Ms. Lively has suffered and continues to suffer substantial damages, including, but not limited to, past and future losses in earnings, equity, and other employment benefits and has incurred other economic losses.

458. As a further direct, foreseeable, and proximate result of Defendants Baldoni and Heath's unlawful actions, Ms. Lively has suffered emotional distress, humiliation, shame, and embarrassment all to the Ms. Lively's damage in an amount to be proven at time of trial.

459. Defendants Baldoni and Heath committed the acts herein despicably, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Ms. Lively, from an improper and evil motive amounting to malice, and in conscious disregard of the rights, safety, or wellbeing of Ms. Lively and others. Ms. Lively is thus entitled to recover punitive damages from Defendants Baldoni and Heath in an amount according to proof.

## FOURTEENTH CAUSE OF ACTION
### (Defamation/Defamation *Per Se*)
### *Against Wayfarer, Baldoni, and Heath*

460.     Ms. Lively hereby repeats, reiterates, re-alleges and incorporates by reference each and every allegation of the Complaint as if set forth fully herein.

461.     Ms. Lively is a public figure.

462.     As alleged herein above, Defendants Wayfarer, Baldoni, and Heath through their agents, including Bryan Freedman, published, caused the publication of, participated in the publication of, and/or reasonably could have foreseen that their actions would result in the publication of a series of false and defamatory statements of fact about Plaintiff.  As a reasonably foreseeable—and intended—result of the conduct of Defendants Wayfarer, Baldoni, and Heath and their agents, others repeated and amplified these false and defamatory statements.

463.     Defendants Wayfarer, Baldoni, and Heath, through their agents, including Bryan Freedman, intentionally made false statements of fact and false statements that conveyed a false meaning about Ms. Lively. The statements Wayfarer, Baldoni, and Heath, through their agents, including Bryan Freedman, published about Ms. Lively are reasonably understood to state and imply that Ms. Lively fabricated claims of harassment and filed false claims of harassment with the Civil Rights Department of the State of California and with this Court.

464.     The defamatory meanings of their false and implied statements of fact are apparent from the face of the statements themselves, which include the following statements:

- "It is shameful that Ms. Lively and her representatives would make such ***serious and categorically false accusations against Mr. Baldoni, Wayfarer Studios and its representatives***, as yet another desperate attempt to 'fix' her negative reputation which was garnered from her own remarks and actions during the campaign for the film; interviews and press activities that were observed publicly, in real time and unedited, which allowed for the internet to generate their own views and opinions. ***These claims are completely false***, outrageous and intentionally salacious with an intent to publicly hurt and rehash a narrative in the media."

- "After my clients filed a comprehensive lawsuit packed with almost 200 pages of undeniable facts and documentary evidence which crushed their false allegations of a

smear campaign by providing doctored communications to the *New York Times*, **Blake and her legal team have just one heinous pivot left, and that is to double down on the revoltingly false sexual allegations against Mr. Baldoni**."

- "The mere fact that Ms. Lively feels that she can publicly destroy Mr. Baldoni's reputation in an attempt to devastate his future career and then deny him or his team their own ability to defend theirselves [*sic*] against her is preposterous. Mr. Baldoni never once publicly attempted to call Ms. Lively out for her own many wrongdoings during filming, he kindly addressed all her concerns during filming in the correct manner despite the fact that he wholly disagreed, he himself was committed to do things differently and to keep the peace as she specifically admitted to in her own lawsuit. We will not only continue to defend our clients against **Blake's power, privilege and all out lies**, but we will now fight even harder for the voiceless in the DV community who are unfairly suffering while **she continues to push on her own self-serving and selfish vendetta in the media**."

- "We will always respect the court; however, we will never be bullied by those suggesting we cannot defend our clients with pure, unedited facts. All we want is for people to see the actual text messages that directly contradict her allegations, video footage that clearly shows **there was no sexual harassment** and all the other powerful evidence that directly contradicts **any false allegations of sexual harassment** and subsequent smear campaign. It seems that in a time of universal deceit, telling the truth is a revolutionary act."

- "And for an executive producer to have a competing cut of a film is, is incredibly bizarre. But when she starts threatening people and saying I'm not going to promote the film, I'm not going to do anything unless you use my cut, that's when it starts to be awfully, you know, awfully [*sic*] incendiary. **And you know, the concern really is that she used these allegations of sexual harassment and she used these allegations of bullying to try and leverage her position so she could be the de facto director in the case.**"

465.    These statements and implications are false and defamatory *per se* in that they impute criminal activity punishable by law, including by filing false claims of harassment with the Civil Rights Department of the State of California, which would be a crime if true pursuant to California Penal Code 115 and California Penal Code 118.

466.    Further, these statements and implications are false and defamatory *per se* in that they impute Ms. Lively's image and standing as an actress by suggesting that she fabricated serious claims of workplace sexual harassment on behalf of herself and others for no reason other than to take creative control of the Film, threatened individuals associated with her work, and acted

as a bully who leveraged her position as an actress, all of which has caused demonstrable harm to Ms. Lively's reputation, emotional well-being, and business interests.

467.    Defendants Wayfarer, Baldoni, and Heath, through their agents, including Bryan Freedman, published these false statements with actual malice, i.e., with knowledge of their falsity or with reckless disregard as to their truth. Defendants Wayfarer, Baldoni, and Heath knew or should have known that the defamatory statements—all of which are verifiable—were and are false, including because they knew that Ms. Lively reported the same claims she has raised in this Complaint (i.e., sexual harassment and other HR claims) during the shooting of the Film, which Wayfarer acknowledged, and they signed the Protections for Return to Production document, which they indicated was "not only reasonable but also essential for the benefit of all parties involved." They also knew that Ms. Lively was not alone, and that there were multiple complaints raised during the shooting of the Film.

468.    Defendants Wayfarer, Baldoni, and Heath had no basis on which to believe that the allegations were true, and indeed knew them to be false, and continued to publish the allegations notwithstanding that knowledge.

469.    Defendants Wayfarer, Baldoni, and Heath failed to assess or investigate the falsity of the defamatory statements despite inherent improbability and obvious reasons to doubt the veracity of the statements.

470.    Defendants Wayfarer, Baldoni, and Heath published the allegations in a manner to create false inferences.

471.    Defendants Wayfarer, Baldoni, and Heath had personal, reputational, and financial motives for promoting the false and defamatory statements, including to preserve Mr. Baldoni's public façade as being pro-feminist and believing women when they assert claims of sexual harassment.

472.    Defendants Wayfarer, Baldoni, and Heath endorsed and adopted the false allegations as their own, including by instructing their agents to publish and republish, or causing to publish and republish, the false allegations with full knowledge of their falsity or reckless

disregard for their truth.

473.    Defendants Wayfarer, Baldoni, and Heath had no applicable privilege or legal authorization to make these false and defamatory statements.

474.    Defendants Wayfarer, Baldoni, and Heath, through their agents, published these statements so that they were heard, viewed, or read millions of times around the world.

475.    The false and defamatory statements damaged Ms. Lively's reputation in the general public, in her profession, in her personal life, in her neighborhood, and with friends, relatives, and neighbors.

476.    As a direct and proximate result of the publication of the false and defamatory statements, Ms. Lively has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community and in her profession, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss.

477.    Defendants Wayfarer, Baldoni, and Heath are aware of the ongoing harm Mr. Lively was experiencing,

478.    Defendants have engaged in the alleged conduct above with oppression, fraud and malice. Accordingly, Ms. Lively is entitled to an award of punitive and exemplary damages in an amount to be proved at trial.

## FIFTEENTH CAUSE OF ACTION

### (Civil Conspiracy)
### *Against All Defendants*

479.    Ms. Lively hereby repeats, reiterates, re-alleges, and incorporates by reference each and every allegation of the Complaint as if fully set forth herein.

480.    As alleged herein, Defendants formed a group of two or more persons who agreed to a common plan or design to commit unlawful and tortious acts.

481.    As alleged herein, each Defendant committed numerous wrongful, unlawful, and tortious acts pursuant to Defendants' common plan, design and/or agreement.

482.     As alleged herein, Ms. Lively suffered damages from Defendants' wrongful, unlawful and tortious acts committed in furtherance of Defendants' conspiracy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1.     For a money judgment representing compensatory damages including consequential damages, lost wages, earning, and all other sums of money, together with interest on these amounts, in an amount to be proven at trial;

2.     For an award of money judgment for mental pain and anguish and severe and serious emotional distress, in an amount to be proven at trial;

3.     For pre- and post-judgment interest;

4.     For statutory and civil penalties;

5.     For punitive damages according to proof;

6.     For attorneys' fees and costs incurred by Ms. Lively; and

7.     For such other legal and equitable relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Ms. Lively demands a jury trial on all causes of action triable by jury.

[SIGNATURES ON FOLLOWING PAGE]

Dated: February 18, 2025                    Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

/s/ Esra A. Hudson
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
Email: ehudson@manatt.com
sroeser@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
Meryl C. Governski (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
Email: mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Email: anathan@willkie.com

*Attorneys for Plaintiff Blake Lively*