# EXHIBIT D

| | |
|---|---|
| **From:** | Ellyn Garofalo |
| **To:** | Bender, Kristin |
| **Cc:** | Rose Khatchikian; Gottlieb, Michael; Bryan Freedman; Kim Zeldin; Amir Kaltgrad; Summer Benson; Theresa Troupson; Jason Sunshine; Tamar Yeghiayan; Brian Turnauer; Christina Puello; Cortni Davis; Joanna Rivera; Vaneta Birtha; Esra Hudson; Stephanie Roeser; Matthew Bruno; Governski, Meryl Conant; Nathan, Aaron E. |
| **Subject:** | Re: Blake Lively v. Wayfarer Studios LLC [IMAN-MATTERS.FID37300] |
| **Date:** | Tuesday, June 3, 2025 11:35:01 AM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Thank you. Declined.

Sent from my iPhone

On Jun 3, 2025, at 8:09 AM, Bender, Kristin <KBender@willkie.com> wrote:

Amir,

Following up on the parties' meet and confer yesterday regarding the subpoena to Liner Freedman, we can agree to a one-week extension on the subpoena compliance date if Liner Freedman consents to transfer under Rule 45(f).

Best,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Rose Khatchikian <rkhatchikian@lftcllp.com>
**Sent:** Friday, May 23, 2025 8:06 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Bender, Kristin <KBender@willkie.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** Blake Lively v. Wayfarer Studios LLC [IMAN-MATTERS.FID37300]

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Counsel,

Please see the attached correspondence.

Thank you,

Rose Khatchikian
**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Mobile Phone: (818) 740-8174

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from the new domain are not spam.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.