|   |   |
|---|---|
| 1 | LINER FREEDMAN TAITELMAN + COOLEY, LLP |
| 2 | Bryan J. Freedman (SBN 151990)<br>  bfreedman@lftcllp.com |
| 3 | Ellyn S. Garofalo (SBN 158795)<br>  egarofalo@lftcllp.com |
| 4 | Amir Kaltgrad (SBN 252399)<br>  akaltgrad@lftcllp.com |
| 5 | 1801 Century Park West, 5th Floor<br>Los Angeles, California 90067 |
| 6 | Telephone: (310) 201-0005<br>Facsimile: (310) 201-0045 |

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| LINER FREEDMAN TAITELMAN + COOLEY, LLP, | Case No.: 2:25-mc-53 |
|---|---|
| *Movant*, | **CERTIFICATE OF SERVICE** |
| v. |  |
| BLAKE LIVELY, an individual, | Action Filed:   June 13, 2025 |
| *Respondent*. |  |

# CERTIFICATE OF SERVICE

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and that on this 13th day of June 2025, I caused a copy of the following documents:

1. Notice of Motion and Motion to Quash Subpoena to Produce Documents served on Liner Freedman Taitelman + Cooley, LLP;

2. Joint Stipulation Pursuant to Local Rules 37 and 45 Re: Motion to Quash Subpoena to Produce Documents Served on Liner Freedman Taitelman + Cooley, LLP;

3. Declaration of Amir Kaltgrad in Support of Motion to Quash Subpoena to Produce Documents served on Liner Freedman Taitelman + Cooley, LLP;

4. Declaration of Kristin E. Bender in Support of Respondent Blake Lively's Position in the Joint Stipulation in Opposition to Movant's Motion to Quash.

to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   June 13, 2025
         Los Angeles, CA

_____
Rose Khatchikian

# **SERVICE LIST**

| | |
|---|---|
| **MANATT, PHELPS & PHILLIPS, LLP**<br>Esra Hudson, Esq.<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Tel: 310-312-4381<br>Email: EHudson@manatt.com | *Attorney for Respondent* |
| **MANATT, PHELPS & PHILLIPS, LLP**<br>Stephanie Anne Roeser<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Tel: 415-291-7543<br>Email: sroeser@manatt.com | *Attorney for Respondent* |
| **MANATT, PHELPS & PHILLIPS, LLP**<br>Matthew F. Bruno<br>7 Times Sq<br>New York, NY 10036<br>Tel: 212-790-4500<br>Email: mbruno@manatt.com | *Attorneys for Respondent* |
| **WILKIE FARR & GALLAGHER LLP**<br>Aaron E. Nathan, Esq.<br>787 7th Avenue<br>New York, NY 10019<br>Tel: 212-778-8000<br>Email: anathan@wilkie.com | *Attorneys for Respondent* |
| **WILKIE FARR & GALLAGHER LLP**<br>Michael Gottlieb<br>Kristin Bender<br>Meryl Conant Governski<br>1875 K. Street, N.W.<br>Suite 100<br>Washington, DC 20006-1238<br>Tel: 202-303-1000<br>Email: mgottlieb@willkie.com<br>       kbender@willkie.com<br>       mgovernski@willkie.com | *Attorneys for Respondent* |

CERTIFICATE OF SERVICE