Esra A. Hudson (CA Bar No. 202881)
Stephanie A. Roeser (CA Bar No. 306343)
Sarah E. Moses (CA Bar No. 291491)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

*Counsel for Respondent*
*Blake Lively*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>Movant,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>Respondent. | Case No. 2:25-mc-00053-MWC-AJR<br><br>Hon. A. Joel Richlin<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT BLAKE LIVELY'S REQUEST TO TRANSFER LINER FREEDMAN TAITELMAN + COOLEY, LLP'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, DENYING THE MOTION TO QUASH**<br><br>[Filed Concurrently with Supplemental Brief]<br><br>Hearing Date: July 11, 2025<br>Hearing Time: 1:30 PM<br><br>Date Filed: June 13, 2025 |

Case No. 2:25-mc-00053-MWC-AJR

[PROPOSED] ORDER ON LINER FREEDMAN TAITELMAN + COOLEY, LLP'S MOTION TO QUASH

# [PROPOSED] ORDER

The Court has received, reviewed, and considered the Motion to Quash Subpoena to Produce Documents Served on Liner Freedman Taitleman + Cooley, LLP (the "Subpoena"), Local Rule 37-2 Joint Stipulation, and supporting papers filed by movant Liner Freedman Taitleman + Cooley, LLP and respondent Blake Lively, including Ms. Lively's request to transfer this motion to the Southern District of New York pursuant to Federal Rule of Civil Procedure 45(f).

**NOW THEREFORE**, believing that good cause exists, the Court:

[GRANTS Ms. Lively's request to transfer the Motion to Quash to the Southern District of New York, 24-cv-10049-LJL, and hereby ORDERS that the Motion to Quash be transferred to the Southern District of New York for resolution in that court]

[DENIES Liner Freedman Taitleman + Cooley, LLP's Motion to Quash, and hereby ORDERS Liner Freedman Taitleman + Cooley, LLP to comply with the Subpoena.]

**IT IS SO ORDERED.**

Dated: _____, 2025        _____

                                 Hon. A. Joel Richlin
                                 United States Magistrate Judge