Esra A. Hudson (CA Bar No. 202881)
Stephanie A. Roeser (CA Bar No. 306343)
Sarah E. Moses (CA Bar No. 291491)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Attorneys for Respondent Blake Lively

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN COOLEY, LLP,<br><br>　　　　Movant,<br><br>　　v.<br><br>BLAKE LIVELY,<br><br>　　　　Respondent. | Case No. 2:25-mc-00053-MWC-AJR<br><br>Hon. Michelle Williams Court<br><br>**[DISCOVERY MATTER]**<br><br>**RESPONDENT BLAKE LIVELY'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

**TO THE COURT AND PARTIES AND THEIR ATTORNEYS OF RECORD:**

Under Local Rule 83-1.4, Respondent Blake Lively ("Respondent") files this Notice of Pendency of Other Actions or Proceedings.

This matter is related to *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL (SDNY), which is currently pending in the United States District Court for the Southern District of New York (the "SDNY Action") because both cases raise the same or similar factual and legal issues, *i.e.*, whether Movant Liner Freedman Taitelman Cooley, LLP ("Movant") and its clients participated in or facilitated a retaliatory digital media campaign against Ms. Lively for reporting sexual harassment and other misconduct on the set of the film *It Ends With Us*.

These matters will require substantial duplication of judicial resources and will present the risk of inconsistent rulings if they are heard by different judges for the following reasons:

**The parties, and counsel for the parties, substantially overlap.** Movant is counsel of record for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, Jed Wallace, and Street Relations, Inc. (the "Wayfarer Parties") in the SDNY Action. Respondent is the Plaintiff in the SDNY Action, and the undersigned counsel represents Ms. Lively in both matters.

**The underlying conduct is the same or similar.** This discovery matter arises from a subpoena duces tecum (the "Subpoena") issued to Movant in connection with the SDNY Action, a case in which Ms. Lively alleges that she was subjected to harassment on the set of the film *It Ends With Us* and that the Wayfarer Parties and others thereafter engaged in a coordinated digital media campaign to retaliate against her and damage her reputation for reporting her concerns about harassment and other misconduct. The Subpoena seeks documents showing Movant's knowledge of and, possibly participation in and facilitation of, that retaliatory campaign – namely, deploying or directing third-party "Content Creators" to generate and circulate harmful content targeting

Respondent. Movant's motion to quash the Subpoena (the "Motion") thus implicates factual and legal issues that are central to the SDNY Action.

**The SDNY Court has already ruled on similar discovery issues.** The Court in the SDNY Action has already ruled on a discovery dispute involving similar issues to those raised by Movant's Motion. *See* Exhibit A (SDNY Action, Dkt. No. 355). Thus, in ruling on the Motion, this Court may be required to decide issues that have already been addressed by the Court in the SDNY Action, and may impact those proceedings.

**Counsel for the parties are the same**. Movant is litigation counsel for the Wayfarer Parties in the SDNY Action. Movant may be contacted at (310) 201-0005. The Wayfarer Parties are also represented by Mitchell Schuster and Kevin Fritz of Meister Seelig & Fein PLLC in the SDNY Action. Mr. Schuster and Mr. Fritz represent Movant in this case and may be contacted at (212) 655-3500. In all cases, Respondent is represented by Esra A. Hudson of Manatt, Phelps & Phillips, LLP, who may be contacted at the address and telephone number listed above the case caption. Respondent is also represented by Willkie Farr & Gallagher LLP in the SDNY Action, who may be contacted at (202) 303-1000.

For all of these reasons, review of these cases by separate judges will require substantial duplication of judicial and party resources, and may potentially multiply litigation and lead to inconsistent obligations by creating different results on the same issues.

Dated: June 27, 2025                         MANATT, PHELPS & PHILLIPS, LLP

                                             By: /s/ *Esra A. Hudson*
                                                 Esra A. Hudson

                                                 Attorneys for Respondent
                                                 Blake Lively