Esra A. Hudson (CA Bar No. 202881)
Stephanie A. Roeser (CA Bar No. 306343)
Sarah E. Moses (CA Bar No. 291491)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000Way
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Attorneys for Respondent Blake Lively

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN COOLEY, LLP, <br><br> Movant, <br><br> v. <br><br> BLAKE LIVELY, <br><br> Respondent. | Case No. 2:25-mc-00053-MWC-AJR <br><br> Hon. Michelle Williams Court <br><br> **[DISCOVERY MATTER]** <br><br> **RESPONDENT BLAKE LIVELY'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Respondent Blake Lively, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| Party | Connection/Interest |
|---|---|
| Liner Freedman Taitelman Cooley, LLP | Movant |
| Blake Lively | Respondent; Plaintiff in underlying litigation, *Lively v. Wayfarer Studios LLC et al.*, (1:24-cv-10049-LJL) pending in the Southern District of New York (the "Underlying Litigation") |
| Ashmi Elizabeth Dang | Respondent in Related Civil Case, *Blake Lively v. Tera Hanks, et al.*, (2:25-mc-00055-WLH-SK (C.D. Cal.)) pending in the Central District of California (the "Related Case") |
| Ahmed Musiol | Respondent in Related Case |
| Mitz Toskovic | Respondent in Related Case |
| Tera Hanks | Respondent in Related Case |
| AJ Marbory | Respondent in Related Case |
| Jennifer Benson | Respondent in Related Case |
| Shekinah Reese | Respondent in Related Case |
| Jarriesse Blackmon | Respondent in Related Case |
| Wayfarer Studios LLC | Defendant in the Underlying Litigation |
| Justin Baldoni | Defendant in the Underlying Litigation |
| Jamey Heath | Defendant in the Underlying Litigation |
| Steve Sarowitz | Defendant in the Underlying Litigation |
| It Ends With Us Movie LLC | Defendant in the Underlying Litigation |
| Melissa Nathan | Defendant in the Underlying Litigation |
| The Agency Group PR LLC | Defendant in the Underlying Litigation |
| Jennifer Abel | Defendant in the Underlying Litigation |

1    Jed Wallace                        Defendant in the Underlying Litigation

2    Street Relations, Inc.              Defendant in the Underlying Litigation

3

4    Dated: June 27, 2025              MANATT, PHELPS & PHILLIPS, LLP

5

6                                   By: /s/ *Esra A. Hudson*

7                                      Esra A. Hudson

8                                      Attorneys for Respondent
                                         Blake Lively

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2             Case No. 2:25-mc-00053-MWC-AJR
RESPONDENT BLAKE LIVELY'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1