Esra A. Hudson (CA Bar No. 202881)
Stephanie A. Roeser (CA Bar No. 306343)
Sarah E. Moses (CA Bar No. 291491)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Attorneys for Respondent Blake Lively

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN COOLEY, LLP,<br><br>　　　　Movant,<br><br>　　v.<br><br>BLAKE LIVELY,<br><br>　　　　Respondent. | Case No. 2:25-mc-00053-MWC-AJR<br><br>Hon. Michelle Williams Court<br><br>**[DISCOVERY MATTER]**<br><br>**RESPONDENT BLAKE LIVELY'S NOTICE OF RELATED CIVIL CASE** |

**TO THE COURT AND PARTIES AND THEIR ATTORNEYS OF RECORD:**

Under Local Rule 83-1.3, Respondent Blake Lively ("Respondent") files this Notice of Related Civil Cases.

This case is related to *Blake Lively v. Tera Hanks, et al.*, Case No. 2:25-mc-00055-WLH-SK (the "Related Case"), pending in the Central District of California, because both matters address the same or similar factual and legal issues, *i.e.*, enforcement of subpoenas issued by Respondent in *Lively v. Wayfarer Studios, et al.*, 1:24-cv-10049 (S.D.N.Y.) (the "SDNY Action"). Specifically, both this matter and the Related Case seek information related to harassment, retaliation, and defamation against Ms. Lively, as detailed below.

This case will require substantial duplication of judicial resources, and will present the risk of inconsistent outcomes, if they are heard by different judges for the following reasons:

**The parties, and counsel for the parties, substantially overlap.** Respondent is the movant in the Related Case and is represented by the same undersigned counsel in both matters. Movant in this case, Liner Freedman Taitelman Cooley, LLP ("Movant"), is counsel of record for Respondents Ashmi Elizabeth Dang, Ahmed Musiol, Mitz Toskovic, Tera Hanks, AJ Marbory, Jennifer Benson, Shekinah Reese, and Jarriesse Blackmon (the "Wayfarer Third Parties") in the Related Case.

**The cases arise from the same underlying litigation.** Both cases arise from discovery disputes in connection with subpoenas issued in the SDNY Action. In the SDNY Action, Respondent alleges that she was subjected to harassment on the set of the film *It Ends With Us* and that Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, Jed Wallace, and Street Relations, Inc. (the "Wayfarer Parties") and others engaged in a coordinated digital media campaign to retaliate against her and damage her reputation for reporting her concerns about harassment and other

misconduct. In both cases pending in the Central District of California, Respondent seeks to enforce Rule 45 subpoenas issued out of the SDNY Action to third parties believed to possess critical documents and communications concerning the alleged harassment and retaliation campaign.

In the Related Case, Respondent seeks to compel documents from current and former employees and affiliates of the Wayfarer Parties regarding their knowledge of the alleged harassment and retaliation. Movant's motion to quash in this case arises from a subpoena (the "Subpoena") served on Movant who is litigation counsel for the Wayfarer Parties in the SDNY Action and for the Wayfarer Third Parties in the Related Case. The Subpoena seeks documents and communications concerning Movant's knowledge of and alleged role in deploying the retaliatory digital campaign against Ms. Lively, which is alleged in the SDNY Action to include coordinating third-party content creators and engaging with media outlets to damage Ms. Lively's reputation. The relevance, scope, and burden objections in both proceedings turn on the same core events alleged in the complaint filed in the SDNY Action.

Because both matters concern overlapping factual allegations, associated subpoena recipients, and the same underlying digital retaliation campaign, judicial efficiency and consistency strongly favor recognition of these proceedings as related under Local Rule 83-1.3.

Dated: June 27, 2025

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Esra A. Hudson*
    Esra A. Hudson
    Attorneys for Respondent
    Blake Lively