**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-mc-00053-MWC-AJR | Date | June 27, 2025 |
|---|---|---|---|
| Title | Liner Freedman Taitelman + Cooley, LLP v. Blake Lively | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| Claudia Garcia-Marquez | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | | Attorneys for Defendant(s): |
| N/A | | N/A |

**Proceedings (In Chambers):** **ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE BY VIDEO**

    On June 13, 2025, Movant Liner Freedman Taitelman + Cooley, LLP ("Movant") filed a Motion to Quash Subpoena (the "Motion) seeking to quash a subpoena served by Respondent Blake Lively ("Respondent") arising out of civil litigation currently pending in the U.S. District Court for the Southern District of New York, Case Nos. CV 24-10049-LJL & CV 25-449-LJL.  (Dkt. 1.)  The Motion was originally noticed for July 10, 2025, before any judge was assigned to the action.  (Id. at 2.)  On June 25, 2025, the action was assigned to U.S. District Judge Michelle Williams Court and the undersigned U.S. Magistrate Judge.  (Dkt. 3.)  On the same date, the Clerk of Court noticed the Motion for hearing before Judge Court on July 11, 2025.  (Dkt. 5.)  On June 26, 2025, the Motion was referred to the undersigned U.S. Magistrate Judge.  (Dkt. 6.)  On June 27, 2025, Respondent filed a Supplemental Memorandum of Law in Opposition to the Motion (the "Opposition").  (Dkt. 7.)

    In an effort to address this dispute in the most efficient manner possible, the Court schedules an informal discovery conference by video for **Thursday July 3, 2025 at 11:00 a.m.**[1]  The Courtroom Deputy Clerk will email a link to the parties to join the videoconference.  The purpose of the informal discovery conference is to discuss the dispute, the parties' respective positions, and possible next steps to resolve the dispute.

    IT IS SO ORDERED.

---

[1] If this date and time are inconvenient, the parties can meet and confer and propose some alternative dates and times to the Court by email (AJR_Chambers@cacd.uscourts.gov).