LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
　bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
　egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
　akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>　　　　Movant,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>　　　　Respondent. | Case No.: 2:25-mc-53-MWC-AJR<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING LINER FREEDMAN TAITELMAN + COOLEY, LLP'S MOTION TO QUASH BLAKE LIVELY'S SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Date:　　　July 11, 2025<br>Time:　　　1:30 p.m.<br>Place:　　　Courtroom 780<br><br>Action Filed:　June 13, 2025 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that movant Liner Freedman Taitelman + Cooley, LLP lodges the [Proposed] Order Granting Liner Freedman Taitelman + Cooley, LLP's Motion to Quash Blake Lively's Subpoena to Produce Documents.

Respectfully submitted,

Dated: June 27, 2025

LINER FREEDMAN TAITELMAN + COOLEY, LLP

/s/     Ellyn S. Garofalo
Bryan J. Freedman
Ellyn S. Garofalo
Amir Kaltgrad

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*