LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@lftcllp.com
Ellyn S. Garofalo (SBN 158795)
  egarofalo@lftcllp.com
Amir Kaltgrad (SBN 252399)
  akaltgrad@lftcllp.com
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

*Attorneys for Movant Liner Freedman Taitelman + Cooley, LLP*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>*Movant*,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>*Respondent*. | Case No.: 2:25-mc-53-MWC-AJR<br><br>**[PROPOSED] ORDER GRANTING LINER FREEDMAN TAITELMAN + COOLEY, LLP's MOTION TO QUASH BLAKE LIVELY'S SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Date:     July 11, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 780<br><br>Action Filed:  June 13, 2025 |

1   Liner Freedman Taitelman + Cooley, LLP seeks to Quash Blake Lively's
2   Deposition Subpoena to Produce Documents served on May 20, 2025.
3   The Court, having considered the Notice of Motion, the Local Rule 37 Joint
4   Stipulation and evidence in support of and in opposition thereto, and supplemental
5   memoranda orders as follows:  The subpoena directed to Liner Freedman
6   Taitelman + Cooley, LLP is quashed in its entirety.
7
8
9   DATED:                                          _____
10                                                  Honorable A. Joel Richlin
                                                    Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING LINER FREEDMAN TAITELMAN + COOLEY, LLP's
MOTION TO QUASH BLAKE LIVELY'S SUBPOENA TO PRODUCE DOCUMENTS