# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Liner Freedman Taitelman Cooley, LLP., | | CASE NUMBER: |
| v. | Plaintiff(s) | 2:25-mc-00053-MWC-AJR |
| Blake Lively, | | |
| | Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge  A. Joel Richlin

Date/Time  7/03/2025 at 11:00 AM

Courtroom:  by Zoom

Dated:        June 30, 2025

By:        /s/ Claudia Garcia-Marquez
Deputy Clerk