# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liner Freedman Taitelman Cooley, LLP,<br><br>                                   Plaintiff(s)<br>          v.<br>Blake Lively,<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:25-mc-00053-MWC-AJR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | | |
|---|---|---|
| Bender, Kristin<br>*Applicant's Name (Last Name, First Name & Middle Initial* | of | Willkie Farr & Gallagher LLP<br>1875 K Street NW, Suite 100<br>Washington, DC 20006-1239 |
| (202) 303-1000     (202) 303-2000<br>*Telephone Number*     *Fax Number* | | |
| kbender@willkie.com<br>*E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Blake Lively

*Name(s) of Party(ies) Represent*     *Plaintiff(s)*  *Defendant(s)*  *Other:* Respondent

**and designating as Local Counsel**

| | | |
|---|---|---|
| Moses, Sarah E.<br>*Designee's Name (Last Name, First Name & Middle Initial* | of | MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067 |
| 291491    (310) 312-4000    (310) 312-4224<br>*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | |
| SMoses@manatt.com<br>*E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

    GRANTED

    DENIED:    for failure to pay the required fee.

                    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

                    for failure to complete Application:
                    pursuant to L.R. 83-2.1.3.2: Applicant resides in California;  previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                    pursuant to L.R. 83-2.1.3.4; Local Counsel:  is not member of Bar of this Court;  does not maintain office District.

                    because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  be refunded  not be refunded.

**Dated:** _____

                                                                    **U.S. District Judge/U.S. Magistrate Judge**