### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-mc-00053-MWC-AJR | Date | July 3, 2025 |
|---|---|---|---|
| Title | Liner Freedman Taitelman Cooley, LLP v. Blake Lively | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| Claudia Garcia-Marquez | | CS 7/03/2025 |
| Deputy Clerk | | Court Reporter / Recorder |

Attorneys for Plaintiff(s):   Attorneys for Defendant(s):

Ellyn S. Garofalo   Esra Acikalin Hudson
Amir Kaltgrad   Kristin Bender

**Proceedings:**   MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On July 3, 2025, the Court held an informal discovery conference to discuss the pending motion to quash subpoena. After discussing the motion with the parties, the Court advised that a ruling would be forthcoming.

IT IS SO ORDERED.

00:30